

FILED
CLERK, U.S. DISTRICT COURT
AUG 27 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                          PLAINTIFF<br>v.<br>Keith Preson Gartenlaub<br><br>                          DEFENDANT(S). | CASE NUMBER<br><br>SA 14-320M<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

   Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _____August 29_____, _2014___, at _2:00_____ ☐a.m. / ☒p.m. before the Honorable _Jay C. Gandhi_____, in Courtroom _6A_____.

   Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
                    *(Other custodial officer)*

Dated: __8·27·2014__          _____/s/_____
                              U.S. ~~District Judge~~/Magistrate Judge
                              **Jay C. Gandhi**

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                                Page 1 of 1