```
 1  STEPHANIE YONEKURA
    Acting United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    ANTHONY J. LEWIS (Cal. Bar No. 231825)
 4  AARON LEWIS (Cal. Bar No. 284244)
    Assistant United States Attorneys
 5  National Security Section
        1300 United States Courthouse
 6      312 North Spring Street
        Los Angeles, California 90012
 7      Telephone: (213) 894-1786/4586
        Facsimile: (213) 894-6436
 8      E-mail:    anthony.lewis@usdoj.gov
                   aaron.lewis@usdoj.gov
 9
    Attorneys for Plaintiff
10  UNITED STATES OF AMERICA
```



FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 2 7 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                       DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA 14-320 M |
|---|---|
| Plaintiff, | NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION |
| v. | |
| KEITH PRESTON GARTENLAUB, | |
| Defendant. | |

Plaintiff, United States of America, by and through its counsel of record, the Office of the United States Attorney for the Central District of California, hereby provides notice to defendant Keith Preston Gartenlaub and to the Court, that pursuant to Title 50, United States Code, Sections 1806(c) and 1825(d), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained or derived from electronic surveillance and physical search conducted

pursuant to the Foreign Intelligence Surveillance Act of 1978 (FISA), as amended, 50 U.S.C. §§ 1801-1812 and 1821-1829.

Dated:  August 27, 2014          Respectfully submitted,

STEPHANIE YONEKURA
Acting United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

_/s/_
ANTHONY J. LEWIS
AARON LEWIS
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA