FILED

2014 OCT 23  PM 3:27

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2014 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR No. CR 14-00173 |
| Plaintiff, | **I N D I C T M E N T** |
| v. | [18 U.S.C. §§ 2252A(a)(2)(A), (b)(1): Attempted Receipt and Receipt of Child Pornography; 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2): Possession of Child Pornography] |
| KEITH PRESTON GARTENLAUB, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

Between on or about July 27, 2001 and continuing until on or about December 31, 2005, in Orange County, within the Central District of California, and elsewhere, defendant KEITH PRESTON GARTENLAUB, knowingly received and attempted to receive child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, and using any means and facility of interstate and foreign commerce had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

1                                 COUNT TWO

2               [18 U.S.C. §§ 2252A(a)(5)(b), (b)(2)]

3      On or about August 27, 2014, in Orange County, within the

4 Central District of California, defendant KEITH PRESTON GARTENLAUB

5 knowingly possessed:  (1) a two-terabyte, Seagate brand hard drive,

6 model number ST200DM001-1CH164, serial number Z1E2DAMG, within an

7 Acer Desktop AME600-UR378 computer; (2) a Hitachi brand hard drive,

8 model number IC35L090AVV207-0, serial number VNVC02G3GU6EMT, within a

9 Dell Optiplex GX270 mini-tower computer; (3) a Western Digital brand

10 hard drive, model number 1600JB-00GVA0, serial number WCAL91235199,

11 within a a Dell Optiplex GX270 mini-tower computer; and (4) a Buffalo

12 brand 160 gigabyte hard drive, serial number WMAL91845634, each of

13 which contained at least one video containing an image of child

14 pornography, as defined in Title 18, United States Code, Section

15 2256(8)(A), which involved a prepubescent minor and a minor who had

16 not attained twelve years of age, that had been mailed, and shipped

17 and transported using any means and facility of interstate and

18 foreign commerce and in and affecting interstate and foreign commerce

19 by any means, including by computer, and that had been produced using

20 materials that had been mailed, and shipped and transported in and

21 ///

1  affecting interstate and foreign commerce by any means, including by

2  computer, knowing that the images were child pornography.

3

4                                        A TRUE BILL

5                                        /s/

6                                        _____
                                         Foreperson

7  STEPHANIE YONEKURA
   Acting United States Attorney

8

9

10 ROBERT E. DUGDALE
   Assistant United States Attorney

11 Chief, Criminal Division

12 PATRICK R. FITZGERALD
   Assistant United States Attorney

13 Chief, National Security Section

14 ANTHONY J. LEWIS
   Assistant United States Attorney

15 National Security Section

16 AARON LEWIS
   Assistant United States Attorney

17 National Security Section

18

19

20

21

22

23

24

25

26

27

28