Reset Form

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

## CASE SUMMARY

Case Number **CR 14 00173**          Defendant Number  N/A

U.S.A. v.  Keith Preston Gartenlaub          Year of Birth  1968

[✓] Indictment          [ ] Information          Investigative agency (FBI, DEA, etc.)  FBI

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."**

### OFFENSE/VENUE

a. Offense charged as a :

[ ] Class A Misdemeanor     [ ] Minor Offense [ ] Petty Offense

[ ] Class B Misdemeanor     [ ] Class C Misdemeanor [✓] Felony

b. Date of Offense   July 2001 to August 2014

c. County in which first offense occurred

Orange County

d. The crimes charged are alleged to have been committed in:

CHECK **ALL** THAT APPLY

[ ] Los Angeles          [ ] Ventura

[✓] Orange               [ ] Santa Barbara

[ ] Riverside            [ ] San Luis Obispo

[ ] San Bernardino       [ ] Other

Citation of Offense   18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)

18 U.S.C. § 2252A(a)(5)(B), (b)(2)

### RELATED CASE

Has an indictment or information involving this defendant and

the same transaction or series of transactions been previously

filed and dismissed before trial?   [✓] No          [ ] Yes

  IF YES    Case Number

Pursuant to General Order 14-03, criminal cases may be related

if a previously filed indictment or information and the present

case:

a. arise out of the same conspiracy, common scheme,

   transaction, series of transactions or events; or

b. involve one or more defendants in common, and would

   entail substantial duplication of labor in pretrial, trial or

   sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED**

**CASE**

### PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on:  August 27, 2014

  Case Number    SA 14-320M

  Charging    18 U.S.C. § 2252A(a)(5)(B), (b)(2)

The complaint:          [✓] is still pending

          [ ] was dismissed on:

### PREVIOUS COUNSEL

Was defendant previously represented?     [✓] No     [✓] Yes

  IF YES, provide, Name:  Mark Werksman

          Phone Number:  213-688-0460

### COMPLEX CASE

  Are there 8 or more defendants in the Indictment/Information?
     [ ] Yes*          [✓] No

  Will more than 12 days be required to present government's
  evidence in the case-in-chief?

     [ ] Yes*          [✓] No

  *AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED)
  OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE
  TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS
  CHECKED.

### Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**          [ ] Yes          [ ] No

This is the _____ superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on:

Case Number

The superseded case:

[ ] is still pending before Judge/Magistrate Judge

[ ] was previously dismissed on

Are there 8 or more defendants in the superseding case?
     [ ] Yes*          [ ] No

Will more than 12 days be required to present government's
evidence in the case-in-chief?
     [ ] Yes*          [ ] No

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?

☐ Yes          ☑ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?          ☑ YES          ☐ NO

IF YES, list language and/or dialect:

_____

**OTHER**

☑ Male          ☐ Female

☑ U.S. Citizen          ☐ Alien

Alias Name(s) _____

This defendant is charged in:     ☑ All counts

☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?          ☐ Yes          ☑ No

IF YES, should matter be sealed?     ☐ Yes     ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud          ☐ public corruption

☐ government fraud          ☐ tax offenses

☐ environmental issues          ☐ mail/wire fraud

☐ narcotics offenses          ☐ immigration offenses

☐ violent crimes/firearms          ☐ corporate fraud

☑ Other     child pornography

_____

**CUSTODY STATUS**

Defendant is **not** in custody:

a. Date and time of arrest on complaint:  August 27, 2014

b. Posted bond at complaint level on:  August 29, 2014

   in the amount of $ 400,000

c. PSA supervision?          ☑ Yes          ☐ No

d. Is on bail or release from another district:

_____

Defendant is **in** custody:

a. Place of incarceration:     ☐ State     ☐ Federal

b. Name of Institution: _____

c. If Federal: U.S. Marshal's Registration Number:

_____

d. ☐ Solely on this charge.  Date and time of arrest:

_____

e. On another conviction:     ☐ Yes     ☑ No

   IF YES :     ☐ State     ☐ Federal     ☐ Writ of Issue

f. Awaiting trial on other charges: :     ☐ Yes     ☑ No

   IF YES :     ☐ State     ☐ Federal     AND

   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. _____ 20 _____ 21 _____ 40

---

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

_____

_____

Date     10/22/2014

_____

Signature of Assistant U.S. Attorney

ANTHONY J. LEWIS / AARON LEWIS

Print Name