# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Keith Preston Gartenlaub | PLAINTIFF<br><br>DEFENDANT | CASE NUMBER:<br>CR 14-00173<br><br>REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 12/18/2014 @ 12:00     ☐ AM   ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:
   18 USC 3148 Violation Bail/Secured Bond

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: N/A

7. Year of Birth: 1968

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: N/A     Phone Number: N/A

9. Name of Pretrial Services Officer notified: 12-18-2014 @ 12:00 PM

10. Remarks (if any): N/A

11. Name: _____ (please print)

12. Office Phone Number: 714-338-4610     13. Agency: USMS

14. Signature: _____     15. Date: 12/18/2014

CR-64 (2/14)                     REPORT COMMENCING CRIMINAL ACTION