9613139

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER: |
|---|---|
| Plaintiff(s) | SA14CR-00173 CAS |
| v. | |
| Keith Preston Gartenlaub | **WARRANT FOR ARREST** |
| Defendant(s). | |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest Keith Preston Gartenlaub
and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint ☐ Indictment
☐ Information ☑ Order of Court ☐ Violation Petition ☐ Violation Notice
charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

Violation of Pretrial Release

in violation of Title 18 United States Code, Section(s) 3148

| Terry Nafisi | |
|---|---|
| NAME OF ISSUING OFFICER | |
| Clerk of Court | December 16, 2014, Los Angeles, CA |
| TITLE OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| [signature] | By: HON. CHRISTINA A. SNYDER |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| 12-18-14 | BRADLEY BECKER |
|---|---|
| DATE RECEIVED | NAME OF ARRESTING OFFICER |
| 12-18-14 | Deputy U.S. Marshal |
| DATE OF ARREST | TITLE |

DESCRIPTIVE INFORMATION FOR DEFENDANT
CONTAINED ON PAGE TWO

SIGNATURE OF ARRESTING OFFICER