Mark J. Werksman, Esq. (SBN 120767)
Kelly C. Quinn, Esq. (SBN 197697)
LAW OFFICE OF MARK J. WERKSMAN
888 West Sixth Street, Suite f0, Los Angeles, CA 90017
Tel. (213) 688-0460/Fax. (213) 624-1942

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 14-CR-00173 |
| v. | |
| KEITH P. GARTENLAUB | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

   Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

1. Ex Parte Application and Proposed Order Requesting Permission to File Motion to Quash Under Seal;
MOTION TO QUASH SEARCH WARRANTS SA14-315M, SA14-316M, SA14-317M, SA14-318M;
2. Ex Parte Application and Proposed Order Requesting Permission to File FISA Motion Under Seal;
MOTION FOR DISCLOSURE AND MOTION TO SUPPRESS;  3. Ex Parte Application and Proposed Order
Requesting Permission to File Motion To Traverse Under Seal; MOTION TO TRAVERSE SEARCH
WARRANTS  SA14-315M, SA14-316M, SA14-317M, SA14-318M, AND REQUEST FOR FRANKS
HEARING.

**Reason:**

☑   Under Seal
☐   In Camera
☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐   Electronic versions are not available to filer
☐   Per Court order dated: _____
☐   Administrative Record
☐   Other:

February 2, 2015
Date

Mark J. Werksman
Attorney Name
Keith P. Gartenlaub
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*