Mark J. Werksman, Esq. (SBN 120767)
Kelly C. Quinn, Esq. (SBN 197697)
LAW OFFICE OF MARK J. WERKSMAN
888 West Sixth Street, Suite f0, Los Angeles, CA 90017
Tel. (213) 688-0460/Fax. (213) 624-1942

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 14-CR-00173 |
| v. | |
| KEITH P. GARTENLAUB | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed  ☑ Lodged: **(List Documents)**

1. DEFENDANT KEITH PRESTON GARTENLAUB'S MOTION TO QUASH SEARCH WARRANTS SA14-315M, SA14-316M, SA14-317M, SA14-318M
2. EX PARTE APPLICATION REQUESTING PERMISSION TO FILE DEFENDANT KEITH GARTENLAUB'S MOTION FOR DISCLOSURE OF FISA MATERIAL AND MEMORANDUM OF LAW TO SUPPRESS THE FRUITS OR DERIVATIVES OF ANY EVIDENCE COLLECTED PURSUANT TO FISA OR OTHER FOREIGN INTELLIGENCE GATHERING; [PROPOSED] ORDER
3. DEFENDANT KEITH GARTENLAUB'S MOTION TO TRAVERSE SEARCH WARRANTS SA14-315M, SA14-316M, SA14-317M, SA14-318M, AND REQUEST FOR FRANKS HEARING

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated: _____
☐ Administrative Record
☐ Other:

February 2, 2015
Date

Mark J. Werksman
Attorney Name

Keith P. Gartenlaub
Party Represented

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).