**Mark J. Werksman, Esq. (State Bar No. 120767)**
**Kelly C. Quinn, Esq. (State Bar No. 197697)**
**LAW OFFICES OF MARK J. WERKSMAN**
**888 West Sixth Street, Fourth Floor**
**Los Angeles, California  90017**
**Telephone: (213) 688-0460**
**Facsimile: (213) 624-1942**

**Attorneys for Defendant**
KEITH PRESTON GARTENLAUB

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>KEITH PRESTON GARTENLAUB,<br><br>            Defendant. | CASE NO.: 14-CR-00173<br><br>[PROPOSED] ORDER ON *EX PARTE* APPLICATION FOR ORDER PERMITTING THE FILING OF AN OVERSIZED BRIEF; DECLARATION OF MARK J. WERKSMAN<br><br>Date:    February 23, 2015<br>Time:    1:30 p.m. |

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that Defendant Keith P. Gartenlaub's Ex Parte Application to File the following motion as an oversized brief: MOTION FOR DISCLOSURE OF FISA MATERIAL AND MEMORANDUM OF LAW TO SUPPRESS THE FRUITS

/ / /

/ / /

/ / /

/ / /

OR DERIVATIVES OF ANY EVIDENCE COLLECTED PURSUANT TO FISA OR OTHER FOREIGN INTELLIGENCE GATHERING.

**IT IS SO ORDERED**.

Dated: February 5, 2015

*Christina A. Snyder*

Honorable Christina A. Snyder
United States District Judge