# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED
CLERK, U.S. DISTRICT COURT
FEB 3 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge Snyder

From: Marilyn Davis _____, Deputy Clerk    Date Received: 2/2/2015

Case No.: 8:14-CR-173-CAS    Case Title: USA -V- Keith Preston Gartenlaub

Document Entitled: (1) Ex Parte Application for Order Permitting Deft. Keith Gartenlaub's Deft. Keith Preston Motion to Quash Search Warrants SA 14-315M, SA 14-316M, SA 14-317M, SA 14-318M, Memorandum of P's & A's Declaration of Mark J. Werksman (2) Proposed Order (3) Deft. Keith Preston Gartenlaub's Motion to Quash Search Warrants (4) Ex Parte Application for Order Permitting Deft. Keith Gartenlaub's Motion to Traverse Search Warrants.

Upon the submission of the attached document(s), it was noted that the following discrepancies exist (5) Order (6) Deft. Keith Gartenlaub's Motion to Traverse Search Warrants (7) Deft. Keith Gartenlaub's Motion to Traverse Search Warrants (8) Ex Parte Application Requesting Permission to File Deft. Keith Gartenlaub's Motion for Disclosure of FISA Material and Memo of Law to Suppress the Fruits or Derivatives of Any Evidence Collected (9) Proposed Order (10) Notice of Motion; Motion for Disclosure of FISA Material & Memo of P's & A's

| | | |
|---|---|---|
| ☐ | Local Rule 5-4.1 | Documents must be filed electronically |
| ☒ | Local Rule 6-1 | Written notice of motion lacking or timeliness of notice incorrect |
| ☐ | Local Rule 7-19.1 | Notice to other parties of ex parte application lacking |
| ☐ | Local Rule 7.1-1 | No Certification of Interested Parties and/or no copies |
| ☐ | Local Rule 11-3.1 | Document not legible |
| ☐ | Local Rule 11-3.8 | Lacking name, address, phone, facsimile numbers, and e-mail address |
| ☐ | Local Rule 11-4.1 | No copy provided for judge |
| ☐ | Local Rule 11-6 | Memorandum/brief exceeds 25 pages |
| ☐ | Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents |
| ☐ | Local Rule 15-1 | Proposed amended pleading not under separate cover |
| ☐ | Local Rule 16-7 | Pretrial conference order not signed by all counsel |
| ☐ | Local Rule 19-1 | Complaint/Petition includes more than 10 Does or fictitiously named parties |
| ☐ | Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking |
| ☐ | Local Rule 56-2 | Statement of genuine disputes of material fact lacking |
| ☐ | Local Rule 83-2.5 | No letters to the judge |
| ☐ | Fed. R. Civ. P. 5 | No proof of service attached to document(s) |
| ☐ | Other: | _____ |

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☒ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

2/3/15    _christina a. snyder_
Date                       U.S. District Judge / U.S. Magistrate Judge

☐ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

_____   _____
Date                       U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE    COPY 2 -JUDGE    COPY 3 -SIGNED & RETURNED TO FILER    COPY 4 -FILER RECEIPT

CV-104A (06/13)    NOTICE OF DOCUMENT DISCREPANCIES