# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER:

PLAINTIFF(S)

v.

**NOTICE OF MANUAL FILING**

DEFENDANT(S).

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

Document Description:

☐   Administrative Record

☐   Exhibits

☐   Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☐   Other _____

Reason:

☐   Under Seal

☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐   Electronic versions are not available to filer

☐   Per Court order dated _____

☐   Manual Filing required (*reason*): _____

_____                    _____
Date                                            Attorney Name

                                                  _____
                                                  Party Represented

NOTE: A conformed copy of this Notice of Manual Filing MUST be presented with <u>each</u> document, exhibit, etc. at time the document is manually filed.

G-92 (01/07)                    **NOTICE OF MANUAL FILING**