UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.  **SA CR 14-173-CAS**                                                                 Date: November 23, 2015

Present: The Honorable:   **CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE**

Interpreter   N/A

| Catherine M. Jeang/ Ingrid Valdes | Laura Elias | Vicki Chou |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| KEITH PRESTON GARTENLAUB | X | X |  | MARK WERKSMAN | X |  | X |

**Proceedings:** GOVERNMENT'S MOTION IN LIMINE #1 TO EXCLUDE DEFENDANT'S PROPOSED EXPERT TESTIMONY RE: DEFENDANT'S SEXUAL PREFERENCES

DEFENDANT'S MOTION IN LIMINE #1 TO EXCLUDE PHOTOGRAPHS

Hearing held and the parties are present. Tentative is circulated and collected. The Court confers with the parties and the parties argue. A status conference is set for December 7, 2015 at 12:00 p.m. If the parties do not need the December 7, 2015 status conference, counsel shall inform the Courtroom Deputy prior to that hearing.

cc:

: 23
**Initials of Deputy Clerk**       IV