EILEEN M. DECKER
United States Attorney
PATRICIA A. DONAHUE
Assistant United States Attorney
Chief, National Security Division
ANTHONY J. LEWIS (Cal. Bar No. 231825)
Assistant United States Attorney
Deputy Chief, Terrorism and Export Crimes Section
VICKI CHOU (Cal. Bar No. 248598)
Assistant United States Attorney
OCDETF Section
     1500/1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:     (213) 894-1786/8692
     Facsimile:     (213) 894-7631/0142
     E-mail:  anthony.lewis@usdoj.gov
              vicki.chou@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. SA CR 14-173-CAS |
| Plaintiff, | GOVERNMENT'S REVISED NOTICE OF INTENT TO INTRODUCE EVIDENCE OF CHILD PORNOGRAPHY DURING TRIAL |
| v. | |
| KEITH PRESTON GARTENLAUB, | Trial Date:  December 8, 2015<br>Trial Time:  9:30 a.m. |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Office of the United States Attorney for the Central District of California, hereby submits its revised notice of intent

//

1  to introduce evidence of child pornography during trial.  The
2  government may seek to supplement this notice.

3  Dated:  December 7, 2015          Respectfully submitted,

                                     EILEEN M. DECKER
                                     United States Attorney

                                     PATRICIA A. DONAHUE
                                     Assistant United States Attorney
                                     Chief, National Security Division


                                           _____/s/_____
                                     ANTHONY J. LEWIS
                                     VICKI CHOU
                                     Assistant United States Attorneys

                                     Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA

**REVISED NOTICE OF INTENT TO PUBLISH CHILD PORNOGRAPHY AT TRIAL**

The government previously filed a Notice of Intent to Introduce Evidence of Child Pornography During Trial (CR 132).  After jury selection on December 4, 2015, defense counsel raised an objection under Federal Rule of Evidence 403 to the alleged unfair prejudice of the cumulative effect of the government's clips.  The Court viewed the government's proposed clips and heard argument, noting that the government was entitled to show some child pornography but that it did not believe the amount of child pornography the government sought to publish was necessary and wanted the government to reduce the amount of child pornography it was planning to publish.  Defendant specifically raised that clips of bondage and anal sex were unduly inflammatory.  The government responded that the government needed to prove that the files constituted child pornography, to which the defense had not stipulated, and the statutory definition of child pornography (which is also included in the agreed-upon jury instructions) includes "sadistic or masochistic abuse."  See 18 U.S.C. § 2256.  The Court stated that it was appropriate for the government to be able to show one instance of each of these types of child pornography.  The government agreed to reduce the amount of child pornography it would publish at trial, including taking out a second clip of anal sex, as the Court indicated.  As stated at the hearing, the government will play each clip only once, and with different witnesses.

The government herein provides a revised, shorter set of clips that it plans to publish, although it reserves the right to seek to

introduce more material if defendant disputes the accuracy of the summaries the government will be introducing in place of video content.  The government will no longer play the anal sex portion of clip 6A-3, or clips 6A-2 (Vicky complete.mpg / Vicky completeR.mpg); 8A-1 and 8A2 (meg_mindy r@ygold lolis pose(1).mpeg and R@ygold meg07 reelkiddymov.mpg); or 10A-2 (illegal_-_Hel-lo_longvid (10min26sec 50.0mb)).

| Ex. | Filename | Clip | Summary of Depiction | Witness |
|---|---|---|---|---|
| 6A-1 | R@ygold Style - Vicky Anally Pumped (33m52s) (1) | 0:00-0:03, 25:52-26:00 (11 seconds) | Depicts oral copulation by prepubescent female of adult male, then anal penetration of the prepubescent female by the adult male. | Pixley |
| 6A-3 | R@ygold style Vicky Compilation (14m58s) | 1:00-1:03; 4:08-4:13; ~~14:04-14:10 (14~~ seconds) | Compilation of different clips, including bound prepubescent female performing oral copulation on adult male (clip of anal sex removed). | Shepherd |
| 7A-1 | BabyJ-Su | 0:35-0:44 (9 seconds) | Depicts adult male performing vaginal sex on prepubescent female (no face visible). | Witrick |
| 7A-2 | BabyJ-Teddy | 0:24-0:32 (8 seconds) | Depicts oral copulation by prepubescent female of adult male. | Witrick |
| 9A-1 | R@ygold 9yr Isabel rca | 0:13-0:24 (11 seconds) | Depicts oral copulation by prepubescent female of adult male. | Magliozzo |

| 10A-1 | childlover – anya complete / anya complete (Video3) | 0:00-0:06; 11:51-12:10 (25 seconds) | Depicts oral copulation by prepubescent female of adult male and then the adult male vaginally penetrates the prepubescent female. | Pixley |
|---|---|---|---|---|
| 11A-1 | 137.mpg | screensh of of first second | Depicts penis penetrating vagina of prepubescent female | Pixley |

Dated:   December 7, 2015          Respectfully submitted,

EILEEN M. DECKER
United States Attorney

PATRICIA A. DONAHUE
Assistant United States Attorney
Chief, National Security Division


            /s/
ANTHONY J. LEWIS
VICKI CHOU
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

3