# LIST OF EXHIBITS AND WITNESSES

| Case Number | SACR14-173-CAS | | Title | U.S.A. v. KEITH PRESTON GARTENLAUB |
|---|---|---|---|---|
| Judge | Christina A. Snyder, U.S. District Judge | | | |
| Dates of Trial or Hearing | 12/04/2015; 12/08/2015; 12/09/2015; 12/10/2015 | | | |
| Court Reporters or Tape No. | Laura Elias, Katie Thibodeaux, Deborah Gackle | | | |
| Deputy Clerks | Connie Lee | | | |

FILED
CLERK, U.S. DISTRICT COURT
DEC 10 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Anthony Lewis, AUSA | Mark Werksman, Retained |
| Vicki Chou, AUSA | Inbal Zeevi, Retained |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | A | 12/08/15 | | | |
| | | | B | 12/09/15 | 12/09/15 | Photograph | |
| | | | C | 12/09/15 | 12/09/15 | Photograph | |

# United States v. Keith Preston Gartenlaub
## No. SA CR 14-173-CAS

### Government's Exhibit List

| Num-ber | Description | ID'ed | Admitted |
|---|---|---|---|
| 1. | Acer brand desktop computer, model AME600-UR-378, containing a Seagate two terabyte hard drive, model 2TB ST200DM001-1CH164, with serial number Z1E2DAMG | 12/8/15 | 12/8/15 |
| 2. | Western Digital brand hard drive, with serial number WMAL91845634, inside an external Buffalo Inc. brand enclosure, serial number 1518740944534 | 12/8/15 | 12/8/15 |
| 3. | Beige colored desktop computer tower containing a Western Digital brand hard drive, model AC313000-00RTT2, serial number WM6760232218 | 12/8/15 | 12/8/15 |
| 4. | A Dell brand Optiplex GX270 mini-tower computer containing a Hitachi brand hard drive, model 1C35L090AVV207-0 hard drive, serial number VNVC02G3GU6EMT, and a Western Digital brand hard drive, model WD 1 600JB-00GVA0, serial number WCAL 91235199 | 12/8/15 | 12/8/15 |
| 5. | Western Digital brand hard drive, serial number WMATV8014360 | 12/8/15 | |
| 6. | Disc Labeled "Vicky" Series | 12/8/15 | 12/8/15 |
| 6A | Clips of files on Exhibit 6  (6A3) | 12/8/15 | 12/8/15 |
| 6B | Descriptive Chart of files on 6 | 12/8/15 | 12/8/15 |
| 7. | Disc labeled "BabyJ"/"RCA" Series | 12/8/15 | 12/8/15 |
| 7A | Clips of files on Exhibit 7 | 12/8/15 | 12/8/15 |
| 7B | Descriptive Chart of files on 7 | 12/8/15 | 12/8/15 |
| 8. | Disc Labeled "Meg" Series | 12/8/15 | 12/8/15 |
| 8A | Clips of files on Exhibit 8 | 12/8/15 | 12/8/15 |
| 8B | Descriptive Chart of files on 8 | 12/8/15 | 12/8/15 |
| 9. | Disc labeled "Wet Hair" Series | 12/8/15 | 12/8/15 |
| 9A | Clip of file from Exhibit 9 | 12/8/15 | 12/8/15 |
| 9B | Descriptive Chart of files on 9 | 12/8/15 | 12/8/15 |
| 10. | Disc with other child pornography | 12/8/15 | 12/8/15 |
| 10A | Clips from 10 | 12/8/15 | 12/8/15 |
| 10B | Descriptive Chart of Files on 10 | 12/8/15 | 12/8/15 |
| 11. | Disc with other child pornography | 12/8/15 | 12/8/15 |
| 11A | Excerpts from 11 | 12/8/1 | 12/8/15 ← Not going to jury |

**United States v. Keith Preston Gartenlaub, No. SA CR 14-173-CAS**
**Government's Exhibit List**

| Number | Description | ID'ed | Admitted |
|---|---|---|---|
| 11B | Descriptive Chart of Files on 11 | 12/8/15 | 12/8/15 |
| 12. | Public Storage Lease/Rental Agreement | 12/8/15 | 12/8/15 |
| 13. | Insurance Addendum to Public Storage Lease/Rental Agreement | 12/8/15 | 12/8/15 |
| 14. | Public Storage Occupant Information | 12/8/15 | 12/8/15 |
| 15. | Public Storage New Account Receipt | 12/8/15 | 12/8/15 |
| 16. | Public Storage Authorization for Automatic Payment Program | 12/8/15 | 12/8/15 |
| 17. | Summary Chart of Digital Devices | 12/8/15 | 12/8/15 |
| 18. | Photograph of Exterior of 22956 Caminito Rio, Laguna Hills, California | 12/8/15 | 12/8/15 |
| 19. | Photograph of Living Room of 22956 Caminito Rio, Laguna Hills, California | 12/8/15 | 12/8/15 |
| 20. | Photograph of Living Room of 22956 Caminito Rio, Laguna Hills, California | 12/8/15 | 12/8/15 |
| 21. | Photograph of Acer Computer in Living Room of 22956 Caminito Rio, Laguna Hills, California | 12/8/15 | 12/8/15 |
| 22. | Photograph of Acer Computer with Serial Number in Living Room of 22956 Caminito Rio, Laguna Hills, California | 12/8/15 | 12/8/15 |
| 23. | Photograph of Public Storage Receipt in 22956 Caminito Rio, Laguna Hills, California | 12/8/15 | 12/8/15 |
| 24. | Photograph of Unit D216 (Door Closed) at Extra Space Storage, 511 South Grand Avenue, Santa Ana, California | 12/8/15 | 12/8/15 |
| 25. | Photograph of Unit D216 (Door Open) at Extra Space Storage, 511 South Grand Avenue, Santa Ana, California | 12/8/15 | 12/8/15 |
| 26. | Photograph of Photograph Found in Unit D216 at Extra Space Storage, 511 South Grand Avenue, Santa Ana, California | 12/8/15 | 12/8/15 |
| 27. | Photograph of Back of Computer Found in Unit D216 at Extra Space Storage, 511 South Grand Avenue, Santa Ana, California | 12/8/15 | 12/8/15 |
| 28. | Photograph of External Hard Drive Inside Buffalo Brand Enclosure Found in Unit D216 at Extra Space Storage, 511 South Grand Avenue, Santa Ana, California | 12/8/15 | 12/8/15 |

United States v. Keith Preston Gartenlaub, No. SA CR 14-173-CAS
Government's Exhibit List

| Number | Description | ID'ed | Admitted | |
|---|---|---|---|---|
| 29. | Photograph of Unit 1505 (Door Open) at Public Storage, 6 Whatney, Irvine, California | 12/8/15 | 12/8/15 | |
| 30. | Photograph of Unit 1505 (Door Open) at Public Storage, 6 Whatney, Irvine, California | 12/8/15 | 12/8/15 | |
| 31. | Photograph of Dell Computer Found at Unit 1505, Public Storage, 6 Whatney, Irvine, California | 12/8/15 | 12/8/15 | |
| 32. | Extra Space Storage Records | 12/8/15 | 12/8/15 | |
| 33. | Public Storage Records | 12/8/15 | 12/8/15 | |
| 34. | Yahoo! Subscriber Records for kgartenlaub@yahoo.com | 12/8/15 | 12/8/15 | |
| 35. | July 19, 2006 E-mail from kgartenlaub@yahoo.com to kgartenlaub@yahoo.com attaching copies of passport | 12/8/15 | 12/8/15 | |
| 36. | August 17, 2004 E-mail from nb208@adelphia.net to kgartenlaub@yahoo.com | 12/8/15 | 12/8/15 | |
| 37. | Boeing Business Records | 12/8/15 | 12/8/15 | |
| 38. | April 27, 2010 E-mail from kgartenlaub@yahoo.com to kgartenlaub@yahoo.com on with photograph Attachments | 12/8/15 | | |
| 38A. | April 27, 2010 E-mail from kgartenlaub@yahoo.com to kgartenlaub@yahoo.com with Redacted Attachments | 12/8/15 | 12/8/15 | |
| 39. | Photograph of torso with EXIF data | 12/8/15 | 12/8/15 | ← not going to jury |
| 39A | Redacted photograph with EXIF data | 12/8/15 | 12/8/15 | |
| 40. | Photograph of genitals with EXIF data | 12/8/15 | 12/8/15 | ← not going to jury |
| 40A. | Redacted photograph with EXIF data | 12/8/15 | 12/8/15 | |
| 41. | Combined personal photographs with EXIF data | 12/8/15 | 12/8/15 | |
| 42. | email06.doc | 12/9/15 | 12/9/15 | |
| 43. | Yahoo! Subscriber records for pres208@yahoo.com | 12/8/15 | 12/8/15 | |
| 44. | Yahoo! Subscriber Records for nb208@ymail.com | 12/8/15 | 12/8/15 | |
| 45. | Yahoo! Subscriber Records gartenkp | 12/8/15 | 12/8/15 | |
| 46. | Screenshots from Boeing Computer dated January 1, 2014 | 12/8/15 | 12/8/15 | |
| 47. | Screenshots from Boeing Computer dated July 21, 2014 | 12/8/15 | 12/8/15 | |

United States v. Keith Preston Gartenlaub, No. SA CR 14-173-CAS
Government's Exhibit List

| Number | Description | ID'ed | Admitted |
|---|---|---|---|
| 48. | August 7, 1999 Letter from Keith P. Gartenlaub to Trans Union Corporation | 12/8/15 | 12/8/15 |
| 49. | August 7, 1999 Letter from Keith P. Gartenlaub to Equifax Credit Information Services | 12/8/15 | 12/8/15 |
| 50. | February 9, 2000 Letter from Keith Gartenlaub to QVC | 12/8/15 | 12/8/15 |
| 51. | October 28, 1997 Letter from Keith Gartenlaub | 12/8/15 | 12/8/15 |
| 52. | May 2, 1999 E-mail from accthelp@expedia.com to nb208@home.com | 12/8/15 | 12/8/15 |
| 53. | December 1, 1998 Letter from Keith Gartenlaub to the City of Blue Ash | 12/8/15 | 12/8/15 |
| 54. | June 25, 1998 Letter from Keith Gartenlaub to Boeing North American Reusable Space Systems | 12/8/15 | 12/8/15 |
| 55. | Summary Chart of Devices and Backups | 12/8/15 | 12/8/15 |
| 56. | November 25, 2002 Belarc Report | 12/8/15 | 12/8/15 |
| 57. | May 26, 2006 Belarc Report | 12/8/15 | 12/8/15 |
| 58. | March 22, 2005 OrigData Folder Structure pg 1 only | 12/8/15 | 12/8/15 |
| 59. | Summary exhibit of locations of child pornography exhibits | | |
| 60. | nb208@adelphia.net emails | 12/8/15 | 12/8/15 |
| 61. | March 13, 2006 OrigData Folder Structure and Comparison pg 1 only | 12/9/15 | 12/9/15 |
| 62. | Windows OS usernames VM Ware | | |
| 63. | Windows installation history | | |
| 64. | GOM Player | 12/9/15 | 12/9/15 |
| 65. | Shellbags exhibit | | |
| 66. | QLA14 exhibit | | |
| 67. | Materials retrieved from QLA 12 | 12/9/15 | 12/9/15 |
| 68. | March 2005 OrigData log file | 12/8/15 | 12/8/15 |
| 69. | March 2005 Data Folder log | 12/8/15 | 12/8/15 |
| 70. | March 2005 Favourites log | 12/8/15 | 12/8/15 |
| 71. | March 2006 OrigData log | 12/8/15 | 12/8/15 |
| 72. | March 2006 Data Folder log | 12/8/15 | 12/8/15 |
| 73. | March 2006 Favourites log | 12/8/15 | 12/8/15 |
| 74. | May 2006 OrigData log | 12/8/15 | 12/8/15 |
| 75. | May 2006 Data Folder log | 12/8/15 | 12/8/15 |
| 76. | May 2006 Favourites log | 12/8/15 | 12/8/15 |

United States v. Keith Preston Gartenlaub, No. SA CR 14-173-CAS
Government's Exhibit List

| Number | Description | ID'ed | Admitted |
|---|---|---|---|
| 77. | File: 7 YO KID & POLICEMEN R@YGOLD (6) child porn sex underage illegal incest lolita preteen !Y! incest yo.wmv.info | 12/8/15 | 12/8/15 |
| 78. | File: 13 yr old girlfriend shows sweet as2s!! sex girl hardcore fuck incest preteen child porn young ass pussy v 1.jpg.info | 12/8/15 | 12/8/15 |
| 79. | File: 12 yr ass & fat pussy lips - sex lolita porn flatrix young teen hustler playboy r@ygold preteen virg.jpg.info | 12/8/15 | 12/8/15 |
| 80. | File: Best Russian Trio, Father and 2 young daughters incest (russian lolita r@ygold reelkiddymov pedo underage).jpg.txt.info | 12/8/15 | 12/8/15 |
| 81. | File: COMPLETE Lolita - Preteen SEX R@YGOLD.mpeg.info | 12/8/15 | 12/8/15 |
| 82. | Pres208@yahoo materials | 12/9/15 | 12/9/15 |
| 83. | Files - Screenshots | 12/9/15 | 12/9/15 |
| 84. | screenshots | 12/9/15 | 12/9/15 |
| 85. | Buffalo External Drive | 12/8/15 | 12/8/15 |
| 86. | | | |
| 87. | | | |
| 88. | | | |
| 89. | | | |
| 90. | | | |
| 91. | | | |
| 92. | | | |
| 93. | Resume of Chung Won "Shiney" Duvall | 12/8/15 | 12/8/15 |
| 94. | Business Card of Chung Won "Shiney" Duvall | 12/8/15 | 12/8/15 |
| 95. | E-mail Messages from nb208@adelphia.net | 12/8/15 | 12/8/15 |
| 96. | | | |
| 97. | | | |
| 98. | Birth Certificate of Victim in "Vicky" Series | 12/8/15 | 12/8/15 |
| 99. | Birth Certificate of Victim in "BabyJ"/"RCA" Series | 12/9/15 | 12/9/15 |
| 100. | Birth Certificate of Victim in Wet Hair Series | 12/9/15 | 12/9/15 |
| 101. | | | |
| 102. | | | |
| 103. | | | |

United States v. Keith Preston Gartenlaub
No. SA CR 14-173-CAS

Government's Witness List

1. Special Agent Joshua Cady,   12/8/15
   Federal Bureau of Investigation

2. Doctor Astrid Heppenstall-Heger   12/8/15

3. David Jones   12/9/15

4. Special Agent Peter D. Latham,
   Homeland Security Investigations

5. Michael Magliozzo   12/9/15
   Monmouoth County Sheriff's Office

6. Special Agent Raymond P. Martinez III,   12/8/15
   Federal Bureau of Investigation

7. Bruce Pixley   12/8/15, 12/9/15

8. Special Agent William Richau,
   Federal Bureau of Investigation   12/8/15

9. Adella M. Sema   12/8/15

10. Detective Roy Shepherd,   12/8/15
    Richland Police Department

11. Special Agent Adam Wheeler,   12/8/15
    Federal Bureau of Investigation

12. Barry Witrick
    Federal Bureau of Investigation   12/9/15

Defendant's Witness List

① Ed Quinn — 12/9/15
② Brent Thomas — 12/9/15
③ Lori Morris — 12/9/15
④ Jeff Fischbach
⑤ Chung Won "Shiny" Duvall