1          UNITED STATES DISTRICT COURT

2     CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3          HONORABLE CHRISTINA A. SNYDER

4        UNITED STATES DISTRICT JUDGE PRESIDING

5                  - - -

6
United States of America,          )
7                    PLAINTIFF,   )
                                   )
8   VS.                            )   NO. CR 14-173 CAS
                                   )
9   Keith Gartenlaub,              )
                    DEFENDANT,   )
10  _____)

11

12

13       REPORTER'S TRANSCRIPT OF PROCEEDINGS

14            LOS ANGELES, CALIFORNIA

15          THURSDAY, DECEMBER 10, 2015

16

17

18       _____

19           KATIE E. THIBODEAUX, CSR 9858
             U.S. Official Court Reporter
20           312 North Spring Street, #436
             Los Angeles, California 90012
21

22

23

24

25

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
1    APPEARANCES OF COUNSEL:

2


3    ON BEHALF OF THE PLAINTIFF, UNITED STATES OF AMERICA:

4                        U.S. DEPARTMENT OF JUSTICE
                         U.S. ATTORNEY'S OFFICE
5                        BY:  ANTHONY LEWIS, AUSA
                         -and- VICKI CHOU, AUSA
6                        312 North Spring Street
                         Twelfth Floor
7                        Los Angeles, CA  90012

8


9    ON BEHALF OF THE DEFENDANT:

10                       WERKSMAN JACKSON HATHAWAY AND QUINN
                         BY:  MARK J. WERKSMAN
11                       888 West Sixth Street
                         Fourth Floor
12                       Los Angeles, CA 90017

13

14

15

16

17

18

19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1      LOS ANGELES, CALIFORNIA; THURSDAY, DECEMBER 10, 2015

 2                          9:51 A.M.

 3                          - - - - -

 4

 5

 6      (The following proceedings were held outside the

 7       presence of the jury:)

 8      THE COURT:  I think it is what I read yesterday,

 9  but I just wanted to see if you saw any mistakes.  I

10  understand that everyone reserves objections.

11      MR. WERKSMAN:  Same, your Honor.

12      THE COURT:  Okay.  Are we ready for the jury?

13      MR. LEWIS:  Yes, your Honor.

14      MR. WERKSMAN:  Yes, we are.

15      THE COURT:  Very well.

16      (The following proceedings were held in the

17       presence of the jury:)

18      THE COURT:  So we are going to begin closing

19  argument.  Please keep in mind that closing argument is a

20  summation by each side of what they believe has been

21  proved or not proved, and argument is not evidence.  So

22  if you remember the facts differently, your memory

23  controls.

24          With that, Mr. Lewis, why don't you proceed.

25      MR. LEWIS:  Yes, your Honor.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1              Ladies and gentlemen, you have now seen and
 2    heard all the evidence in this case.  You have heard that
 3    the defendant had seven copies of a folder called Orig
 4    Data on those computers in his home and at his storage
 5    units.  You have seen the evidence that shows that he
 6    knew the ins and outs, the folders and subfolders on that
 7    Orig Data folder, kept in seven different places on those
 8    hard drives.
 9              You have seen that he kept his personal
10    correspondence and his private photographs kept within
11    that Orig Data folder.  And that he kept a large
12    collection of pornography that included child pornography
13    videos organized by their contents.  You have also seen
14    the evidence that shows he used peer-to-peer file sharing
15    software to download them and that as recently as 2013
16    was opening up the folders where those graphically named
17    files were kept.
18              I am going to talk to you about the elements
19    and the evidence.  The elements are the specific facts
20    that you are here to find.  All the evidence is
21    important.  What you will see is that the central issue
22    in this case is knowledge.  That fact is unavoidable that
23    the defendant, Mr. Keith Gartenlaub, knew that all those
24    child pornography videos were on his computers and that
25    he was the one who downloaded them.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1              There really isn't much of an issue that those
 2   videos contained child pornography.  From the few you
 3   have seen here in court, it was immediately apparently
 4   what they showed.  And while you heard that there were a
 5   number of very graphically named files on his computer,
 6   you also heard that there was some that did not have
 7   graphic names like Video 3 or 137, and you heard that
 8   those videos showed young girls in sexually explicit
 9   conduct and that they were kept in a folder called YG
10   inside another subfolder.
11              You heard Mr. Pixley testify that inside the
12   YG folder were videos showing young girls.  So the only
13   logical conclusion you can reach is that the person who
14   put them in that folder must have watched them to know
15   what they had inside.  And just as you saw that they were
16   immediately apparent that it was child pornography
17   inside, so you know that when the defendant opened them
18   and put them in that folder, he must have known that too.
19              So the elements that you are here to find, you
20   heard what they were yesterday, but I am going to walk
21   through them again with you.  For Count 1, receipt,
22   first, the defendant knowingly received a visual
23   depiction of a minor engaged in sexually explicit
24   conduct.  Second, the defendant knew the visual depiction
25   was of a minor engaged in sexually explicit conduct.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    Third, the defendant knew the visual depiction, the

2    production of it, involved the use of a minor.  And,

3    fourth, that the visual depiction was, in fact,

4    transported in interstate commerce.  Now, the first

5    three of those elements, again, the central issue is

6    knowledge, the remaining are self evident from the videos

7    that you saw and the descriptions that you heard.

8            Second, for Count 2, possession of child

9    pornography.  The elements are, first, the defendant

10   knowingly possessed a computer disk or any other material

11   that the defendant knew contained a visual depiction of a

12   minor engaged in sexually explicit conduct.  Second, the

13   defendant knew the visual depiction was of a minor

14   engaged in sexually explicit conduct.  Third, that the

15   defendant knew the production of the visual depiction

16   involved the use of a minor.  And, fourth, the depiction

17   had been mailed, shipped or transported in interstate or

18   foreign commerce.

19           Again, the contents of the videos answer the

20   first three of those elements, and it is the defendant's

21   knowledge that I am going to focus this discussion on.

22   First, as to whether they contained sexually explicit

23   conduct, these videos you heard testimony about, this is

24   just one example, this is Exhibit 6B and the descriptions

25   of the videos that were found on defendant's computer.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    Exhibit 6B, 7B, 8B, 9B, 10B and 11B all contain

2    descriptions like this of the videos found on defendant's

3    computers.

4          That the visual depiction was of a minor,

5    again, that is clear from the videos that you saw.  You

6    also heard Dr. Heger testify that the ages of the people

7    shown in those videos were all minors and many of them

8    were prepubescent.  You heard the investigators testify

9    who traveled here from Georgia, Washington and New Jersey

10   tell you that they met the victims shown in those videos

11   and that they were real people.

12         That the defendant knew the production of the

13   visual image involved the use of a minor in sexually

14   explicit conduct.  Again, you heard the testimony of

15   Dr. Heger and David Jones who explained there is no way

16   that these videos were computer generated or morphed.

17   They showed real persons.

18         So let's focus on knowledge.  How do you know

19   that the defendant knew that those hundred, nearly a

20   hundred files found on his computers were there?  Well,

21   for starters, they were found in his home and in his

22   storage units.  You have seen the documents that show he

23   rented these storage units that was found in his home,

24   and the testimony of agents who said they saw him at his

25   home that morning.  I am not going to dwell on those, but

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1   you should consider the fact that they were found in his

2   home and his storage units as evidence that he would know

3   what was on them.

4            Next, that there were so many copies.  This is

5   a diagram prepared by Mr. Pixley.  This shows that on the

6   Buffalo hard drive, there were three different copies

7   made between March of 2005 and May of 2006.  There was a

8   copy found on each of the two hard drives in defendant's

9   Dell computer, and there were copies made in 2013 onto

10  defendant's Acer computer, two different copies, a total

11  of seven.  And that doesn't account for the copies that

12  Mr. Pixley explained existed before this.  He said that

13  he could tell by looking at the contents of the Buffalo

14  hard drive that there had been a previous copy of Orig

15  Data that was transferred over there.  And that even

16  before that, a further copy had been the source of those

17  files.  And on defendant's Dell computer, he could tell

18  that the version copied onto that hard drive was yet

19  another version of Orig Data.

20           Now, you don't have in evidence the computer

21  that the defendant originally used to download this child

22  pornography.  You have heard Mr. Pixley explain that

23  these are the computers that the defendant used to copy

24  it and keep it over the many years later after he

25  originally received it.  You also know from your own

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    common sense and good judgment that the reason somebody

2    decides to back something up is because they want to keep

3    it.

4              Pardon me for just a moment.

5              So let's talk about those back ups.  You heard

6    Mr. Pixley explain that each time Orig Data was backed up

7    to the Buffalo hard drive, there were three different

8    folders that were copied and they were copied in rapid

9    succession:  The originator folder, the data folder and

10   the Internet favorites.  And you heard testimony and you

11   saw evidence that the contents of the data folder and the

12   Internet favorites were defendants', and you also heard

13   that those folders were backed up in rapid succession

14   because you could see from the time stamp on the logs

15   that as soon as one stopped, the other one started.

16   Clearly, the conclusion that you should reach is that the

17   same person was backing all three up.

18              And here, Exhibit 60.  This is just

19   one example of the e-mails found in the data file that

20   defendant was backing up at the same time as the Orig

21   Data folder.  And here is the beginning of a log that

22   gives you detailed information about exactly when these

23   backups took place and what was backed up.

24              So that is what is going on when Orig Data is

25   being backed up around Orig Data.  But let's talk about

1    what is inside of it.  Inside Orig Data was a folder

2    called Old System.  Inside Old System were defendant's

3    personal files.  They had his personal correspondence in

4    his own name with his personal information, his Social

5    Security number, his address, and, again, these were kept

6    inside Orig Data.

7           And you can see from the log showing what was

8    backed up that he kept his personal files inside Orig

9    Data organized just like the pornography and the child

10   pornography videos.  So that is the first thing about the

11   contents of the Orig Data that show that they were

12   defendant's.  Second, you heard testimony about the naked

13   photographs that were found inside Orig Data in a folder

14   stored under many subfolders called FLA.

15          And you can see from this metadata that

16   Mr. Pixley explained that the camera that was used to

17   take these photographs was a Canon Power Shot G3.  You

18   will also see that that is the same camera used to take

19   defendant's personal vacation photos, and it was also the

20   same camera that defendant had saved a bookmark for in

21   his Internet favorites.

22          And you also saw that defendant e-mailed these

23   files to himself.  Now, you don't have what these

24   pictures are, but based on that alone, you can conclude

25   and should conclude that those are photographs of the

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    defendant of a private nature and that is exactly why

2    they were kept under so many subfolders inside Orig Data.

3              Third, you heard about this document that was

4    found inside Orig Data.  Again, in the FLA folder, it is

5    the text of a communication that included defendant's own

6    e-mail address.  Again, stored under folders within Orig

7    Data.  And you heard Mr. Pixley testify that he found

8    other documents on the computer that had peer-to-peer

9    file-sharing software on it but did not contain copies of

10   Orig Data that showed this was defendant's e-mail account

11   because because he was sending and receiving e-mails in

12   the name Keith using it.

13             Fourth, you heard and saw descriptions of all

14   of the different folders within Orig Data.  And one of

15   the folders, and I apologize it is difficult to see here.

16   But you can see in Exhibit 83 that you will have in the

17   jury room, that one of the folders was called Keep.  And

18   that folder was under other subfolders within Orig Data.

19             And you also heard from Ms. Adele Sema who

20   works at Boeing that she was able to conclusively

21   determine which screenshots came from Mr. Gartenlaub's

22   computer.  And you will see in one of those, that when he

23   navigated to a place outside of the Orig Data, but it was

24   the defendant himself logging into his own computer

25   called Bob, went through another folder called Keep.  So

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    that is some of the raw contents of Orig Data that shows

2    that it was defendant's.

3            Consider also the changes that took place to

4    Orig Data between March of 2005 and March of 2006.  Those

5    are the two dates of the first backups to the Buffalo

6    hard drive.  There were a number of changes that took

7    place to this folder.  You heard that, for example, he

8    created an entirely new folder called Check where he

9    stored child pornography.  You can see just by comparing

10   Exhibits 58 and 61 that it was radically reorganized

11   between those two dates, and you can see that he actually

12   put child pornography videos within that new folder he

13   created called Check.

14           But those aren't the only changes.  You heard

15   how there was the folder called LS Temp where a number of

16   child pornography videos were kept.  One of them was

17   called Vicky Complete.  And you heard some testimony

18   about Vicky Complete.  You heard that he also had a

19   folder called VI where defendant kept the Vicky series of

20   child pornography.  And those are the videos shown in

21   Exhibit 6 and 6B has their description.

22           And while in the early version, the version of

23   Vicky Complete was kept in LS Temp, and in the later one,

24   it moved over to the VI folder.  And you also heard that

25   you can't have two files named exactly the same name in

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    the same folder.  And so when that file moved over, it

2    was renamed with an R in it because it had to have a

3    different name.  And you heard Mr. Pixley say that that

4    filed called Vicky Complete R that was in the VI folder

5    is the same one that used to be in the LS Temp folder,

6    the natural conclusion being that the defendant moved it

7    over and took the step of renaming it when he did so.

8            Consider the fact that the last written dates

9    were what Bruce Pixley told you you should rely on to

10   find when the defendant received these videos and that

11   those dates took place between 2002 and 2003.  Those are

12   the last times that data was written to these video files

13   while they were being downloaded, and so the last time

14   data was written to it is when that piece of metadata

15   gets updated.  That was in 2002 and 2003.

16           All the changes I just described were taking

17   place between 2005 and 2006.  This was not an isolated

18   instance of some child pornography showing up on his

19   computers.  It was managed, and it was organized over

20   time.

21           And it is not just the content of Orig Data

22   that you should focus on.  You should also focus on the

23   forensic analysis that Mr. Pixley performed.  So he was

24   able to tell you that first on March 30th, 2012, the user

25   of the Keith user name on the Dell computer opened up the

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    folder called VI.  That is the folder that contained the

2    Vicky series of child pornography.  That included that

3    Vicky Complete video we were just talking about.

4            He explained to you when he was being

5    cross-examined that the way he was able to tell this is

6    exactly what the user saw is because he looked at a

7    forensic artifact that stores preferences for the Keith

8    user on that Windows operating system.  So when a user

9    opens up a window to a certain size and they might resize

10   it, he explained there is a part of the Windows operating

11   system that keeps track of that.  And that is what he

12   looked at to be able to tell that this is how that folder

13   looked when it was opened.

14           He also told you that on October 18th of 2013,

15   the defendant opened up the AMP folder and he explained

16   the same way that this is what the Keith user saw when it

17   opened.  He also explained to you that the Keith user was

18   password protected.  And what is significant about this

19   is that an hour later, the defendant copied the entire

20   Orig Data folder from the Dell computer to the Acer

21   computer, and the reason you know that is because he

22   explained that the password protected Keith user name on

23   the Acer computer had metadata that showed it was copied

24   then.  Think about that.  That shows he opened up this

25   folder, saw what was inside and then decided to copy the

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    entire library again.

2           You have also heard evidence about the way the

3    contents within Orig Data had been organized.  You heard

4    about folders called CC in which videos with the name

5    Color Climax were stored.  You heard there was a folder

6    called TT where Tiny Toe videos were stored.  You have

7    heard that there was a folder called VA where Video

8    Angels were stored, and, of course, you have heard about

9    the VI folder where the Vicky series of child pornography

10   was stored and about the YG folder where depictions of

11   young girls were kept.

12          I want to talk to you for a minute about the

13   interstate commerce element you were asked to find.  You

14   do not need to find that defendant knew these videos

15   traveled in interstate commerce.  You just have to find

16   that, in fact, they did.

17          And for the receipt count, there are a few

18   technical details I want to discuss with you.  For the

19   receipt count, you have to find that the visual depiction

20   traveled in some form in the past from one state to

21   another, that it crossed date lines.  That is all that

22   means.  That is why you heard testimony from

23   investigators from New Jersey and Georgia and Washington

24   state who said that they met the victims in those states

25   and found out that the videos were made there and so

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1   necessarily those videos must have traveled to

2   California.  That is all that is.

3           There is another specific fact you will be

4   asked to find with the receipt count, and that is whether

5   or not any of the videos were received after April 30th

6   2003.  Now, you will see in this chart that is prepared,

7   that there were at least eight that were downloaded after

8   April 30th, 2003 between then and November of 2003.

9           You have the exhibits.  Exhibit 85 shows the

10  last written dates for all of these videos, and you can

11  see it there for yourself.  But this chart shows you

12  which particular videos have a last written date in bold

13  after that date so you know that any one of these can be

14  the basis for your finding.

15          Again, a couple of technical points on the

16  possession count, Count 2.  So while only those videos

17  above this gray bar can be the basis for your conviction

18  of a receipt count, any of these here can be the basis

19  for your conviction of a possession count because you

20  heard testimony and evidence that all of these were

21  downloaded from the Internet which is itself a means of

22  interstate commerce.

23          There is one other fact that you will be asked

24  to find in the possession count, and that is whether any

25  of the victims were less than 12 years old or were

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1   prepubescent.  You saw the videos yourself, and you can
 2   make that determination based on that.  But you also
 3   heard clear testimony from Dr. Heger and from the
 4   investigators.  And the government would submit to you
 5   that the easiest ones to make that finding on are Exhibit
 6   7 and 9 because you heard that those victims were very
 7   young, 4 to 5 years old.
 8           Now, I want to talk to you about intent for a
 9   moment.  The elements of intent are attempt are slightly
10   different from an actual receipt.  For an attempt, the
11   government must prove beyond a reasonable doubt that the
12   defendant first specifically intended to commit the crime
13   and, second, that he took a substantial step towards
14   doing it.
15           Now, you have seen a lot of evidence that
16   shows that there were graphically titled files that
17   were kept on defendant's computer and that it is
18   unavoidable that one would know what those files were
19   based on those names alone.  There is also much more
20   specific evidence about what he was seeking, what he was
21   trying to get, and these are the partial info files.
22           You heard Mr. Pixley explain that when using
23   peer-to-peer software, the user clicks on the name of a
24   file to start downloading it.  The user doesn't get to
25   see what is in that file until it gets downloaded so the
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    only information that the person using that peer-to-peer

2    software would see is the name of the file.  And so in

3    Exhibits 77 through 81, you can see what the names of

4    these files were.

5          And how do you know he was trying to download

6    child pornography?  Because it said it right in the name

7    of the file.  So for the attempt count, to find that the

8    defendant specifically intended to commit the crime and

9    took a substantial step, these partial files, these

10   partial info files have all the information you need to

11   find that.

12         First, the words there were the only thing he

13   knew before choosing to download it and so you know what

14   he was trying to download.  Second, the fact that this

15   file was generated means that he chose to download it and

16   started the process which is more than a substantial

17   step.  That was all he thought he needed to do to

18   download it.

19         And as to these partial files, keep in mind

20   where they are stored.  They are stored in Orig Data in a

21   folder called Partials.  And based on that, you can

22   conclude that the person who created all of these folders

23   and subfolders and put all the videos in there and put

24   these partially downloaded files in there was using

25   peer-to-peer file sharing software, that that person was

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1   the defendant because all of his personal files were

2   found in there, his private photos were found in there,

3   his e-mail address was found inside.

4         And one more point on the attempt count, the

5   attempt charge.  You heard Mr. Pixley testify that all of

6   those partial info files had last written dates of 2004.

7   Therefore, when you are asked whether or not the

8   defendant received or attempted to receive child

9   pornography after April 30th of 2003, you should answer

10   yes because any of these, any of these files from Exhibit

11   77 to 81 can sustain that conviction.

12         For these reasons, there really isn't any

13   doubt that the defendant knowingly possessed in August of

14   2014 child pornography videos, that he was the one who

15   downloaded and received it in 2002 and 2003, and because

16   of that, you should return a guilty verdict on both

17   counts, find the defendant received child pornography

18   after April 30th of 2003 and find that at least one of

19   the victims in the videos found on his computers was

20   under 12 years old.

21         THE COURT:  Okay.  Mr. Werksman.

22         MR. WERKSMAN:  Thank you.

23         Counsel, your Honor, ladies and gentlemen of

24   the jury, good morning again.  Before I start my closing

25   argument, I would first like to thank you for your

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    patience and attentiveness throughout this trial.  It has

2    been a relatively short trial, but it has been intense.

3    You have been here every day now.  This is your fourth

4    day.  And we have all noticed that all day you have been

5    here paying attention carefully, taking notes, deeply

6    engaged in this case.

7           Some of the evidence was difficult to view.

8    Some of the testimony was hard to understand.  But you

9    have been very diligent.  You can tell that.  And so on

10   behalf of myself and Ms. Zeevi and Mr. Gartenlaub, I

11   would like to thank you.

12          I would also like to spend a moment talking

13   about why you are all here, why you have taken time away

14   from your families your jobs, your homes, your other

15   lives to come downtown here each day to sit in judgment

16   of a fellow citizen.

17          You are here, well, superficially, you are

18   here because you were summonsed here.  But we all know

19   how easy it is to avoid jury duty if you really want to.

20   Basically, you are all here because you wanted to be a

21   part of the greatest system of justice that has ever been

22   created by any civilized people.

23          It is a system that is devoted to the liberty

24   and the integrity of the individual.  It is not a system

25   that is set up to help the government get their man.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    Rather, it is set up to help protect the citizen against

2    the overreach or the misjudgment of an aggressive

3    government.

4             That is why a defendant begins each trial

5    presumed innocent.  That is why the government at all

6    times has the burden of proof beyond a reasonable doubt.

7    That is why any verdict you reach has to be unanimous.

8    It is so that we can prevent the worst nightmare that we

9    as a free people could ever imagine which is that you

10   might convict an innocent man of a crime that he didn't

11   commit.

12            Now, jury duty imposes one of the greatest

13   sacrifices upon citizens of all, second only to military

14   service.  And before this is over and you get to go back

15   to your families, your lives, your homes, and as you know

16   Mr. Gartenlaub would like to go back to his, you have a

17   final duty which is to honor your oath and your

18   obligation as jurors and to be fair and just in reaching

19   a verdict in this case.

20            And if you are fair and just in this case and

21   if you review the evidence carefully and square it with

22   the instructions as have been given to you by her honor,

23   you will find Mr. Gartenlaub not guilty of the charge in

24   this indictment.

25            Why?  Because the government has failed to

1    meet its burden proving the defendant guilty beyond a

2    reasonable doubt.  In my opening statement a few days

3    ago, I promised you that the government's case would be

4    circumstantial, speculative and weak.  And I kept my

5    promise.

6            You saw that notwithstanding all the evidence

7    that they put on and the number of witnesses that they

8    brought in, some of whom came from far, far away, that at

9    the end of the day, the bottom line is the government

10   cannot prove to you that Keith Gartenlaub knowingly

11   received or attempted to receive or knowingly possessed

12   any child pornography, and the definition of proof beyond

13   a reasonable doubt has been read to you by her honor.

14   And, in short, the standard of proof beyond a reasonable

15   doubt is that you must find the evidence the government

16   presented to you is so firm it is so strong, it iso

17   stout, it is so convincing that you would rely upon it to

18   make the most important decision of your lives.  And you

19   cannot do that in this case.  You simply cannot because

20   at the end of all your analysis of this evidence, it does

21   not prove Keith Gartenlaub guilty of anything.

22           It is a little bit like what an author once

23   said about the City of Pittsburgh, you say when you get

24   there, you discover there is no there there.  Here, the

25   government's chief witness was Bruce Pixley.  Now,

1   Mr. Pixley is an acknowledged expert in the field of

2   forensic computer since.  And he testified at great

3   length about a number of things.  His testimony went on

4   and on, and for five hours at the testified about a mind

5   numbing review of an endless series of indecipherable

6   logs.

7           Those logs are hard to understand even if you

8   are an experienced scientist in the field of forensic

9   computer science.  But for you, ladies and gentlemen, I

10  submit they are completely incomprehensible because they

11  were for me.  Mr. Pixley's presentation was designed to

12  shock and awe.  He went on and on about how this computer

13  contained a file that was then downloaded to that

14  computer, and this computer was backed up to another

15  computer.  And one hard drive was partitioned and hard

16  drive C went into hard drive F.  But after this five hour

17  root canal of his testimony, when I got to cross-examine

18  him, it all boiled down to the following conclusions

19  which came out within three minutes of his

20  cross-examination.

21          All the child pornography files that he

22  reviewed, and there were approximately 100 of them were

23  created in 2002 and 2003.  That is 12 or 13 years ago.

24  And he doesn't know, the government doesn't know, and

25  nobody has given you any evidence of who created them,

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1   who downloaded them, who produced them.
 2              Then, in 2005 and 2006, a huge bulk of data
 3   was placed in a computer that was owned by Keith
 4   Gartenlaub.  That is 10 years ago.  The government could
 5   not give you a single pit bit of evidence to demonstrate
 6   to you who put that into Keith Gartenlaub's computer, how
 7   it got into Keith Gartenlaub's computer.
 8              Mr. Pixley called that an unknown source, and
 9   he readily acknowledged that he could not tell you what
10   device was used to transfer the data to the computer
11   owned by Keith Gartenlaub in 2005 or 2006.  All he could
12   tell you was that it got there.  What got there?  Well,
13   there were a hundred files containing child pornography.
14   That is not in dispute.  Those hundred files were spread
15   out throughout hundreds if not thousands of other files
16   containing hundreds if not thousands of other pieces of
17   data.
18              This child pornography floated along in a
19   computer hard drive like twigs on an ocean.  And all
20   Mr. Pixley could tell you after his mind numbing review
21   of log after log after log is that beginning in 2005 a
22   series of backups were done in which huge bulks of data
23   including a hundred files of child pornography spread out
24   within huge bulks of data were either backed up or they
25   were transferred from one computer to the next, each time
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    it appears Mr. Gartenlaub would acquire a new computer.

2            But Mr. Pixley could not tell you who did the

3    backups nor can he nor is there any evidence that has

4    been presented to you to demonstrate certainly not beyond

5    a reasonable doubt of who created any one of those

6    backups over 10 years ago.  Nor can the government prove

7    to you that it was Keith Gartenlaub in particular, and it

8    is of great significance that not a single child

9    pornography file was added to the 100 or changed in 10

10   years.  That is right.

11           The evidence in this case is that 12 to 13

12   years ago, some files were placed in a computer hard

13   drive.  Those files themselves never actually changed.

14   And the last time those 100 child pornography files were

15   placed on a computer traced to Keith Gartenlaub was

16   10 long years ago.  And what has happened since then?

17   Nothing but a series of backups which backups included

18   backing up the entire hard drive which contained as you

19   have seen hundreds of thousands of files of other things.

20           And during my cross-examination of Mr. Pixley,

21   I made a point to demonstrate to him and he acknowledged

22   that the child pornography was contained within

23   subfolders of subfolders of subfolders of subfolders of

24   subfolders.  Five times removed.  This data was buried

25   deeply within the hard drives that we don't know how they

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1   got there.  We don't know who put them there and we don't

2   know who did the backups or even the copying of the hard

3   drives that occurred.

4           What we do have is Mr. Pixley's testimony that

5   he used a function called VM which he claimed allowed him

6   to see what a user would see when a user would affect

7   files or manipulate data within a computer.  His language

8   was careful though because he said that he could see what

9   a user could see.  But what he could see was what he

10  could see on his screen.

11          And it took my cross-examination to bring out

12  that what he could see on his screen wasn't necessarily

13  what a viewer would see on the viewer's screen.  Why?

14  Because Mr. Pixley couldn't tell you what kind of monitor

15  was being used by a viewer when the viewer allegedly

16  could see what Mr. Pixley said he could or should

17  possibly be able to see.

18          Mr. Pixley acknowledged that he couldn't tell

19  you how long the image that the user was seeing was on

20  the screen.  I made a point to him to ask him could it

21  have been for one second.  Sure.  Could it have been for

22  half a second.  Yes.  Could it have been for a quarter of

23  a second.  Sure.  It could have been for a nanosecond.

24  He doesn't know and he couldn't tell you how long the

25  screen was on a monitor.  We don't know how bright the

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

 1    monitor was.  We don't know how big the monitor was.

 2              And, more importantly, we don't know what else

 3    was on the monitor because Mr. Pixley acknowledged that

 4    while the user was viewing what Mr. Pixley said the user

 5    should be able to see according to his VPM ware, that the

 6    user could have been playing a computer game and had

 7    other screens open.  And I asked him not to be

 8    mischievous but to make a point could the user be playing

 9    Angry Bride.  And he said, no.  Why not?  Well, because

10    Angry Bride hadn't been invented by then.  Could he have

11    been playing Tetrus?  It depends.  It could have been Pac

12    Man.  It could have been anything.

13              The point is that the government is asking to

14    rely upon and Mr. Pixley was trying to ask you to believe

15    that he could tell you what a user was seeing looking at

16    a screen when he couldn't tell you how long the user was

17    viewing it, what condition it was in on whatever kind of

18    monitor was being used and whether or not the user that

19    very second was also checking his e-mail, playing a video

20    game, watching another movie.  We just don't know.

21              And that is the problem, ladies and gentlemen,

22    in a case like this.  Sometimes things aren't what they

23    seem, when skim milk masquerades as cream.  You were

24    given a body of evidence that was intended to shock and

25    awe.  Mr. Pixley got on the stand and he went through

          UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    this long elaborate explanation of stuff that was

2    literally impossible to follow, and I am sure that he

3    meant to communicate to you truthful information.  I am

4    not questioning his honesty.  I am questioning the way it

5    came out.

6            He gave you a long explanation tethered to

7    indecipherable laws that was intended to cause you to

8    believe, well, all I know is this guy is tops in his

9    field.  He is getting $375 an hour.  He is working for

10   these exremely bright, nice young prosecutors,

11   accompanied by a team of FBI agents.  This guy must have

12   done something horribly wrong.

13           But when you really look at what Mr. Pixley

14   told you, it is just not there because he could not

15   answer the most important question that you are going to

16   have to ask when you go back in the jury room and begin

17   deliberating which is how do we know that Keith

18   Gartenlaub knew that he received child pornography.  You

19   don't.

20           How do we know that Keith Gartenlaub knew that

21   he was attempting to receive child pornography.  You just

22   don't know.  And how do we know that Keith Gartenlaub

23   knew that he possessed child pornography.  You just don't

24   know.

25           The prosecutors talked to you about these

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    partials.  The partials are the attempt.  There are 10

2    files which allegedly the defendant attempted to

3    download.  Now, without beating a dead horse, I don't

4    know how they are going to prove that he is the one who

5    attempted to download them.  They are asking you to

6    believe that it was him.  Their efforts to convince you

7    that it was him is an eight sided billiard shot where the

8    ball has to go zing, zing, zing, zing before it gets in

9    the pocket.  You got to believe that it was him because

10   there were other files being used at different times

11   under different user names associated with different

12   subjects and they are saying put it all together somehow

13   and conclude beyond a reasonable doubt that it is Keith

14   Gartenlaub who did it.  But you can't.

15           And here is the basic problem with the

16   partials that Mr. Pixley acknowledged on

17   cross-examination.  The partials, as you know of course

18   by now, are not actual files.  There is nothing that you

19   can see to demonstrate to you that it is actually child

20   pornography.  You have got some titles.  The titles could

21   or could not be child pornography.  You can decide.  They

22   are suggestive, but they are certainly not proof beyond a

23   reasonable doubt.  I wouldn't rely on those to make the

24   most important decisions in my life.  You will have to

25   decide whether you can accept that evidence to make the

 1    most important decision in your life in this case.

 2              But these partials supposedly were downloaded

 3    by a peer-to-peer file sharing service.  And that is

 4    where the testimony and Mr. Pixley became murky to the

 5    point of misleading it because he said that there was

 6    Morpheus in the computer as far back as 2002.  Morpheus

 7    is known to be a peer-to-peer file sharing service.  But

 8    these partials were not downloaded with Morpheus.  So he

 9    couldn't tell you that it was Morpheus that was used to

10    download it.  But he wanted you to think that they were

11    downloaded by Keith Gartenlaub because his computer had

12    Morpheus in them.

13              He said, well, they are down loaded with

14    something else called Kazaa, K-A-Z-A-A, another

15    peer-to-peer file sharing service.  But these files don't

16    bear the Kazaa tag on it.  Nor were these files anywhere

17    in the computers.  These partials are a ghost.  They are

18    a mirage.

19              It is as if the government put a plate down

20    here on the table with some crumbs on it and said there

21    was a cookie here, and it has been eaten by a ghost.

22    Because if you look around the room, you would not find

23    anybody with crumbs on their fingers or around their

24    mouth.  So nobody here ate it.  Trust us, there was a

25    cookie here because we see some crumbs.  And they would

```
 1    have to acknowledge we can't tell if it was an oatmeal
 2    cookie or maybe a chocolate chip.
 3              In fact, we are not even sure it is a cookie.
 4    It could have been a piece of cake.  They are saying here
 5    are some crumbs on a plate.  There used to be a piece of
 6    cake or a cookie there, and it has been eaten.  Since
 7    nobody else here has eaten it, assume a ghost ate it.
 8    That is what the government is asking you to believe and
 9    asking you to conclude with regard to the evidence about
10    the partials.  It is simply not there.
11              What else did we learn from Mr. Pixley that
12    should cast doubt, extreme doubt, not just reasonable
13    doubt but roaring doubt about the defendant's guilt in
14    this case?  Well, he told us about something called
15    Belarc, B-E-L-A-R-C.  You will see it when you go back in
16    the jury room if you want to look at the exhibits.
17    Belarc is a software that a computer user can put on his
18    computer to have them inventory or profile their own
19    computer.  It is fairly sophisticated.  It is not
20    something that the average person might do, but it is out
21    there, it is available to people who want to do an
22    inventory of what their own computer is up to.  And he
23    testified that there were at least five or six Belarc
24    reports that were done by Mr. Gartenlaub's computers on
25    themselves presumably by Mr. Gartenlaub, the owner of
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1   these computers.

2          Two of those Belarc reports I believe are in

3   evidence.  What is significant about somebody doing a

4   Belarc report in their computer?  Well, if somebody was

5   doing something nefarious, something illegal, something

6   despicable like ordering child pornography, why on earth

7   would they subject their own computer to a Belarc report,

8   not once, not twice, not three times, but six times and

9   then keep the Belarc report in that computer.

10          It is not much far off from somebody who wants

11  to go rob a bank, calling the bank before they get to

12  there to say I am going to rob this bank, please make

13  sure that the video surveillance is running and after I

14  have robbed the bank I would like to get a copy of the

15  video surveillance to take home with me so if the FBI

16  comes after me to prosecute me for bank robbery, I will

17  be able to see what I looked like in the video when I

18  robbed the bank.

19          That is what it would be like for

20  Mr. Gartenlaub to have subjected his own computers

21  six times to Belarc review while allegedly he is

22  surreptitiously ordering child pornography on those same

23  computers.  It is insane.  It is crazy.  It is so over

24  the top that it has to cause you to believe they have got

25  the wrong guy.  They have got an innocent man who had no

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    idea that buried deep within his computer, within folders

2    and subfolders and subfolders of subfolders of subfolders

3    of subfolders, five times removed from the surface of his

4    desktop, that there were some despicable images, some of

5    whose names clearly suggest child pornography, others

6    which don't.

7            And you have seen these titles.  I don't need

8    to mention them here in this courtroom, but you will see

9    for yourselves some could be, some may be, some ought to

10   be, some are absolutely indecipherable.  You will also

11   note if it hasn't already been made clear to you that

12   when Pixley was telling you about what a user could see,

13   he was absolutely -- let's be clear about this.  He would

14   not tell you because he couldn't that he knows whether

15   anybody on the computer ever viewed a single child

16   pornography file.

17           Now, this is important because, again, in

18   the shock and awe of the government's massive

19   presentation, it might get lost that you have not heard a

20   single piece of evidence that anyone ever hit the play

21   button to watch a single one of these despicable videos.

22           This is where that analogy about when you get

23   there, there is no there there strikes home.  Okay.  We

24   see these logs over and over again where he went to this

25   site, he looked at this file, looked at that file.  But

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    not once did Mr. Gartenlaub or anyone ever view those

2    videos according to the evidence in this case.  Ever.

3    And the absence of that evidence alone out to be grounds

4    for you to return a quick verdict of not guilty.

5            But there is more.  We learned that there was

6    no encryption on Mr. Gartenlaub's computers.  Now, why is

7    that significant?  In addition to subjecting his own

8    computers to six Belarc reports which inventory and

9    profile all the things he has done on his computers, he

10   didn't encrypt the data.  You heard that he works for

11   Boeing, somewhat sophisticated in computers.  Mr. Pixley

12   acknowledged that encryption application and software is

13   readily available.  It is not that hard for anyone.  It

14   can be done.

15           There was no effort to encrypt this horrible

16   data that is illegal, that is disgusting, that nobody

17   would want anybody to see on their computer.  No effort

18   whatsoever.  Nor was there any password protection until

19   late 2012 or 2013.  The most recent generation of

20   computers found in Mr. Gartenlaub's possession had

21   password protection on the Keith user.  That is in 2012

22   and 2013.

23           For 10 years before that, when Mr. Gartenlaub

24   allegedly was in possession of all this rotten filth on

25   his computers, it wasn't password protected.  That means

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    anybody could get in there.  Anybody could look at it.

2    Anybody could download it.  Anybody could back it up.

3    Anybody could copy it.  Anybody could access it.  And the

4    anybody, by the way, doesn't necessarily mean Keith

5    Gartenlaub.

6            By the way, another point for you to remember,

7    and I will just throw this out there because you got to

8    be thinking about this when you go back there, the

9    Buffalo drive, as you recall from the testimony of FBI

10   agent, wasn't functional when he seized it.  So he had to

11   open up the Buffalo external hard drive component and

12   take out the hard drive itself to copy it.

13           Why is that significant?  Because when the FBI

14   seized the Buffalo external hard drive which is encased,

15   you have a picture of it in the evidence, when they

16   seized it in August of 2014, it wasn't working.  You

17   couldn't just plug it in the wall and then let it run and

18   look at what is in there.  The FBI had to crack open the

19   box and take out the hard drive and subject it to their

20   own machines to copy it for forensic purposes.

21           Why is that significant?  Because how can you

22   be in possession of child pornography in a computer if

23   the computer doesn't work?  Now, I can understand the old

24   days if they said, well, look, we went into

25   Mr. Gartenlaub's bedroom and right next to it on the

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

nightstand, we found stacks of kid porn magazines.  Well,
that is possession.  But when they say to you, hey, we
went into his storage facility and found a 10 year old
hard drive, and it didn't work but there is kiddy porn in
there, how could he be in possession of something that he
can't see?  How can you find him guilty of something that
you can't plug into the wall and look at without using
sophisticated expensive FBI processes to look at it?
Anything that came from the Buffalo hard drive was
inaccessible to the user.  Therefore, nobody could be in
possession.

There was a silly movie a couple of years ago
called Zoolander where a couple of idiots are trying to
find files on the computer.  And they take the computer
and start throwing it on the ground to open it up because
they are looking for files.  The absurdity is obvious to
you.  You can't be in possession of computer files that
you can't look at, that you can't access.

Now, let's look at the bigger picture because
if you just -- if you just focus exclusively with tunnel
vision on the government's evidence in the computer, you
might get distracted and you might follow it down some
little drain into concluding that because this man owned
a hard drive that was backed up when he went into this
file and there is a file four folders away that might

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1    contain something that seven years ago somebody backed
 2    up, maybe he is guilty.  So let's back up for a second
 3    and look at the big picture.
 4            Where were these hard drives?  They were in
 5    storage facilities.  You have seen pictures of where they
 6    were contained.  I will just show you one, for example.
 7    The guy keeps his storage facility filled with household
 8    junk, boxes of crap, Costco boxes, Home Depot boxes.
 9    Here is a refrigerator.  And inside there is a computer
10    hard drive.  Was it hidden?  No.  Was it damaged or
11    destroyed to avoid anybody looking in it and finding that
12    it contains contraband?  No.  Was it password protected?
13    No.  Was the data encrypted?  No.
14            There was another storage facility, even
15    tidier where he had yet another hard drive.  Again, not
16    hidden, just sitting there.  Sitting there innocently as
17    if the person who put it there hadn't a care in the
18    world.  What else do we know?  The government made a big
19    show of tracing through other aspects of Mr. Gartenlaub's
20    life on the computer.  But before I get to that, you saw
21    in the storage facility where he had all that -- one of
22    the hard drives.
23            In order to prove that it was Keith
24    Gartenlaub's storage facility, they showed a picture they
25    found on the floor in the storage facility.  Now, this is
```

1    called irony, and what I am going to talk about for a

2    moment is irony.

3             The government is trying to prove that this

4    guy is a deviant in possession of an ample storage of

5    child pornography.  And they say we know the computer

6    belongs to him because look at the picture we found in

7    his storage facility.  It is Keith Gartenlaub with his

8    wife on a trip somewhere.  This is not pornography.  This

9    is a picture that you would find in a storage facility of

10   a very normal person.  More about how normal and decent

11   he is in just a moment when I talk about the defense

12   case.

13            What else did did they show us about Keith

14   Gartenlaub?  Well, again, irony, they show you logs of

15   his favorite Internet sites to show that he was using the

16   Internet in the computer containing the kiddy porn.  And

17   when they show us all of his favorite Internet sites,

18   they are Yahoo, Bloomberg, Capital Records, MSNBC, Warner

19   Brothers.  It is the most normal, the most innoccuous,

20   the most unperverted most undeviant list of favorites you

21   are ever going to see.  It is a list of favorites that he

22   didn't know you would all be looking at because they were

23   taken from him with a search warrant without his

24   knowledge.  He didn't have a chance to cook this up for

25   your review.

1          You had an opportunity to get a snapshot of

2     the life of Keith Gartenlaub in August, 2014, when the

3     FBI came in out of nowhere and took his stuff.  And they

4     say, to show you that he is the deviant in possession of

5     all this child pornography, we are going to show you his

6     favorite list.  And ignore the fact that he is a

7     completely normal person with a very mainstream set of

8     Internet favorites that has nothing do with pornography.

9     We are showing this to prove he used that computer.

10          Okay.  Let's go with that.  Where else does he

11    go on the computer?  This is all in evidence.  You can

12    see this stuff when you go back there.  They showed you

13    some of the sites he visits.  Yahoo, Proactive, Love Your

14    Skin, on and on.  E-mails.  The e-mails of an ordinary

15    suburban guy.  You will read his e-mails.  He is arguing

16    with somebody who billed him wrongly for some item he

17    bought that he wants a $38 refund.  You will read a

18    touching e-mail he sends to his father.  And he ends it,

19    love Keith.  You will see a touching e-mail from an uncle

20    telling him a funny story about how he was walking the

21    dog and a dog fell in a mud puddle and the dog had mud

22    all over him.

23          So, in other words, ladies and gentlemen, the

24    government had an opportunity to take their best shot, to

25    show you evidence that this man would knowingly see,

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1   knowingly attempt to receive, knowingly possess child

2   pornography.  And instead what they showed you is a man

3   who has completely innoccuous e-mails, completely

4   innoccuous Internet favorites.  Okay.  There is an e-mail

5   where he is sending a picture of his torso.  I don't even

6   know what we are supposed to think from that.  But

7   certainly it has nothing to do with child pornography.

8          Of all the things, and assume because you can

9   assume, that if they found anything in his computer that

10  would make you think that he was likely to know or

11  intending to possess child pornography, they would have

12  shown it to you.  Best they can do is e-mail himself a

13  picture of his own torso and some harmless e-mail traffic

14  between him and relatives and there was some stuff about

15  his job.  He is looking for a contract with Boeing when

16  he is a contractor.

17         When you browse through the secret life of

18  Keith Gartenlaub, you find a man who it is hard to

19  imagine would also possess or intend to possess child

20  pornography.  It is just not there.  What else can you

21  show us, how weak the government's case is.

22         Well, there is no confession.  You didn't hear

23  an FBI agent get on the stand and say, well, we went to

24  Mr. Gartenlaub and said, hey, listen, we got your child

25  pornography.  And he said, well, some of it is mine, not

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    all of it is mine, and I didn't know.  He didn't say

2    anything like that.  There is no confession.

3            You have no evidence that Keith Gartenlaub

4    confessed to owning child pornography.  By his not guilty

5    plea, he denies it.  There is no evidence that he did

6    anything to try to obtain child pornography.  You will

7    see his e-mails.  You will see his Internet visitation.

8    There is no trolling through chat rooms talking to

9    perverts, can I get your Vicky series, I got the Vicky

10   series, do you have this, give me this and I will give

11   you that.  Where is that?  Where is the evidence that he

12   sought out child pornography except for the fact that it

13   dropped from the sky into his computer 10 years ago and

14   didn't change since.

15           There was a stupid commercial a while ago for

16   Wendy's, the hamburger chain.  A little old lady goes to

17   a competitor, and she gets this big burger, huge bun and

18   lettuce and tomatoes, and she opens it up and she sees

19   that the hamburger patty is actually tiny.  And she

20   looked up at the camera and she says, where is the beef.

21   Surely somebody on the jury remembers where is the beef.

22   It was a long time ago.  Not that long ago.  But that is

23   what I am asking you today.  Where is the beef?

24           You got this big bun.  You got the lettuce and

25   tomatoes.  You have got the High Admiral, Lord Pixley

1    testified for five hours about all these logs and what

2    they are supposed to mean, but where is the beef?  Where

3    is the evidence that this man knowingly possessed,

4    attempted to possess, attempted to receive or received

5    child pornography?  It is just not there.

6           What do we know about Keith Gartenlaub?  You

7    heard from three witnesses, good citizens, people who

8    came in here and they told you what they knew about Keith

9    Gartenlaub.  Well, first of all, they told you that back

10   in the time period when this child pornography made its

11   way somehow from some source we will never know called

12   the unknown source, when it made its way onto his first

13   computer in 2002, 2005, he lived on 39th in Newport

14   Beach, a block from the beach.

15          Laurie Miller was his land lord, decent

16   homeowner, pillar of the community.  Told you that she

17   thoroughly vetted Keith Gartenlaub, chose him to be a

18   tenant in this lovely duplex a block from the beach and

19   that it was pretty much party central.  Not in an animal

20   house way, but people coming and going at all times.

21   Friends.  You saw pictures of the 4th of July in Newport

22   Beach in the summer on 39th street.  People everywhere.

23          You heard from his friends, Brent and Ed who

24   told you that they would be there every weekend.  They

25   had keys.  People would come and go from Keith's

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    apartment.  Keith had a computer.  It was in the guest

2    room.  They would use it.  People would use it.  People

3    going on it.  It wasn't password protected.  They browsed

4    the web.  They checked their e-mails.  Keith, at the

5    time, had a girlfriend.  Her name was Shiny Duvall.  She

6    was not eight years old.  She was in her 40's, a mature

7    adult woman in which he had a normal age-appropriate

8    relationship.

9           She had a teenage son, Robert.  All the

10   witnesses remember Robert.  15, 16 year old boy had a key

11   to Keith's apartment.  Used to go there all the time.

12   Would bring his friends.  How do we know that Robert

13   didn't download something on that computer?  We don't.

14   We would be speculating just as we would be speculating

15   if we try to conclude that it was Keith Gartenlaub.  But

16   we know it could have been somebody else.

17           It could have been Robert.  It could have been

18   one of his friends.  It could have been one of

19   Mr. Gartenlaub's friends.  It could have been one of

20   their friends at party central on 39th street in Newport

21   Beach during a beautiful summer day when as you heard the

22   streets were clogged with traffic.  People would come and

23   go, and he had this unpassword protected computer there

24   for all the world to see and to use.

25           We know that each of these witnesses testified

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    that Keith Gartenlaub is a man of good character.  Now,

2    you will hear an instruction.  Character evidence, you

3    can view it like any other evidence.  What does it mean

4    to be a person of good character?  What does it mean when

5    three decent people from the community come into a

6    courtroom and say I know that guy, he is a good guy, he

7    worked for Boeing, he was respectful, he was polite, he

8    didn't act like a crazy person, he wasn't a deviant.

9            Ladies and gentlemen, he was a lot like you.

10   He was a good citizen.  And, today, he sits there,

11   accused of despicable crime based upon evidence that is

12   at best slight, speculative, circumstantial, weak,

13   misleading.

14           Now, I am just about done.  The prosecutor she

15   will get to address you again because the government has

16   the burden of proof.  And it is a high burden.  It is a

17   very high burden.  So she gets the last word.  When I sit

18   down, I am done.  And the case will go to you, and you

19   will do something very, very important.  You will go back

20   in the jury room.  You will get a chance to look at all

21   this evidence.  And you will get a chance to go through

22   the exhibits and discuss amongst yourselves the

23   significance of the testimony that you heard.

24           And when you put it all together, ladies and

25   gentlemen, you will find that the government's case is

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1  lacking.  They don't have a case.  They have some

2  suspicion.  They have logs of a computer that if you put

3  them together suggest that files were copied and backed

4  up and moved around, but it doesn't tell you the most

5  important thing you need to know to reach a fair and just

6  verdict in this case.  It doesn't tell you that Keith

7  Gartenlaub is guilty.

8         It doesn't tell you that there is proof beyond

9  a reasonable doubt that this man over here, this man of

10  good character knew or intended to receive, attempt to

11  receive or possess child pornography.

12         And so I ask you, ladies and gentlemen, during

13  your deliberations to come back with the only right and

14  just verdict that this case demands, and that is to find

15  the defendant not guilty.  Thank you.

16      THE COURT:  Okay.  Do we need a break, or can we

17  go straight to the government's rebuttal?

18         Okay.  Mr. Lewis.

19      MR. LEWIS:  Ladies and gentlemen, you absolutely

20  have seen the evidence that shows it was the defendant

21  Mr. Keith Gartenlaub who downloaded this.  He was the

22  one who put it there because he kept it in the same place

23  with all of his personal correspondence, with his private

24  information and his private photographs and his e-mail

25  address among many other pieces of evidence you have

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    seen.

2           The burden of beyond a reasonable doubt is the

3    burden in every criminal case.  It is not a burden of

4    proving beyond all doubt, all possible doubt.  It is

5    proof that leaves you firmly convinced, and that is the

6    proof you have seen.

7           So what is the defendant to do when his

8    library of nearly 100 videos of child pornography were

9    found on four different hard drives in his home and at

10   his two storage units?  He will try to do what was done

11   here.  Try to confuse the issues, to challenge the

12   investigation and to deflect blame.

13          Well, I am not going to apologize for the

14   resources of that the FBI spent in investigating this

15   case.  Don't let yourself be distracted.  Focus on the

16   issues, the facts you are asked to find.

17          Yes, these were found.  Some of these

18   computers were found in a storage facility.  And you

19   heard evidence that he rented one in February of 2014,

20   rented another in April of 2014.  Exhibit 37 is his

21   Boeing employee records that showed he changed his

22   address in May of 2014.  You saw him logging onto his

23   Public Storage, his Extra Space storage account in July

24   of 2014.  And from that, you can infer that he was

25   moving.  He had kept these in storage while he didn't

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    have a permanent home at that time, and that is exactly

2    what his friend said.  So, logically, that is the

3    explanation for why there wasn't user activity during

4    that period of time.

5              You heard from the defense witnesses who

6    came in and told you that they believe Mr. Gartenlaub was

7    a man of good character.  Well, they didn't know the

8    secret life of Keith Gartenlaub.  For that, you had to go

9    through the layers of folders to see what he kept buried.

10             The Buffalo hard drive, you heard evidence was

11   not accessible or not useable when the FBI tried to plug

12   in.  Well, you don't have evidence of when it became

13   inaccessible, but it happened shortly after the last

14   backup occurred.  That explains what occurred next.  You

15   heard Mr. Pixley explain that in July of 2006 on July 1,

16   Mr. Gartenlaub's hard drive was reformatted, and that

17   same day, he copied one of the versions of Orig Data onto

18   it.  In December of 2006, the other hard drive in his

19   Dell computer was reformatted, and the next day he copied

20   a full version of Orig Data onto it.

21             So if it hadn't been working at that time,

22   that explains him making even more copies of it.  And you

23   know based on your own common sense and good judgment

24   that the reason you keep something is so you have

25   possession of it.  He didn't throw this hard drive out.

1    And he, as a technically trained Boeing engineer, would

2    know that he might be able to get back into it.

3              The receipt did occur in 2002 and 2003.  That

4    is what the evidence is that you have seen.  That was a

5    long time ago.  And those are the facts that are charged,

6    and that is exactly what you are here to find.  But keep

7    in mind, there are two counts, receipt in 2002 and 2003,

8    and possession on August 27th of 2014.  And you saw that

9    he continued making copies over those years and as

10   recently as October and November of 2013 made

11   two complete copies of Orig Data onto the Acer computer.

12             You also heard the evidence characterized that

13   these child pornography videos were like twigs in the

14   ocean.  You have seen evidence that shows they were

15   carefully and deliberately organized into folders

16   according to where they belonged.  You have also heard

17   the number nearly a hundred files, video files, multiple

18   times.  Keep in mind, that is nearly a hundred files on

19   each of the seven copies of Orig Data.  That means on

20   those computers, there are nearly 700 videos containing

21   child pornography.  That is not twigs in the ocean.

22             You heard during opening that this was

23   characterized like a box in a garage that somebody might

24   have moved around or maybe not paid attention to.  But if

25   that is how you want to think about it, then you have got

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1    to map it onto the evidence that you have seen in this
 2    case.  So if you want to think about a box, you should
 3    think about a box that has folders inside that are
 4    clearly labeled.  And if you want to think about that
 5    box, you should think about it in terms of what you heard
 6    from Mr. Pixley that he opened up a specific folder and
 7    then decided to copy the entire contents again.
 8            So it is like a box that one of the folders
 9    was opened up, checked out and then decided to make an
10    entirely new copy.  And it is also like a box that you
11    happen to have seven different photos or snapshots of
12    over time.  And if you look at those photos, you can see
13    that things are changing, some of the labels are changed,
14    some of the things inside are moved around.  So this is
15    not something that was ignored.  It was something that
16    was carefully managed.
17            These partial files, they are very clear
18    evidence of exactly what defendant was trying to
19    download.  All you need to remember from Mr. Pixley's
20    testimony about that was that that name was all the
21    defendant could see before he decided to download it.
22            That shows what his intent was.  He didn't get
23    to see what he was downloading before he chose to do it
24    back in 2002 and 2003.  And going back to 2002 and 2003,
25    you heard Mr. Pixley say that it could take a couple of
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1   days to download a full length movie using peer-to-peer

2   software across the Internet at that time.

3          You saw how many videos were in Orig Data,

4   that nearly a hundred of them were child pornography.

5   The notion that this went unnoticed by the defendant

6   whose computer it was simply can't be credited.  And it

7   not only took so long to download them, but the downloads

8   were happening on different dates.  You can see in the

9   last written field that they were being downloaded on

10  multiple different days between 2002 and 2003.

11         And then you see the partial files, and you

12  heard that those were downloaded in 2004.  And then you

13  hear that between 2005 and 2006, all those changes were

14  made inside Orig Data including moving the child

15  pornography videos around.  And then you hear in 2012 or

16  2013 individual folders were opened up that contained the

17  child pornography and displayed those graphic names of

18  videos.  This is not something that happened without the

19  defendant knewing about it.  In fact, it was the

20  defendant who did it.

21         And another point about the quantity of

22  videos, not only are there now a total of nearly 700 on

23  those computers, but in 2005 when the first Buffalo

24  backup was made, you can see that that first log, Exhibit

25  78, 68, is much shorter than the ones that came after it.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    In fact, there were less than a thousand files inside of

2    Orig Data at that time including defendant's old system

3    personal documents.

4            So out of less than a thousand files, nearly a

5    hundred of them were child pornography videos.  One in

6    every ten files in Orig Data was a child pornography

7    video.  Now, you did hear that it wasn't encrypted, his

8    computer, but you also heard that they were kept in

9    subfolders of subfolders of subfolders of subfolders.

10   You heard that he had these layers where he kept that

11   child pornography.  Now, you also heard that there was

12   not evidence, Mr. Pixley could not find any evidence that

13   Mr. Gartenlaub had opened up one of these videos.

14           But you also saw and heard from Mr. Pixley

15   that these videos were configured to play in Gom Media

16   Player.  You heard him explain that that is a media

17   player that does not keep track of when a video is

18   played.  So that is an explanation as to why there wasn't

19   evidence that Mr. Pixley could find that showed that any

20   of these videos had been played because they had all been

21   configured to play in a video player that did not keep

22   track of what was opened up.

23           So your recollection of the testimony is what

24   controls, not what I say and not what counsel says.

25   Consult your memory.  The government submits you will

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    recall that Mr. Pixley was able to explain to you that

2    this is, in fact, exactly what Mr. Gartenlaub could see,

3    sorry, what the Keith user of the Dell computer could

4    see.  The password protected version of the Keith user on

5    the Dell computer, this is what he could see.  And that

6    he did keep this open for a period of time.  And that the

7    reason he was able to tell that was because it kept

8    track, the Windows operating system, of exactly how the

9    Keith password protected user wanted to display this

10   window.

11        And once you see that the password protected

12   Keith user, the defendant saw all of this and then

13   decided to back it up yet again, then you know there is

14   the beef.  This is the evidence you have seen.  It is the

15   evidence of what defendant searched for, what he

16   downloaded, what he saved, what he copied and organized

17   and renamed and moved and copied and copied and copied.

18        That is the evidence that is far beyond a

19   reasonable doubt for you to find that the defendant Keith

20   Gartenlaub is guilty on both counts.

21        THE COURT:  All right.  We have a bailiff present.

22   Why don't you come forward and be sworn.

23        (The bailiff was sworn.)

24        THE COURT:  All right.  Then, ladies and

25   gentlemen, if you will follow the bailiff upstairs, and

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1    we will ask every one to rise for the jury.

 2              Let me say thank you for your time, your work.

 3    We are all enormously appreciative for you serving on the

 4    jury and for your public service.  So thank you again.

 5         (Recess from 11:20 a.m. to 1:46 p.m.)

 6         THE COURT:  Okay.  Do counsel have a copy of the

 7    note?

 8         THE COURT:  All right.  So I guess they have

 9    reached a verdict.  Are we ready to bring the jury down?

10         MR. WERKSMAN:  Yes, your Honor.

11         THE COURT:  Okay.

12         (The following proceedings were held in the

13          presence of the jury:)

14         THE COURT:  Good afternoon, Mr. Hamby.  I

15    understand you are the foreperson of this jury; is that

16    correct?

17         THE JUROR:  That is correct.

18         THE COURT:  Have you reached a unanimous verdict?

19         THE JUROR:  We have.

20         THE COURT:  Would you hand it to the courtroom

21    deputy.

22              Ladies and gentlemen, I am going to proceed to

23    review the verdict form, and then I am going to read it

24    aloud and then I am going to ask each of you individually

25    whether that in fact is your verdict.  So please listen
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    carefully as I read the verdict, and we will go from

2    there.

3         THE COURT:  Okay.  Count 1, we the jury in the

4    above-captioned case, unanimously find beyond a

5    reasonable doubt, the defendant Keith Preston Gartenlaub

6    attempted to receive or received at least one visual

7    depiction of child pornography with all of you agreeing

8    on at least one visual depiction.

9              Guilty.

10             Number two, we the jury in the above-captioned

11   case unanimously find beyond a reasonable doubt that

12   defendant knowingly received or attempted to receive at

13   least one visual depiction of child pornography after

14   April 30, 2003, with all of you agreeing on at least

15   one particular visual depiction.

16             The answer is yes.

17             Count 2, we the jury in the above-captioned

18   case unanimously find beyond a reasonable doubt that

19   defendant Keith Preston Gartenlaub possessed at least

20   one visual depiction of child pornography with all of you

21   agreeing on at least one particular visual depiction.

22             The answer is guilty.

23             Number two, we the jury in the above-captioned

24   case unanimously find beyond a reasonable doubt that at

25   least one visual depiction of child pornography involved

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    in the offense charged in Count 2 involved a prepubescent

2    minor or minor who had not attained 12 years of age with

3    all of you agreeing on at least one particular visual

4    depiction.

5            To which the answer is yes.

6            The verdict form is signed by Scott Hamby and

7    dated December 10, 2015.

8            All right.  Mr. Hamby, is that your verdict?

9        THE JUROR:  Yes, it is.

10       THE COURT:  Mr. Metzger, is that your verdict?

11       THE JUROR:  Yes, it is.

12       THE COURT:  Ms. Pablo, is that your verdict?

13       THE JUROR:  Yes, it is.

14       THE COURT:  Mr. Barber, is that your verdict?

15       THE JUROR:  Yes, it is.

16       THE COURT:  Mr. Pettit, is that your verdict?

17       THE JUROR:  Yes, your Honor.

18       THE COURT:  Ms. Flores, is that your verdict?

19       THE JUROR:  Yes.

20       THE COURT:  And Ms. Carter, is that your verdict?

21       THE JUROR:  Yes, it is.

22       THE COURT:  Mr. Chaney, is that your verdict?

23       THE JUROR:  Yes, it is.

24       THE COURT:  Ms. Curran, is that your verdict?

25       THE JUROR:  Yes, it is.

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1          THE COURT:  And Mr. Nichols, is that your verdict?

 2          THE JUROR:  Yes, it is.

 3          THE COURT:  And Ms. Sherman, is that your verdict?

 4          THE JUROR:  Yes, your Honor.

 5          THE COURT:  And Mr. Chung, is that your verdict?

 6          THE JUROR:  Yes, it is.

 7          THE COURT:  All right.  Then, ladies and

 8  gentlemen, at this time, I am going to thank and excuse

 9  you.

10          Counsel in the case may wish to speak with

11  you.  It is entirely up to you whether you would like to

12  speak with them.  As I say, it is in your discretion if

13  you wish to speak, you may.  If not, just tell them you

14  would prefer not to speak about your deliberations.

15          But, in any event, before you go, I do want to

16  thank all of you.  I realize this has been hard work, a

17  difficult case, and we could not function here without

18  citizens like you so I am indeed grateful and want to

19  express my appreciation for myself and the judges of this

20  court for your public service.

21          Thank you.  And I hope you have a good

22  holiday.

23      (The following proceedings were held outside the

24       presence of the jury:)

25          THE COURT:  All right.  I won't hold you if you
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1    want to go speak to jurors.  We should set down a

 2    sentencing date, and, then, obviously, we will have a lot

 3    of motions too.

 4              MS. CHOU:  And, your Honor, if we could take care

 5    of one administrative matter very briefly since this is

 6    our first time on the record since the jury went back,

 7    the government just wanted to put on the record that

 8    Exhibits 38, 39, 40 and 11A, although they were admitted,

 9    because they were explicit photographs, we withheld them

10    from the materials that actually went back to the jury.

11              And in addition, Disk 6, 7, 8, 9, 10 and 11

12    which contained child pornography were sent back to the

13    jury but our understanding is that they had nothing to

14    play it with.

15              THE COURT:  Okay.  Thank you.

16              Proposed date is March 7, 2016 at 2:30 p.m.

17              MR. WERKSMAN:  Your Honor, may I request

18    April 11th?

19              THE COURT:  Sure.

20              MR. WERKSMAN:  11th.

21              THE COURT:  Sure.  That is acceptable.

22              MR. WERKSMAN:  Actually, can we make that the

23    18th?

24              THE COURT:  We can make it the 18th too.

25              MR. WERKSMAN:  Thank you, your Honor.
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1          THE COURT:  All right.
 2              And I assume -- yes.  Go ahead.
 3          MS. CHOU:  I was going to inquire of your Honor as
 4   to bond because the statute does require clear and
 5   convincing evidence that he is not going to be a flight
 6   risk or a danger to the community.  The government does
 7   not -- the government's position would be that he cannot
 8   prove by clear and convincing evidence that he is not a
 9   flight risk.  He had substantial travel to China in the
10   last year.  He still has ties to China.  And so we would
11   ask if the court is going to leave him out on bond to set
12   forth the basis upon the record.
13          THE COURT:  Okay.  Well, I am not sure.  Again, we
14   are having microphone problems.  But you want the
15   existing bond to remain in place?
16          MS. CHOU:  We would seek remand, your Honor.
17              We believe that he is a flight risk now that
18   he has been convicted.  He has past travel and ties to
19   China which is a non extradition country.  That is why
20   the specific country is relevant.
21          THE COURT:  Yes.
22          MR. WERKSMAN:  Your Honor, he has never been late
23   for court.  He has never missed court.  He has been very
24   responsible throughout these proceedings.  He has been on
25   the most intensive form of pretrial supervision.  The
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

1    court even allowed him some additional liberty during

2    this week all the while knowing full well that it was

3    possible he could be convicted and face federal prison

4    terms as a result of these charges.

5            I think he has more than demonstrated by his

6    behavior that he is not a flight risk and certainly not a

7    danger to the community under the present terms and

8    conditions of release.

9        THE COURT:  Yes.  I am inclined to agree.  I don't

10   know because I haven't looked.  Does the presumption of

11   remand apply here?  That is my only concern.

12       MS. CHOU:  This is under 3143(a).

13       THE COURT:  Yes.

14       MS. CHOU:  And so it is -- the judicial officer

15   shall order that he be detained unless the judicial

16   officer finds by clear and convincing evidence that a

17   person is not likely to flee or pose a danger to the

18   safety of any other person or the community.

19       THE COURT:  I am of the mind from what I have seen

20   that he is not likely to flee, that he is not going to

21   pose a danger to the community.  I gather passports have

22   already been surrendered.

23       MR. WERKSMAN:  Yes.  Long ago, your Honor, at the

24   outset of the case.

25       THE COURT:  So I don't believe there is a risk of

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1   flight.  But obviously, to put it mildly, it would not be
 2   a good thing for Mr. Gartenlaub if he were to flee
 3   because of consequences that would fall.  So.
 4             MS. CHOU:  Thank you, your Honor.
 5             THE COURT:  Thank you.
 6             MR. WERKSMAN:  Your Honor, can I just be clear
 7   about the verdict because the court read it, and I
 8   haven't seen it.  But it was for the attempted receipt;
 9   is that correct?
10             THE COURT:  Give me the verdict back.  There were
11   two -- there was a verdict for possession and one for
12   attempted.
13             MR. WERKSMAN:  That is what I thought.
14             THE COURT:  Yes.
15             MR. WERKSMAN:  The attempted not for an actual
16   receipt.
17             MS. CHOU:  I don't believe the verdict required
18   that they distinguish it.  It was just a "yes" or "no" on
19   the Count 1.
20             MR. WERKSMAN:  Okay.  Can your Honor --
21             THE COURT:  We will make a copy for you.
22             MR. WERKSMAN:  Okay.  Thank you.
23             THE COURT:  I think that I did require them to
24   separate the jury instruction out for clarity, but I
25   don't think it was required by the verdict form or by the
```

1  nature of the offense.  But she will make a copy of the

2  verdict form for you so you have it.

3          MR. WERKSMAN:  Thank you.

4          THE COURT:  Thank you.

5  (Proceedings concluded.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

```
 1                          CERTIFICATE

 2

 3

 4   I hereby certify that pursuant to Section 753, Title 28,

 5   United States Code, the foregoing is a true and correct

 6   transcript of the stenographically reported proceedings held

 7   in the above-entitled matter and that the transcript page

 8   format is in conformance with the regulations of the

 9   Judicial Conference of the United States.

10   Date:  February 9, 2016

11

12    /s/ Katie Thibodeaux, CSR No. 9858, RPR, CRR

13

14

15

16

17

18

19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT,  CENTRAL DISTRICT OF CALIFORNIA

**$**

**$375 [1]** 28/9
**$38 [1]** 39/17

**-**

**-and [1]** 2/5

**/**

**/s [1]** 62/12

**1**

**10 [10]** 1/15 3/1 24/4 25/6 25/9 29/1 34/23 41/13 55/7 57/11
**10 long [1]** 25/16
**10 year [1]** 36/3
**100 [4]** 23/22 25/9 25/14 46/8
**10B [1]** 7/1
**11 [1]** 57/11
**11:20 [1]** 53/5
**11A [1]** 7/1
**11B [1]** 7/1
**11th [2]** 57/18 57/20
**12 [5]** 16/25 19/20 23/23 25/11 55/2
**13 [2]** 23/23 25/11
**137 [1]** 5/7
**14-173 [1]** 1/8
**15 [1]** 43/10
**16 [1]** 43/10
**173 [1]** 1/8
**18th [3]** 14/14 57/23 57/24
**1:46 [1]** 53/5

**2**

**2002 [11]** 13/11 13/15 19/15 23/23 30/6 42/13 48/3 48/7 49/24 49/24 50/5
**2003 [15]** 13/11 13/15 16/6 16/8 16/8 19/9 19/15 19/18 23/23 48/3 48/7 49/24 49/24 50/10 54/14
**2004 [2]** 19/6 50/12
**2005 [9]** 8/7 12/4 13/17 24/2 24/11 24/21 42/13 50/13 50/23
**2006 [8]** 8/7 12/4 13/17 24/2 24/11 47/15 47/18 50/13
**2012 [4]** 13/24 34/19 34/21 50/15
**2013 [7]** 4/15 8/9 14/14 34/19 34/22 48/10 50/16
**2014 [8]** 19/14 35/16 39/2 46/19 46/20 46/22 46/24 48/8
**2015 [1]** 1/15 3/1 55/7
**2016 [2]** 57/16 62/10
**27th [1]** 48/8
**28 [1]** 62/4
**2:30 p.m [1]** 57/16

**3**

**30 [1]** 54/14
**30th [5]** 13/24 16/5 16/8 19/9 19/18
**312 [2]** 1/20 2/6
**3143 [1]** 59/12
**37 [1]** 46/20
**38 [1]** 57/8
**39 [1]** 57/8
**39th [3]** 42/13 42/22 43/20

**4**

**40 [1]** 57/8
**40's [1]** 43/6
**436 [1]** 1/20
**4th [1]** 42/21

**5**

**58 [1]** 12/10

**6**

**60 [1]** 9/18

**61 [1]** 12/10
**68 [1]** 59/25
**6B [3]** 6/24 7/1 12/21

**7**

**700 [2]** 48/20 50/22
**753 [1]** 62/4
**77 [2]** 18/3 19/11
**78 [1]** 50/25
**7B [1]** 7/1

**8**

**81 [2]** 18/3 19/11
**83 [1]** 11/16
**85 [1]** 16/9
**888 [1]** 2/11
**8B [1]** 7/1

**9**

**90012 [2]** 1/20 2/7
**90017 [1]** 2/12
**9858 [2]** 1/19 62/12
**9:51 [1]** 3/2
**9B [1]** 7/1

**A**

**a.m [2]** 3/2 53/5
**able [10]** 11/20 13/24 14/5 14/12 26/17 27/5 32/17 48/2 52/1 52/7
**about [53]**
**above [6]** 16/17 54/4 54/10 54/17 54/23 62/7
**above-captioned [4]** 54/4 54/10 54/17 54/23
**above-entitled [1]** 62/7
**absence [1]** 34/3
**absolutely [3]** 33/10 33/13 45/19
**absurdity [1]** 36/16
**accept [1]** 29/25
**acceptable [1]** 57/21
**access [2]** 35/3 36/18
**accessible [1]** 47/11
**accompanied [1]** 28/11
**according [3]** 27/5 34/2 48/16
**account [3]** 8/11 11/10 46/23
**accused [4]** 44/11
**Acer [2]** 8/10 14/20 14/23 48/11
**acknowledge [1]** 31/1
**acknowledged [7]** 23/1 24/9 25/21 26/18 27/3 29/16 34/12
**acquire [1]** 25/1
**across [1]** 50/2
**act [1]** 44/8
**activity [1]** 47/3
**actual [3]** 17/10 29/18 60/15
**actually [6]** 12/11 25/13 29/19 41/19 57/10 57/22
**added [1]** 25/9
**addition [2]** 34/7 57/11
**additional [1]** 59/1
**address [6]** 10/5 11/6 19/3 44/15 45/25 46/22
**Adele [1]** 11/19
**administrative [1]** 57/5
**Admiral [1]** 41/25
**admitted [1]** 57/8
**adult [1]** 43/7
**affect [1]** 26/6
**after [15]** 8/24 16/5 16/7 16/13 19/9 19/18 23/16 24/20 24/21 24/21 32/13 32/16 47/13 50/25 54/13
**afternoon [1]** 53/14
**again [20]** 5/21 6/5 6/19 7/5 7/14 10/5 11/4 11/6 15/1 16/15 19/24 33/17 33/24 37/15 38/14 44/15 49/7 52/13 53/4

**58/13**

**against [1]** 21/4
**age [2]** 43/7 55/22
**age-appropriate [1]** 43/7
**agent [2]** 35/10 40/23
**agents [2]** 7/24 28/11
**ages [1]** 7/6
**aggressive [1]** 21/2
**ago [14]** 22/3 23/23 24/4 25/6 25/12 25/16 36/12 37/1 41/13 41/15 41/22 41/22 48/5 59/23
**agree [1]** 59/9
**agreeing [4]** 54/7 54/14 54/21 55/3
**ahead [1]** 58/2
**all [73]**
**allegedly [4]** 26/15 29/2 32/21 34/24
**allowed [2]** 26/5 59/1
**alone [3]** 10/24 17/19 34/3
**along [1]** 24/18
**aloud [1]** 53/24
**already [2]** 33/11 59/22
**also [28]** 4/13 5/6 7/6 8/25 9/12 10/18 10/19 10/22 11/19 12/3 12/18 12/24 13/22 14/14 14/17 15/2 17/2 17/19 20/12 27/19 33/10 40/19 48/12 48/16 49/10 51/8 51/11 51/14
**although [1]** 57/8
**am [21]** 4/18 5/20 6/21 7/25 28/2 28/3 28/4 32/12 38/1 41/23 44/14 44/18 46/13 53/22 53/23 53/24 56/8 56/18 58/13 59/9 59/19
**America [2]** 1/6 2/3
**among [1]** 45/25
**amongst [1]** 44/22
**AMP [1]** 14/15
**ample [1]** 38/4
**analogy [1]** 33/22
**analysis [2]** 13/23 22/20
**ANGELES [5]** 1/14 1/20 2/7 2/12 3/1
**Angels [1]** 15/8
**Angry [2]** 27/9 27/10
**animal [1]** 42/19
**another [13]** 5/10 8/19 11/25 15/21 16/3 23/14 27/20 30/14 35/6 37/14 37/15 46/20 50/21
**answer [6]** 6/19 19/9 28/15 54/16 54/22 55/5
**ANTHONY [1]** 2/5
**any [21]** 3/9 6/10 16/5 16/13 16/18 16/24 19/10 19/10 19/12 20/22 21/7 22/12 23/25 25/3 25/5 34/18 44/3 51/12 51/19 56/15 59/18
**anybody [11]** 30/23 33/15 34/17 35/1 35/1 35/2 35/2 35/3 35/3 35/4 37/11
**anyone [3]** 33/20 34/1 34/13
**anything [6]** 22/21 27/12 36/9 40/9 41/2 41/6
**anywhere [1]** 30/16
**apartment [2]** 43/1 43/11
**apologize [2]** 11/15 46/13
**apparent [1]** 5/16
**apparently [1]** 5/3
**APPEARANCES [1]** 2/1
**appears [1]** 25/1
**application [1]** 34/12
**apply [1]** 59/11
**appreciation [1]** 56/19
**appreciative [1]** 53/3
**appropriate [1]** 43/7
**approximately [1]** 23/22
**April [7]** 16/5 16/8 19/9 19/18 46/20 54/14 57/18
**April 11th [1]** 57/18
**April 30 [1]** 54/14
**April 30th [4]** 16/5 16/8 19/9 19/18

**A**

**are [1]**
**aren't [1]** 12/14 27/22
**arguing [1]** 39/15
**argument [4]** 3/19 3/19 3/21 19/25
**around [7]** 9/25 30/22 30/23 45/4 48/24 49/14 50/15
**artifact [1]** 14/7
**as [31]** 4/15 4/15 5/15 6/22 8/2 9/15 9/15 9/20 18/19 21/9 21/15 21/18 21/22 25/18 27/23 29/17 30/6 30/6 30/19 35/9 37/16 43/14 43/21 48/1 48/9 48/10 51/18 54/1 56/12 58/3 59/4
**ask [7]** 26/20 27/14 28/16 45/12 53/1 53/24 58/11
**asked [5]** 15/13 16/4 16/23 19/7 27/7 46/16
**asking [5]** 27/13 29/5 31/8 31/9 41/23
**aspects [1]** 37/19
**associated [1]** 29/11
**assume [4]** 31/7 40/8 40/9 58/2
**ate [2]** 30/24 31/7
**ate it [1]** 30/24
**attained [1]** 55/2
**attempt [8]** 17/9 17/10 18/7 19/4 19/5 29/1 40/1 45/10
**attempted [11]** 19/8 22/11 29/2 29/5 42/4 42/4 54/6 54/12 60/8 60/12 60/15
**attempting [1]** 28/21
**attention [2]** 20/5 48/24
**attentiveness [1]** 20/1
**ATTORNEY'S [1]** 2/4
**August [4]** 19/13 35/16 39/2 48/8
**August 27th [1]** 48/8
**AUSA [2]** 2/5 2/5
**author [2]** 22/22
**available [2]** 31/21 34/13
**average [1]** 31/20
**avoid [2]** 20/19 37/11
**away [3]** 20/13 22/8 36/25
**awe [3]** 23/12 27/25 33/18

**B**

**B-E-L-A-R-C [1]** 31/15
**back [22]** 9/2 9/5 21/14 21/16 28/16 30/6 31/15 35/2 35/8 37/2 39/12 42/9 44/19 45/13 48/2 49/24 49/24 52/13 57/6 57/10 57/12 60/10
**backed [10]** 9/6 9/13 9/23 9/25 10/8 23/14 24/24 36/24 37/1 45/3
**backing [3]** 9/17 9/20 25/18
**backup [2]** 47/14 50/24
**backups [8]** 9/23 12/5 24/22 25/3 25/6 25/17 25/17 26/2
**bailiff [3]** 52/21 52/23 52/25
**ball [1]** 29/8
**bank [6]** 32/11 32/11 32/12 32/14 32/16 32/18
**bar [1]** 16/17
**Barber [1]** 55/14
**based [6]** 10/24 17/2 17/19 18/21 44/11 47/23
**basic [1]** 29/15
**Basically [1]** 20/20
**basis [4]** 16/14 16/17 16/18 58/12
**be [47]**
**beach [5]** 42/14 42/14 42/18 42/22 43/21
**bear [1]** 30/16
**beating [1]** 29/3
**beautiful [1]** 43/21
**became [2]** 30/4 47/12
**because [48]**
**bedroom [1]** 35/25

**beef [5]** 41/20 41/21 41/23 42/2 52/14
**been [41]**
**before [12]** 8/12 8/16 18/13 19/24 21/14 29/8 32/11 34/23 37/20 49/21 49/23 56/15
**begin [2]** 3/18 28/16
**beginning [2]** 9/21 24/21
**begins [1]** 21/4
**behalf [3]** 2/3 2/9 20/10
**behavior [1]** 40/16
**being [8]** 9/25 13/6 13/13 14/4 26/15 27/18 29/10 50/9
**Belarc [9]** 31/15 31/17 31/23 32/2 32/4 32/7 32/9 32/21 34/8
**believe [12]** 3/20 27/14 28/8 29/6 29/9 31/8 32/2 32/24 47/6 58/17 59/25 60/17
**belonged [1]** 48/16
**belongs [1]** 38/6
**best [3]** 39/24 40/12 44/12
**between [9]** 8/7 12/4 12/11 13/11 13/17 16/8 40/14 50/10 50/13
**beyond [16]** 17/11 21/6 22/1 22/12 22/14 25/4 29/13 29/22 45/8 46/2 46/4 52/18 54/4 54/11 54/18 54/24
**big [5]** 27/1 37/3 37/18 41/17 41/24
**bigger [1]** 36/19
**billed [1]** 39/16
**billiard [1]** 29/7
**bit [2]** 22/22 24/5
**blame [1]** 46/12
**block [2]** 42/14 42/18
**Bloomberg [1]** 38/18
**Bob [1]** 11/25
**body [1]** 27/24
**Boeing [6]** 11/20 34/11 40/15 44/7 46/21 48/1
**boiled [1]** 23/18
**bold [1]** 16/12
**bond [3]** 58/4 58/11 58/15
**bookmark [1]** 10/20
**both [2]** 19/16 52/20
**bottom [1]** 22/9
**bought [1]** 39/17
**box [7]** 35/19 48/23 49/2 49/3 49/5 49/8 49/10
**boxes [3]** 37/8 37/8 37/8
**boy [1]** 43/10
**break [1]** 45/16
**Brent [1]** 42/23
**Bride [2]** 27/9 27/10
**briefly [1]** 57/5
**bright [2]** 26/25 28/10
**bring [3]** 26/11 43/12 53/9
**Brothers [1]** 38/19
**brought [1]** 22/8
**browse [1]** 40/17
**browsed [1]** 43/3
**Bruce [2]** 3/9 22/25
**Buffalo [10]** 8/6 8/13 9/7 12/5 35/9 35/11 35/14 36/9 47/10 50/23
**bulk [1]** 24/2
**bulks [2]** 24/22 24/24
**bun [2]** 41/17 41/24
**burden [8]** 21/6 22/1 44/16 44/16 44/17 46/2 46/3 46/3
**burger [1]** 41/17
**buried [3]** 25/24 33/1 47/9
**button [1]** 33/21

**C**

**CA [2]** 2/7 2/12
**cake [2]** 31/4 31/6
**CALIFORNIA [5]** 1/2 1/14 1/20 3/1 16/2
**called [25]** 4/3 5/9 10/2 10/14 11/7 11/25 11/25 12/8 12/13 12/15 12/17

12/19 13/4 14/1 15/4 15/6 15/7 18/21 24/8 26/5 30/14 31/14 36/13 38/1 42/11
**calling [1]** 32/1
**came [4]** 11/21 22/8 23/19 28/5 36/9 39/3 42/8 47/6 50/25
**camera [4]** 10/16 10/18 10/20 41/20
**can [42]**
**can't [9]** 12/25 29/14 31/1 36/6 36/7 36/17 36/18 36/18 50/6
**canal [1]** 23/17
**cannot [4]** 22/10 22/19 22/19 58/7
**Canon [1]** 10/17
**Capital [1]** 38/18
**captioned [4]** 54/4 54/10 54/17 54/23
**care [2]** 37/17 57/4
**careful [1]** 26/8
**carefully [5]** 20/5 21/21 48/15 49/16 54/1
**Carter [1]** 55/20
**CAS [1]** 1/8
**case [29]** 4/2 4/22 20/6 21/19 21/20 22/3 22/19 25/11 27/22 30/1 31/14 34/2 38/12 40/21 44/18 44/25 45/1 45/6 45/14 46/3 46/15 49/2 54/4 54/11 54/18 54/24 56/10 56/17 59/24
**cast [1]** 31/12
**cause [2]** 28/7 32/24
**CC [1]** 15/4
**central [5]** 1/2 4/21 6/5 42/19 43/20
**certain [1]** 14/9
**certainly [4]** 25/4 29/22 40/7 59/6
**CERTIFICATE [1]** 62/1
**certify [1]** 62/4
**chain [1]** 41/16
**challenge [1]** 46/11
**chance [3]** 38/24 44/20 44/21
**Chaney [1]** 55/22
**change [1]** 41/14
**changed [4]** 25/9 25/13 46/21 49/13
**changes [5]** 12/3 12/6 12/14 13/16 50/13
**changing [1]** 49/13
**character [5]** 44/1 44/2 44/4 45/10 47/7
**characterized [2]** 48/12 48/23
**charge [2]** 19/5 21/23
**charged [2]** 48/5 55/1
**charges [1]** 59/4
**chart [2]** 16/6 16/11
**chat [1]** 41/8
**Check [2]** 12/8 12/13
**checked [2]** 43/4 49/9
**checking [1]** 27/19
**chief [1]** 22/25
**child [63]**
**China [3]** 58/9 58/10 58/19
**chip [1]** 31/2
**chocolate [1]** 31/2
**choosing [1]** 18/13
**chose [3]** 18/15 42/17 49/23
**CHOU [1]** 2/5
**CHRISTINA [1]** 1/3
**Chung [1]** 56/5
**circumstantial [2]** 22/4 44/12
**citizen [3]** 20/16 21/1 44/10
**citizens [3]** 21/13 42/7 56/16
**City [1]** 22/23
**civilized [1]** 20/22
**claimed [1]** 26/5
**clarity [1]** 60/24
**clear [9]** 7/5 17/3 33/11 33/13 49/17 58/4 58/8 59/16 60/6
**clearly [3]** 9/16 33/5 49/4
**clicks [1]** 17/23
**Climax [1]** 15/5
**clogged [1]** 43/22

# C

**closing [3]** 5/18 3/19 19/24
**Code [1]** 62/5
**collection [1]** 4/12
**Color [1]** 15/5
**come [6]** 20/15 42/25 43/22 44/5 45/13 52/22
**comes [1]** 32/16
**coming [1]** 42/20
**commerce [5]** 6/4 6/18 15/13 15/15 16/22
**commercial [1]** 41/15
**commit [3]** 17/12 18/8 21/11
**common [2]** 9/1 47/23
**communicate [1]** 28/3
**communication [1]** 11/5
**community [6]** 42/16 44/5 58/6 59/7 59/18 59/21
**comparing [1]** 12/9
**competitor [1]** 41/17
**complete [6]** 12/17 12/18 12/23 13/4 14/3 48/11
**completely [1]** 23/10 39/7 40/3 40/3
**component [1]** 35/11
**computer [70]**
**computers [21]** 4/4 4/24 7/3 7/20 8/23 13/19 19/19 30/17 31/24 32/1 32/20 32/23 34/6 34/8 34/9 34/11 34/20 34/25 46/18 48/20 50/23
**concern [1]** 59/11
**conclude [6]** 10/24 10/25 18/22 29/13 31/9 43/15
**concluded [1]** 61/5
**concluding [1]** 36/23
**conclusion [3]** 5/13 9/16 13/6
**conclusions [1]** 23/18
**conclusively [1]** 11/20
**condition [1]** 27/17
**conditions [1]** 59/8
**conduct [7]** 5/9 5/24 5/25 6/12 6/14 6/23 7/14
**Conference [1]** 62/9
**confessed [1]** 41/4
**confession [2]** 40/22 41/2
**configured [2]** 51/15 51/21
**conformance [1]** 62/8
**confuse [1]** 46/11
**consequences [1]** 60/3
**consider [3]** 8/1 12/3 13/8
**Consult [1]** 51/25
**contain [3]** 7/1 11/9 37/1
**contained [10]** 5/2 6/11 6/22 14/1 23/13 25/18 25/22 37/6 50/16 57/12
**containing [4]** 24/13 24/16 38/16 48/20
**contains [1]** 37/12
**content [1]** 13/21
**contents [8]** 4/13 6/19 8/13 9/11 10/11 12/1 15/3 49/7
**continued [1]** 48/9
**contraband [1]** 37/12
**contract [1]** 40/15
**contractor [1]** 40/16
**controls [2]** 3/23 51/24
**convict [1]** 21/10
**convicted [1]** 58/18 59/3
**conviction [3]** 16/17 16/19 19/11
**convince [1]** 29/6
**convinced [1]** 46/5
**convincing [4]** 22/17 58/5 58/8 59/16
**cook [1]** 38/24
**cookie [5]** 30/21 30/25 31/2 31/3 31/6
**copied [12]** 8/18 9/8 9/8 14/19 14/23 45/3 47/17 47/19 52/16 52/17 52/17 52/17

**copies [11]** 4/3 8/4 8/6 8/9 8/10 8/11 11/9 47/22 48/9 48/11 48/19
**copy [14]** 8/8 8/14 8/16 8/23 14/25 32/14 35/3 35/12 35/20 49/7 49/10 53/6 60/21 61/1
**copying [1]** 26/2
**correct [4]** 53/16 53/17 60/9 62/5
**correspondence [3]** 4/10 10/3 45/23
**Costco [1]** 37/8
**could [55]**
**couldn't [7]** 26/14 26/18 26/24 27/16 30/9 33/14 35/17
**counsel [5]** 2/1 19/23 51/24 53/6 56/10
**count [16]** 5/21 6/8 15/17 15/19 16/4 16/16 16/16 16/18 16/19 16/24 18/7 19/4 54/3 54/17 55/1 60/19
**country [2]** 58/19 58/20
**counts [3]** 19/17 48/7 52/20
**couple [4]** 16/15 36/12 36/13 49/25
**course [1]** 15/8 29/17
**court [9]** 1/1 1/19 5/3 56/20 58/11 58/23 58/23 59/1 60/7
**courtroom [3]** 33/8 44/6 53/20
**CR [1]** 1/8
**crack [1]** 35/18
**crazy [2]** 32/23 44/8
**cream [1]** 27/23
**created [7]** 12/8 12/13 18/22 20/22 23/23 23/25 25/5
**credited [1]** 50/6
**crime [4]** 17/12 18/8 21/10 44/11
**criminal [1]** 46/3
**cross [6]** 14/5 23/17 23/20 25/20 26/11 29/17
**cross-examination [4]** 23/20 25/20 26/11 29/17
**cross-examine [1]** 23/17
**cross-examined [1]** 14/5
**crossed [1]** 15/21
**CRR [1]** 62/12
**crumbs [4]** 30/20 30/23 30/25 31/5
**CSR [2]** 1/19 62/12
**Curran [1]** 55/24

# D

**damaged [1]** 37/10
**danger [4]** 58/6 59/7 59/17 59/21
**data [50]**
**date [6]** 15/21 16/12 16/13 57/2 57/16 62/10
**dated [1]** 55/7
**dates [7]** 12/5 12/11 13/8 13/11 16/10 19/6 50/8
**David [1]** 7/15
**day [8]** 20/3 20/4 20/4 20/15 22/9 43/21 47/17 47/19
**days [4]** 22/2 35/24 50/1 50/10
**dead [1]** 29/3
**DECEMBER [4]** 1/15 3/1 47/18 55/7
**December 10 [1]** 55/7
**decent [3]** 38/10 42/15 44/5
**decide [2]** 29/21 29/25
**decided [5]** 14/25 49/7 49/9 49/21 52/13
**decides [1]** 9/2
**decision [2]** 22/18 30/1
**decisions [1]** 29/24
**deep [1]** 33/1
**deeply [2]** 20/5 25/25
**defendant [50]**
**defendant's [15]** 6/20 6/25 7/2 8/8 8/10 8/17 10/2 10/12 10/19 11/5 11/10 12/2 17/17 31/13 51/2
**defendants' [1]** 9/12
**defense [2]** 38/11 47/5

**definition [1]** 22/12
**deflect [1]** 46/13
**deliberately [1]** 49/15
**deliberating [1]** 28/17
**deliberations [2]** 45/13 56/14
**Dell [7]** 8/9 8/17 13/25 14/20 47/19 52/3 52/5
**demands [1]** 45/14
**demonstrate [4]** 24/5 25/4 25/21 29/19
**demonstrated [1]** 59/5
**denies [1]** 41/5
**DEPARTMENT [1]** 2/4
**depends [1]** 27/11
**depiction [18]** 5/23 5/24 6/1 6/3 6/11 6/13 6/15 6/16 7/4 15/19 54/7 54/8 54/13 54/15 54/20 54/21 54/25 55/4
**depictions [1]** 15/10
**Depot [1]** 37/8
**deputy [1]** 53/21
**described [1]** 13/16
**description [1]** 12/21
**descriptions [4]** 6/7 6/24 7/2 11/13
**designed [1]** 23/11
**desktop [1]** 33/4
**despicable [4]** 32/6 33/4 33/21 44/11
**destroyed [1]** 37/11
**detailed [1]** 9/22
**details [1]** 15/18
**detained [1]** 59/15
**determination [1]** 17/2
**determine [1]** 11/21
**deviant [3]** 38/4 39/4 44/8
**device [1]** 24/10
**devoted [1]** 20/23
**diagram [1]** 8/5
**did [18]** 5/6 11/9 13/7 15/16 25/2 26/2 29/14 31/11 34/1 38/13 38/13 41/5 48/3 50/20 51/7 51/21 52/6 60/23
**didn't [15]** 21/10 34/10 36/4 38/22 38/24 40/22 41/1 41/1 41/14 43/13 44/8 46/25 47/7 47/25 49/22
**different [14]** 4/7 8/6 8/10 9/7 11/14 13/3 17/10 29/10 29/11 29/11 46/9 49/11 50/8 50/10
**differently [1]** 3/22
**difficult [3]** 11/15 20/7 56/17
**diligent [1]** 20/9
**discover [1]** 22/24
**discretion [1]** 56/12
**discuss [2]** 15/18 44/22
**discussion [1]** 6/21
**disgusting [1]** 34/16
**disk [2]** 6/10 57/11
**display [1]** 52/9
**displayed [1]** 50/17
**dispute [1]** 24/14
**distinguish [1]** 60/18
**distracted [2]** 36/22 46/15
**DISTRICT [3]** 1/1 1/2 1/4
**DIVISION [1]** 1/2
**do [25]** 7/18 15/14 18/5 18/17 22/19 26/4 28/17 28/20 28/22 31/20 31/21 37/18 39/8 40/7 40/12 41/10 42/6 43/12 44/19 45/16 46/7 46/10 49/23 53/6 56/15
**document [1]** 11/3
**documents [3]** 7/22 11/8 51/3
**does [8]** 22/20 39/10 44/3 44/4 51/17 58/4 58/6 59/10
**doesn't [10]** 8/11 17/24 23/24 23/24 26/24 35/4 35/23 45/4 45/6 45/8
**dog [3]** 39/21 39/21 39/21
**doing [3]** 17/14 32/3 32/5
**don't [27]** 3/24 8/20 10/23 25/25 26/1 26/1 26/25 27/1 27/2 27/20 28/19 28/22

# D

**don't... [15]** 28/23 29/3 30/15 33/6 33/7 40/5 43/13 45/1 46/15 47/12 52/22 59/9 59/25 60/17 60/25
**done [8]** 24/22 28/12 31/24 34/9 34/14 44/14 44/18 46/10
**doubt [22]** 17/11 19/13 21/6 22/2 22/13 22/15 25/5 29/13 29/23 31/12 31/12 31/13 31/13 45/9 46/2 46/4 46/4 52/19 54/5 54/11 54/18 54/24
**down [7]** 23/18 30/13 30/19 36/22 44/18 53/9 57/1
**download [16]** 4/15 8/21 18/5 18/13 18/14 18/15 18/18 29/3 29/5 30/10 35/2 43/13 49/19 49/21 50/1 50/7
**downloaded [16]** 4/25 13/13 16/7 16/21 17/25 18/24 19/15 23/13 24/1 30/2 30/8 30/11 45/21 50/9 50/12 52/16
**downloading [2]** 17/24 49/23
**downloads [1]** 50/7
**downtown [1]** 20/15
**Dr [1]** 17/3
**Dr. [2]** 7/6 7/15
**Dr. Heger [2]** 7/6 7/15
**drain [1]** 36/23
**drive [25]** 8/6 8/14 8/18 9/7 12/6 23/15 23/16 23/16 24/19 25/13 25/18 35/9 35/11 35/12 35/14 35/19 36/4 36/9 36/24 37/10 37/15 47/10 47/16 47/18 47/25
**drives [7]** 4/8 8/8 25/25 26/3 37/4 37/22 46/9
**dropped [1]** 41/13
**duplex [1]** 42/18
**during [6]** 25/20 43/21 45/12 47/3 48/22 59/1
**duty [2]** 20/19 21/12 21/17
**Duvall [1]** 43/5
**dwell [1]** 7/25

# E

**e-mail [10]** 11/6 11/10 19/3 27/19 39/18 39/19 40/4 40/12 40/13 45/24
**e-mailed [1]** 10/22
**e-mails [8]** 9/19 11/11 39/14 39/14 39/15 40/3 41/7 43/4
**each [9]** 3/20 8/8 9/6 20/15 21/4 24/25 43/25 48/19 53/24
**early [1]** 12/22
**earth [1]** 32/6
**easiest [1]** 17/5
**easy [1]** 20/19
**eaten [3]** 30/21 31/6 31/7
**Ed [1]** 42/23
**effort [2]** 34/15 34/17
**efforts [1]** 29/6
**eight [3]** 16/7 29/7 43/6
**eight sided [1]** 29/7
**eight that [1]** 16/7
**eight years [1]** 43/6
**either [1]** 24/24
**elaborate [1]** 28/1
**element [1]** 15/13
**elements [7]** 4/18 4/19 5/19 6/5 6/9 6/20 17/9
**else [9]** 27/2 30/14 31/7 31/11 37/18 38/13 39/10 40/20 43/16
**employee [1]** 46/21
**encased [1]** 35/14
**encrypt [2]** 34/10 34/15
**encrypted [2]** 37/13 51/7
**encryption [2]** 34/6 34/12
**end [2]** 22/9 22/20
**endless [1]** 23/5

**ends [1]** 39/18
**engaged [5]** 5/23 5/25 6/13 6/14 20/6
**engineer [1]** 48/7
**enormously [1]** 53/3
**entire [4]** 14/19 15/1 25/18 49/7
**entirely [3]** 12/8 49/10 56/11
**entitled [1]** 62/7
**even [8]** 8/15 23/7 26/2 31/3 37/14 40/5 47/22 59/1
**event [7]** 20/21 21/9 33/15 33/20 34/1 34/2 38/21
**every [5]** 20/3 42/24 46/3 51/6 53/1
**everyone [1]** 3/10
**everyone reserves [1]** 3/10
**everywhere [1]** 42/22
**evidence [60]**
**evident [1]** 6/6
**exactly [9]** 9/22 11/1 12/25 14/6 47/1 48/6 49/18 52/2 52/8
**examination [4]** 23/20 25/20 26/11 29/17
**examine [1]** 23/17
**examined [1]** 14/5
**example [4]** 6/24 9/19 12/7 37/6
**except [1]** 41/12
**exclusively [1]** 36/20
**excuse [1]** 56/8
**Exhibit [10]** 6/24 7/1 9/18 11/16 12/21 16/9 17/5 19/10 46/20 50/24
**exhibits [6]** 12/10 16/9 18/3 31/16 44/22 57/8
**existed [1]** 8/12
**existing [1]** 58/15
**expensive [1]** 36/8
**experienced [1]** 23/8
**expert [1]** 23/1
**explain [6]** 8/22 9/6 17/22 47/15 51/16 52/1
**explained [8]** 7/15 8/12 10/16 14/4 14/10 14/15 14/17 14/22
**explains [2]** 47/14 47/22
**explanation [4]** 28/1 28/6 47/3 51/18
**explicit [8]** 5/8 5/23 5/25 6/12 6/14 6/22 7/14 57/9
**express [1]** 56/19
**exremely [1]** 28/10
**external [2]** 35/11 35/14
**Extra [1]** 46/23
**extradition [1]** 58/19
**extreme [1]** 31/12

# F

**face [1]** 59/3
**facilities [1]** 37/5
**facility [9]** 36/3 37/7 37/14 37/21 37/24 37/25 38/7 38/9 46/18
**fact [15]** 4/22 6/3 8/1 13/8 15/16 16/3 16/23 18/14 31/3 39/6 41/12 50/19 51/1 52/2 53/25
**facts [1]** 3/22 4/19 46/16 48/5
**failed [1]** 21/18
**fair [3]** 21/18 21/20 45/5
**fairly [1]** 31/19
**fall [1]** 60/3
**families [2]** 20/14 21/15
**far [5]** 22/8 22/8 30/6 32/10 52/18
**father [1]** 39/18
**favorite [3]** 38/15 38/17 39/6
**favorites [7]** 9/10 9/12 10/21 38/20 38/21 39/8 40/4
**FBI [10]** 28/11 32/15 35/9 35/13 35/18 36/8 39/3 40/23 46/14 47/11
**February [2]** 46/19 62/10
**federal [1]** 59/3

**fell [1]** 39/21
**fellow [1]** 20/16
**field [4]** 23/1 23/8 28/9 50/9
**file [20]** 4/14 9/19 11/9 13/1 17/24 17/25 18/2 18/17 18/15 18/25 23/13 25/9 30/3 30/7 30/15 33/16 33/25 33/25 36/25 36/25
**file-sharing [1]** 11/9
**filed [1]** 13/4
**files [47]**
**filled [1]** 37/7
**filth [1]** 34/24
**final [1]** 21/17
**find [31]** 4/20 5/19 13/10 15/13 15/14 15/15 15/19 16/4 16/24 18/7 18/11 19/17 19/18 21/23 22/15 30/22 36/6 36/14 38/9 40/18 44/25 45/14 46/16 48/6 51/12 51/19 52/19 54/4 54/11 54/18 54/24
**finding [3]** 16/14 17/5 37/11
**finds [1]** 59/16
**fingers [1]** 30/23
**firm [1]** 22/16
**firmly [1]** 46/5
**first [16]** 5/22 6/4 6/9 6/20 6/22 10/10 12/5 13/24 17/12 18/12 19/25 42/9 42/12 50/23 50/24 57/6
**five [6]** 23/4 23/16 25/24 31/23 33/3 42/1
**five hour [1]** 23/16
**five hours [2]** 23/4 42/1
**five or [1]** 31/23
**five times [2]** 25/24 33/3
**FLA [2]** 10/14 11/4
**flee [3]** 59/17 59/20 60/2
**flight [5]** 58/5 58/9 58/17 59/6 60/1
**floated [1]** 24/18
**floor [3]** 2/6 2/11 37/25
**Flores [1]** 55/18
**focus [6]** 6/21 7/18 13/22 13/22 36/20 46/15
**folder [37]**
**folders [17]** 4/6 4/16 9/8 9/13 11/6 11/14 11/15 11/17 15/4 18/22 33/1 36/25 47/9 48/15 49/3 49/8 50/16
**follow [3]** 28/2 36/22 52/25
**following [5]** 3/6 3/16 23/18 53/12 56/23
**foregoing [1]** 62/5
**foreign [1]** 6/18
**forensic [5]** 13/23 14/7 23/2 23/8 35/20
**foreperson [1]** 53/15
**form [6]** 15/20 53/23 55/6 58/25 60/25 61/2
**format [1]** 62/8
**forth [1]** 58/12
**forward [1]** 52/22
**found [25]** 6/25 7/2 7/20 7/21 7/23 8/1 8/8 9/19 10/13 11/4 11/7 15/25 19/2 19/2 19/3 19/19 34/20 36/1 36/3 37/25 38/6 40/9 46/9 46/17 46/18
**four [2]** 36/25 46/9
**four different [1]** 46/9
**four folders [1]** 36/25
**fourth [5]** 2/11 6/3 6/16 11/13 20/3
**free [1]** 21/9
**friend [1]** 47/2
**friends [6]** 42/21 42/23 43/12 43/18 43/19 43/20
**full [3]** 47/20 50/1 59/2
**function [2]** 26/5 56/17
**functional [1]** 35/10
**funny [1]** 39/20
**further [1]** 8/16

## G

**game [2]** 27/6 27/20
**garage [1]** 48/23
**Gartenlaub [43]**
**Gartenlaub's [11]** 11/21 24/6 24/7 31/24 34/6 34/20 35/25 37/19 37/24 43/19 47/16
**gather [1]** 59/21
**gave [1]** 28/6
**generated [2]** 7/16 18/15
**generation [1]** 34/19
**gentlemen [12]** 4/1 19/23 23/9 27/21 39/23 44/9 44/25 45/12 45/19 52/25 53/22 56/8
**Georgia [2]** 7/9 15/23
**get [20]** 17/21 17/24 20/25 21/14 22/23 32/11 32/14 33/19 33/22 35/1 36/22 37/20 39/1 40/23 41/9 44/15 44/20 44/21 48/2 49/22
**gets [5]** 13/15 17/25 29/8 41/17 44/17
**getting [1]** 28/9
**ghost [3]** 30/17 30/21 31/7
**girlfriend [1]** 43/5
**girls [3]** 5/8 5/12 15/11
**give [4]** 24/5 41/10 41/10 60/10
**given [3]** 21/22 23/25 27/24
**gives [1]** 9/22
**go [22]** 21/14 21/16 28/16 29/8 31/15 32/11 35/8 39/10 39/11 39/12 42/25 43/11 43/23 44/18 44/19 44/21 45/17 47/8 54/1 56/15 57/1 58/2
**goes [1]** 41/16
**going [24]** 3/18 4/18 5/20 6/21 7/25 9/24 28/15 29/4 32/12 38/1 38/21 39/5 42/20 43/3 46/13 49/24 53/22 53/23 53/24 56/8 58/3 58/5 58/11 59/20
**Gom [1]** 51/15
**good [13]** 9/1 19/24 42/7 44/1 44/4 44/6 44/10 45/10 47/7 47/23 53/14 56/21 60/2
**got [17]** 23/17 24/7 24/12 24/12 26/1 27/25 29/9 29/20 32/24 32/25 35/7 40/24 41/9 41/24 41/24 41/25 48/25
**government [21]** 17/4 17/11 20/25 21/3 21/5 21/25 22/9 22/15 23/24 24/4 25/6 27/13 30/19 31/8 37/18 38/3 39/24 44/15 51/25 57/7 58/6
**government's [8]** 22/3 22/25 33/18 36/21 40/21 44/25 45/17 58/7
**graphic [2]** 5/7 50/17
**graphically [2]** 4/16 5/5
**graphicically [1]** 17/16
**grateful [1]** 56/18
**gray [1]** 16/17
**great [2]** 23/2 25/8
**greatest [2]** 20/21 21/12
**ground [1]** 36/15
**grounds [1]** 34/3
**guess [1]** 53/8
**guest [1]** 43/1
**guilt [1]** 31/13
**guilty [13]** 19/16 21/23 22/1 22/21 34/4 36/6 37/2 41/4 45/7 45/15 52/20 54/9 54/22
**guy [8]** 28/8 28/11 32/25 37/7 38/4 39/15 44/6 44/6

## H

**had [40]**
**hadn't [3]** 27/10 37/17 47/21
**half [1]** 26/22
**hamburger [2]** 41/16 41/19
**Hamby [3]** 53/14 55/6 55/8
**hand [1]** 53/20

**happen [1]** 49/11
**happened [3]** 25/16 47/13 50/18
**happening [1]** 50/8
**hard [36]**
**harmless [1]** 40/13
**has [32]**
**hasn't [1]** 33/11
**HATHAWAY [1]** 2/10
**have [95]**
**haven't [3]** 59/10 60/8
**having [1]** 58/14
**he [186]**
**hear [5]** 40/22 44/2 50/13 50/15 51/7
**heard [59]**
**Heger [3]** 7/6 7/15 17/3
**held [5]** 3/6 3/16 53/12 56/23 62/6
**help [2]** 20/25 21/1
**her [4]** 21/22 22/13 43/5 43/6
**here [32]**
**hereby [1]** 62/4
**hey [2]** 36/2 40/24
**hidden [2]** 37/10 37/16
**high [3]** 41/25 44/16 44/17
**him [23]** 7/24 23/18 25/21 26/5 26/20 26/20 27/7 29/6 29/7 29/9 36/6 38/6 38/23 39/16 39/20 39/22 40/14 42/17 46/22 47/22 51/16 58/11 59/1
**himself [3]** 10/23 11/24 40/12
**his [86]**
**hit [1]** 33/20
**hold [1]** 56/25
**holiday [1]** 56/22
**home [10]** 4/4 7/21 7/23 7/25 8/2 32/15 33/23 37/8 46/9 47/1
**homeowner [1]** 42/16
**homes [2]** 21/14 21/15
**honesty [1]** 28/4
**honor [20]** 3/11 3/13 3/25 19/23 21/17 21/22 22/13 53/10 55/17 56/4 57/4 57/17 57/25 58/3 58/16 58/22 59/23 60/4 60/6 60/20
**HONORABLE [1]** 1/3
**hope [1]** 56/21
**horrible [1]** 34/15
**horribly [1]** 28/12
**horse [1]** 29/3
**hour [3]** 14/19 23/16 28/9
**hours [2]** 23/4 42/1
**house [1]** 42/20
**household [1]** 37/7
**how [27]** 7/18 12/15 14/12 18/5 20/19 23/12 24/6 25/25 26/19 26/24 26/25 27/1 27/16 28/17 28/20 28/22 29/4 35/21 36/5 36/6 38/10 39/20 40/21 43/12 48/25 50/3 52/8
**huge [4]** 24/2 24/22 24/24 41/17
**hundred [9]** 7/19 7/20 24/13 24/14 24/23 48/17 48/18 50/4 51/5
**hundreds [3]** 24/15 24/16 25/19

## I

**idea [1]** 33/1
**idiots [1]** 36/13
**ignore [1]** 39/6
**ignored [1]** 49/15
**illegal [2]** 32/5 34/16
**image [2]** 7/13 26/19
**images [1]** 33/4
**imagine [1]** 21/9 40/19
**immediately [2]** 5/3 5/16
**important [8]** 4/21 22/18 28/15 29/24 30/1 33/17 44/19 45/5
**importantly [1]** 27/2
**imposes [1]** 21/12
**impossible [1]** 28/2

**inaccessible [2]** 36/10 47/13
**inclined [1]** 59/9
**included [4]** 4/12 47/5 14/2 23/17
**including [3]** 24/23 50/14 51/2
**incomprehensible [1]** 23/10
**indecipherable [3]** 23/5 28/7 33/10
**indeed [1]** 56/18
**indictment [1]** 21/24
**individual [2]** 20/24 50/16
**individually [1]** 53/24
**infer [1]** 46/24
**info [3]** 17/21 18/10 19/6
**information [6]** 9/22 10/4 18/1 18/10 28/3 45/24
**innocuous [3]** 38/19 40/3 40/4
**innocent [2]** 21/5 21/10 32/25
**innocently [1]** 37/16
**inquire [1]** 58/3
**ins [1]** 4/6
**insane [1]** 32/23
**inside [19]** 5/10 5/11 5/15 5/17 10/1 10/1 10/2 10/6 10/8 10/13 11/2 11/4 14/25 19/3 37/9 49/3 49/14 50/14 51/1
**instance [1]** 13/18
**instead [1]** 40/2
**instruction [2]** 44/2 60/24
**instructions [1]** 21/22
**integrity [1]** 20/24
**intend [1]** 40/19
**intended [5]** 17/12 18/8 27/24 28/7 45/10
**intending [1]** 40/11
**intense [1]** 20/2
**intensive [1]** 58/25
**intent [3]** 17/8 17/9 49/22
**Internet [11]** 9/10 9/12 10/21 16/21 38/15 38/16 38/17 39/8 40/4 41/7 50/2
**interstate [5]** 6/4 6/17 15/13 15/15 16/22
**invented [1]** 27/10
**inventory [3]** 31/18 31/22 34/8
**investigating [1]** 46/14
**investigation [1]** 46/12
**investigators [3]** 7/8 15/23 17/4
**involved [5]** 6/2 6/16 7/13 54/25 55/1
**irony [3]** 38/1 38/2 38/14
**is [278]**
**isn't [2]** 5/1 19/12
**iso [1]** 22/16
**isolated [1]** 13/17
**issue [3]** 4/21 5/1 6/5
**issues [2]** 46/11 46/16
**it [237]**
**item [1]** 39/16
**its [3]** 22/1 42/10 42/12
**itself [2]** 16/21 35/12

## J

**JACKSON [1]** 2/10
**Jersey [2]** 7/9 15/23
**job [1]** 40/15
**jobs [1]** 20/14
**Jones [1]** 7/15
**JUDGE [1]** 1/4
**judges [1]** 56/19
**judgment [3]** 9/1 20/15 47/23
**judicial [3]** 3/12 59/15 62/9
**July [4]** 42/21 46/23 47/15 47/15
**July 1 [1]** 47/15
**junk [1]** 37/8
**jurors [2]** 21/18 57/1
**jury [25]** 3/7 3/12 3/17 11/17 19/24 20/19 21/12 28/16 31/16 41/21 44/20 53/1 53/4 53/9 53/13 53/15 54/3 54/10 54/17 54/23 56/24 57/6 57/10 57/13 60/24

## J

just [35]
justice [1]  2/4 20/21

## K

K-A-Z-A-A [1]  30/14
KATIE [2]  1/19 62/12
Kazaa [2]  30/14 30/16
keep [13]  3/19 8/24 9/2 11/17 11/25 18/19 32/9 47/24 48/6 48/18 51/17 51/21 52/6
keeps [2]  14/11 37/7
Keith [47]
Keith's [2]  42/25 43/11
kept [21]  4/7 4/9 4/10 4/11 4/17 5/9 10/5 10/8 11/2 12/16 12/19 12/23 15/11 17/17 22/4 45/22 46/25 47/9 51/8 51/10 52/7
key [1]  43/10
keys [1]  42/25
kid [1]  36/1
kiddy [2]  36/4 38/16
kind [2]  26/14 27/17
knew [16]  4/6 4/23 5/24 6/1 6/11 6/13 6/15 7/12 7/19 15/14 18/13 28/18 28/20 28/23 42/8 45/10
knewing [1]  50/19
know [48]
knowing [1]  59/2
knowingly [10]  5/22 6/10 19/13 22/10 22/11 39/25 40/1 40/1 42/3 54/12
knowledge [5]  4/22 6/6 6/21 7/18 38/24
known [2]  5/18 30/7
knows [1]  33/14

## L

labeled [1]  49/4
labels [1]  49/13
lacking [1]  45/1
ladies [12]  4/1 19/23 23/9 27/21 39/23 44/9 44/24 45/12 45/19 52/24 53/22 56/7
lady [1]  41/16
land [1]  42/15
language [1]  26/7
large [1]  4/11
last [11]  13/8 13/12 13/13 16/10 16/12 19/6 25/14 44/17 47/13 50/9 58/10
late [2]  34/19 58/22
later [3]  8/24 12/23 14/19
Laurie [2]  42/15
laws [1]  28/7
layers [2]  47/9 51/10
learn [1]  31/11
learned [1]  34/5
least [11]  16/7 19/18 31/23 54/6 54/8 54/13 54/14 54/19 54/21 54/25 55/3
leave [1]  58/11
leaves [1]  46/5
length [2]  23/3 50/1
less [3]  16/25 51/1 51/4
let [3]  35/17 46/15 53/2
let's [7]  7/18 9/5 9/25 33/13 36/19 37/2 39/10
lettuce [2]  41/18 41/24
LEWIS [3]  2/5 3/24 45/18
liberty [2]  20/23 59/1
library [2]  15/1 46/8
life [6]  29/24 30/1 37/20 39/2 40/17 47/8
like [24]  5/7 7/2 10/9 19/25 20/11 20/12 21/16 22/22 24/19 27/22 32/6 32/14 32/17 32/19 41/2 44/3 44/8 44/9 48/13 48/23 49/8 49/10 56/11 56/18
likely [3]  40/10 59/17 59/20

line [1]  22/9
lines [1]  15/2
list [3]  38/20 38/21 39/6
listen [2]  40/24 53/25
literally [1]  28/2
little [3]  22/22 36/23 41/16
lived [1]  42/13
lives [3]  20/15 21/15 22/18
loaded [1]  30/13
log [6]  9/21 10/7 24/21 24/21 24/21 50/24
logging [2]  11/24 46/22
logical [1]  5/13
logically [1]  47/2
logs [7]  9/14 23/6 23/7 33/24 38/14 42/1 45/2
long [11]  25/16 26/19 26/24 27/16 28/1 28/6 41/22 41/22 48/5 50/7 59/23
look [14]  28/13 30/22 31/16 35/1 35/18 35/24 36/7 36/8 36/18 36/19 37/3 38/6 44/20 49/12
looked [8]  14/6 14/12 14/13 32/17 33/25 33/25 41/20 59/10
looking [6]  8/13 27/15 36/16 37/11 38/22 40/15
lord [2]  41/25 42/15
LOS [5]  1/14 1/20 2/7 2/12 3/1
lost [1]  33/19
lot [3]  17/15 44/9 57/2
love [2]  39/13 39/19
lovely [1]  42/18
LS [3]  12/15 12/23 13/5

## M

machines [1]  35/20
made [6]  8/7 8/9 15/25 25/21 26/20 33/11 37/18 42/10 42/12 48/10 50/14 50/24
magazines [1]  36/1
mail [10]  11/6 11/10 19/3 27/19 39/18 39/19 40/4 40/12 40/13 45/24
mailed [2]  6/17 10/22
mails [8]  9/19 11/11 39/14 39/14 39/15 40/3 41/7 43/4
mainstream [1]  39/18
make [13]  17/2 17/5 22/18 27/8 29/23 29/25 32/12 40/10 49/9 57/22 57/24 60/21 61/1
making [2]  47/22 48/9
man [13]  20/25 21/10 27/12 32/25 36/23 39/25 40/2 40/18 42/3 44/1 45/9 45/9 47/7
managed [2]  13/19 49/16
manipulate [1]  26/7
many [7]  7/7 8/4 8/24 10/14 11/2 45/25 50/3
map [1]  49/1
March [5]  8/7 12/4 12/4 13/24 57/16
March 30th [1]  13/24
March 7 [1]  57/16
MARK [1]  2/10
masquerades [1]  27/23
massive [1]  33/18
material [1]  6/10
materials [1]  57/10
matter [2]  57/5 62/7
mature [1]  43/6
may [6]  8/7 33/9 46/22 56/10 56/13 57/17
maybe [3]  31/2 37/2 48/24
me [8]  8/21 31/11 32/15 32/16 32/16 41/10 53/2 60/10
mean [4]  35/4 42/2 44/3 44/4
means [5]  15/22 16/21 18/15 34/25 48/19

meant [1]  28/3
media [2]  51/15 51/16
meet [1]  22/1
memory [2]  3/22 51/25
mention [1]  33/8
met [2]  7/10 15/24
metadata [3]  10/15 13/14 14/23
Metzger [1]  55/10
microphone [1]  58/14
might [9]  14/9 21/10 31/20 33/19 36/22 36/22 36/25 48/2 48/23
mildly [1]  60/1
military [1]  21/13
milk [1]  27/23
Miller [1]  42/15
mind [7]  3/19 18/19 23/4 24/20 48/7 48/18 59/19
mine [2]  40/25 41/1
minor [10]  5/23 5/25 6/2 6/12 6/13 6/16 7/4 7/13 55/2 55/2
minors [1]  7/7
minute [1]  15/12
minutes [1]  23/19
mirage [1]  30/18
mischievous [1]  27/8
misjudgment [1]  21/2
misleading [2]  30/5 44/13
missed [1]  58/23
mistakes [1]  3/9
moment [5]  9/4 17/9 20/12 38/2 38/11
monitor [6]  26/14 26/25 27/1 27/1 27/3 27/18
more [8]  17/19 18/16 19/4 27/2 34/5 38/10 47/22 59/5
morning [2]  7/25 19/24
morphed [1]  7/16
Morpheus [5]  30/6 30/6 30/8 30/9 30/12
most [11]  22/18 28/15 29/24 30/1 34/19 38/19 38/19 38/20 38/20 45/4 58/25
motions [1]  57/3
mouth [1]  30/24
moved [7]  12/24 13/1 13/6 45/4 48/24 49/14 52/17
movie [3]  27/20 36/12 50/1
moving [2]  46/25 50/14
Mr [1]  53/14
Mr. [71]
Mr. Barber [1]  55/14
Mr. Chaney [1]  55/22
Mr. Chung [1]  56/5
Mr. Gartenlaub [13]  20/10 21/16 21/23 25/1 31/25 32/20 34/1 34/23 40/24 47/6 51/13 52/2 60/2
Mr. Gartenlaub's [8]  11/21 31/24 34/6 34/20 35/25 37/19 43/19 47/16
Mr. Hamby [1]  55/8
Mr. Keith [2]  4/23 45/21
Mr. Lewis [2]  3/24 45/18
Mr. Metzger [1]  55/10
Mr. Nichols [1]  56/1
Mr. Pettit [1]  55/16
Mr. Pixley [35]
Mr. Pixley's [2]  23/11 26/4 49/19
Mr. Werksman [1]  19/21
Ms [2]  55/18 55/20
Ms. [5]  11/19 20/10 55/12 55/24 56/3
Ms. Adele [1]  11/19
Ms. Curran [1]  55/24
Ms. Pablo [1]  55/12
Ms. Sherman [1]  56/3
Ms. Zeevi [1]  20/10
MSNBC [1]  38/18
much [5]  5/1 17/19 32/10 42/19 50/25
mud [2]  39/21 39/21
multiple [2]  48/17 50/10

**M**

murky [1] 30/4
must [6] 5/14 5/18 16/1 17/11 22/15
28/11
my [8] 19/24 22/2 22/4 25/20 26/11
29/24 56/19 59/11
myself [2] 20/10 56/19

**N**

naked [1] 10/12
name [12] 10/4 11/12 12/25 13/3 13/25
14/22 15/4 17/23 18/2 18/6 43/5 49/20
named [3] 4/16 5/5 12/25
names [6] 5/7 17/19 18/3 29/11 33/5
50/17
nanosecond [1] 26/23
natural [1] 13/6
nature [2] 11/1 61/1
navigated [1] 11/23
nearly [8] 7/19 46/8 48/17 48/18 48/20
50/4 50/22 51/4
necessarily [3] 16/1 26/12 35/4
need [6] 15/14 18/10 33/7 45/5 45/16
49/19
needed [1] 18/17
nefarious [1] 32/5
never [4] 25/13 42/11 58/22 58/23
new [6] 7/9 12/8 12/12 15/23 25/1 49/10
Newport [3] 42/13 42/21 43/20
next [5] 8/4 24/25 35/25 47/14 47/19
nice [1] 28/10
Nichols [1] 56/1
nightmare [1] 21/8
nightstand [1] 36/1
no [20] 1/8 7/15 22/24 27/9 32/25 33/23
34/6 34/15 34/17 37/10 37/12 37/13
37/13 40/22 41/2 41/3 41/5 41/8 60/18
62/12
nobody [5] 23/25 30/24 31/7 34/16
36/10
non [1] 58/19
normal [5] 38/10 38/10 38/19 39/7 43/7
North [2] 1/20 2/6
not [86]
note [2] 33/11 53/7
notes [1] 20/5
nothing [5] 25/17 29/18 39/8 40/7 57/13
noticed [1] 18/7
notion [1] 50/5
notwithstanding [1] 22/6
November [2] 16/8 48/10
now [23] 4/1 6/4 8/20 10/23 16/6 17/8
17/15 20/3 21/12 22/25 29/3 29/18
33/17 34/6 35/23 36/19 37/25 44/1
44/14 50/22 51/7 51/11 58/17
nowhere [1] 39/3
number [9] 5/5 10/5 12/6 12/15 22/7
23/3 48/17 54/10 54/23
numbing [2] 23/5 24/20

**O**

oath [1] 21/17
oatmeal [1] 31/1
objections [1] 3/10
obligation [1] 21/18
obtain [1] 41/6
obvious [1] 36/16
obviously [2] 57/2 60/1
occur [1] 48/3
occurred [3] 26/3 47/14 47/14
ocean [3] 24/19 48/14 48/21
October [2] 14/14 48/10
October 18th [1] 14/14
off [1] 32/10

offense [2] 55/1 61/1
OFFICE [1] 2/4
officer [2] 59/14 59/16
Official [1] 1/19
Okay [14] 3/12 19/21 33/23 39/10 40/4
45/16 45/18 53/6 53/11 54/3 57/15
58/13 60/20 60/22
old [11] 10/2 10/2 16/25 17/7 19/20
35/23 36/3 41/16 43/6 43/10 51/2
once [4] 22/22 32/8 34/1 52/11
one [47]
one computer [1] 24/25
one example [2] 6/24 9/19
one for [1] 60/11
one hard [1] 23/15
one in [2] 46/19 51/5
one more [1] 19/4
one of [16] 11/14 11/17 11/22 12/16
16/13 19/18 22/25 33/21 37/21
43/18 43/18 43/19 47/17 49/8 51/13
one other [1] 16/23
one particular [3] 54/15 54/21 55/3
one started [1] 9/15
one state [1] 15/20
one stopped [1] 9/15
one that [1] 13/5
one to [1] 53/1
one visual [5] 54/6 54/8 54/13 54/20
54/25
one who [4] 4/25 19/14 29/4 45/22
one would [1] 17/18
ones [2] 17/5 50/25
only [10] 5/12 12/14 16/16 18/1 18/12
21/13 45/13 50/7 50/22 59/11
open [5] 27/7 35/11 35/18 36/15 52/6
opened [11] 5/17 13/25 14/13 14/15
14/17 14/24 49/6 49/9 50/16 51/13
51/22
opening [3] 4/16 22/2 48/22
opens [2] 14/9 41/18
operating [3] 14/8 14/10 52/8
opportunity [2] 39/1 39/24
order [2] 37/23 59/15
ordering [2] 32/6 32/22
ordinary [1] 39/14
organized [6] 4/13 10/9 13/19 15/3
48/15 52/16
Orig [35]
originally [2] 8/21 8/25
originator [1] 9/9
other [17] 6/10 9/15 11/8 11/18 16/23
20/14 24/15 24/16 25/19 27/7 29/10
37/19 39/23 44/3 45/25 47/18 59/18
others [1] 33/5
ought [1] 33/9
our [2] 57/6 57/13
out [18] 15/25 23/19 24/15 24/23 26/11
28/5 31/20 34/3 35/7 35/12 35/19 39/3
41/12 47/25 49/9 51/4 58/11 60/24
outs [1] 4/6
outset [1] 59/24
outside [3] 3/6 11/23 56/23
over [15] 8/15 8/24 12/24 13/1 13/7
13/19 21/14 25/6 32/23 33/24 33/24
39/22 45/9 48/9 49/12
overreach [1] 21/2
own [12] 8/25 10/4 11/5 11/24 31/18
31/22 32/7 32/20 34/7 35/20 40/13
47/23
owned [3] 24/3 24/11 36/23
owner [1] 31/25
owning [1] 41/4

**P**

p.m [2] 53/5 57/16

Pablo [1] 55/12
Pac [1] 27/11
page [1] 62/7
paid [1] 48/24
Pardon [1] 9/4
part [2] 14/10 20/21
partial [7] 17/21 18/9 18/10 18/19 19/6
49/17 50/11
partially [1] 18/24
partials [9] 18/21 29/1 29/1 29/16 29/17
30/2 30/8 30/17 31/10
particular [5] 16/12 25/7 54/15 54/21
55/3
partitioned [1] 23/15
party [2] 42/19 43/20
passports [1] 59/21
password [10] 14/18 14/22 34/18 34/21
34/25 37/12 43/3 52/4 52/9 52/11
past [2] 15/20 58/18
patience [1] 20/1
patty [1] 41/19
paying [1] 20/5
peer [18] 4/14 4/14 11/8 11/8 17/23
17/23 18/1 18/1 18/25 18/25 30/3 30/3
30/7 30/7 30/15 30/15 50/1 50/1
peer-to-peer [9] 4/14 11/8 17/23 18/1
18/25 30/3 30/7 30/15 50/1
people [13] 7/6 7/11 20/22 21/9 31/21
42/7 42/20 42/22 42/25 43/2 43/2 43/2
44/5
performed [1] 13/23
period [3] 42/10 47/4 52/6
permanent [1] 47/1
person [13] 5/13 9/17 18/1 18/22 18/25
31/20 37/17 38/10 39/7 44/4 44/8 59/17
59/18
personal [9] 4/9 10/3 10/3 10/4 10/8
10/19 19/1 45/23 51/3
persons [1] 7/17
perverts [1] 41/9
Pettit [1] 55/16
photographs [4] 10/10 10/13 10/17 10/25
45/24 57/9
photos [4] 10/19 19/2 49/11 49/12
picture [8] 35/15 36/19 37/3 37/24 38/6
38/9 40/5 40/13
pictures [3] 10/24 37/5 42/21
piece [4] 13/14 31/4 31/5 33/20
pieces [2] 24/16 45/25
pillar [2] 42/16
pit [1] 24/5
Pittsburgh [1] 22/23
Pixley [39]
Pixley's [3] 23/11 26/4 49/19
place [8] 9/23 11/23 12/3 12/7 13/11
13/17 45/22 58/15
placed [3] 24/3 25/12 25/15
places [1] 4/7
PLAINTIFF [2] 1/7 2/3
plate [2] 30/19 31/5
play [4] 33/20 51/15 51/21 57/14
played [2] 51/18 51/20
player [3] 51/16 51/17 51/21
playing [2] 27/6 27/8 27/11 27/19
plea [1] 41/5
please [3] 3/19 32/12 53/25
plug [3] 35/17 36/7 47/11
pocket [1] 29/9
point [8] 19/4 25/21 26/20 27/8 27/13
30/5 35/6 50/21
points [1] 16/15
polite [1] 44/7
porn [3] 36/1 36/4 38/16
pornography [67]
pose [2] 59/17 59/21

## P

**position** [1] 58/7
**possess** [6] 40/1 40/11 40/19 40/19 42/4 45/11
**possessed** [6] 6/10 19/13 22/11 28/23 42/3 54/19
**possession** [16] 6/8 16/16 16/19 16/24 34/20 34/24 35/22 36/2 36/5 36/11 36/17 38/4 39/4 47/25 48/8 60/11
**possible** [2] 46/4 59/3
**possibly** [1] 26/17
**Power** [1] 10/17
**prefer** [1] 56/14
**preferences** [1] 14/7
**prepared** [2] 8/5 16/6
**prepubescent** [3] 7/8 17/1 55/1
**presence** [4] 3/7 3/17 53/13 56/24
**present** [2] 52/21 59/7
**presentation** [2] 23/11 33/19
**presented** [2] 22/16 25/4
**PRESIDING** [1] 1/4
**Preston** [2] 54/5 54/19
**presumably** [1] 31/25
**presumed** [1] 21/5
**presumption** [1] 59/10
**pretrial** [1] 58/25
**pretty** [1] 42/19
**prevent** [1] 21/8
**previous** [1] 8/14
**prison** [1] 59/3
**private** [5] 4/10 11/1 19/2 45/23 45/24
**Proactive** [1] 39/13
**problem** [2] 27/21 29/15
**problems** [1] 58/14
**proceed** [2] 3/24 53/22
**proceedings** [8] 1/13 3/6 3/16 53/12 56/23 58/24 61/5 62/6
**process** [1] 18/16
**processes** [1] 36/8
**produced** [1] 24/1
**production** [3] 6/2 6/15 7/12
**profile** [2] 31/18 34/9
**promise** [1] 22/5
**promised** [1] 22/3
**proof** [8] 21/6 22/12 22/14 29/22 44/16 45/8 46/5 46/6
**Proposed** [1] 57/16
**prosecute** [1] 32/16
**prosecutor** [1] 44/14
**prosecutors** [2] 28/10 28/25
**protect** [1] 21/1
**protected** [9] 14/18 14/22 34/25 37/12 43/3 43/23 52/4 52/9 52/11
**protection** [2] 34/18 34/21
**prove** [9] 17/11 22/10 22/21 25/6 29/4 37/23 38/3 39/9 58/8
**proved** [2] 3/21 3/21
**proving** [2] 22/1 46/4
**public** [3] 46/23 53/4 56/20
**puddle** [1] 39/21
**purposes** [1] 35/20
**pursuant** [1] 62/4
**put** [17] 5/14 5/18 12/12 18/23 18/23 22/7 24/6 26/1 29/12 30/19 31/17 37/17 44/24 45/2 45/22 57/7 60/1

## Q

**quantity** [1] 50/21
**quarter** [1] 26/22
**question** [1] 28/15
**questioning** [2] 28/4 28/4
**quick** [1] 34/4
**QUINN** [1] 2/10

## R

**radically** [1] 12/10
**rapid** [2] 9/8 9/13
**Rather** [1] 21/1
**raw** [1] 12/1
**reach** [4] 5/13 9/16 21/7 45/5
**reached** [2] 53/9 53/18
**reaching** [1] 21/18
**read** [7] 3/8 22/13 39/15 39/17 53/23 54/1 60/7
**readily** [2] 24/9 34/13
**ready** [2] 3/12 53/9
**real** [2] 7/11 7/17
**realize** [1] 56/16
**really** [4] 5/1 19/12 20/19 28/13
**reason** [4] 9/1 14/21 47/24 52/7
**reasonable** [16] 17/11 21/6 22/2 22/13 22/14 25/5 29/13 29/23 31/12 45/9 46/2 52/19 54/5 54/11 54/18 54/24
**reasons** [1] 19/12
**rebuttal** [1] 45/17
**recall** [2] 35/9 52/1
**receipt** [10] 5/21 15/17 15/19 16/4 16/18 17/10 48/3 48/7 60/8 60/16
**receive** [9] 19/8 22/11 28/21 40/1 42/4 45/10 45/11 54/6 54/12
**received** [12] 5/22 8/25 13/10 16/5 19/8 19/15 19/17 22/11 28/18 42/4 54/6 54/12
**receiving** [1] 11/11
**recent** [1] 34/19
**recently** [2] 4/15 48/10
**Recess** [1] 53/5
**recollection** [1] 51/23
**record** [3] 57/6 57/7 58/12
**records** [2] 38/18 46/21
**reformatted** [2] 47/16 47/19
**refrigerator** [1] 37/9
**refund** [1] 39/17
**regard** [1] 31/9
**regulations** [1] 62/8
**relationship** [1] 43/8
**relatively** [1] 20/2
**relatives** [1] 40/14
**release** [1] 59/8
**relevant** [1] 58/20
**rely** [4] 13/9 22/17 27/14 29/23
**remain** [1] 58/15
**remaining** [1] 6/6
**remand** [2] 58/16 59/11
**remember** [4] 3/22 35/6 43/10 49/19
**remembers** [1] 41/21
**removed** [2] 25/24 33/3
**renamed** [2] 13/2 52/17
**renaming** [1] 13/7
**rented** [3] 7/23 46/19 46/20
**reorganized** [1] 12/10
**report** [3] 32/4 32/7 32/9
**reported** [1] 62/6
**Reporter** [1] 1/19
**REPORTER'S** [1] 1/13
**reports** [3] 31/24 32/2 34/8
**request** [1] 57/17
**require** [2] 58/4 60/23
**required** [2] 60/17 60/25
**reserves** [1] 3/10
**resize** [1] 14/9
**resources** [1] 46/14
**respectful** [1] 44/7
**responsible** [1] 58/24
**result** [1] 59/4
**return** [2] 19/16 34/4
**review** [6] 21/21 23/5 24/20 32/21 38/25 53/23

**reviewed** [1] 23/22
**right** [11] 18/6 25/10 35/25 45/13 52/21 52/24 53/8 55/8 56/7 56/25 58/1
**rise** [1] 53/1
**risk** [5] 58/6 58/9 58/17 59/6 59/25
**roaring** [1] 31/13
**rob** [2] 32/11 32/12
**robbed** [2] 32/14 32/18
**robbery** [1] 32/16
**Robert** [4] 43/9 43/10 43/12 43/17
**room** [6] 11/17 28/16 30/22 31/16 43/2 44/20
**rooms** [1] 41/8
**root** [1] 23/17
**rotten** [1] 34/24
**RPR** [1] 62/12
**run** [1] 35/17
**running** [1] 32/13

## S

**sacrifices** [1] 21/13
**safety** [1] 59/18
**said** [16] 7/24 8/12 15/24 18/6 22/23 26/8 26/16 27/4 27/9 30/5 30/13 30/20 35/24 40/24 40/25 47/2
**same** [12] 3/11 9/17 9/20 10/18 10/20 12/25 13/1 13/5 14/16 32/22 45/22 47/17
**saved** [2] 10/20 52/16
**saw** [20] 3/9 5/15 6/7 7/5 7/24 9/11 10/22 11/13 14/6 14/16 14/25 17/1 22/6 37/20 42/21 46/22 48/8 50/3 51/14 52/12
**say** [13] 13/3 22/23 32/12 36/2 38/5 39/4 40/23 41/1 44/6 49/25 51/24 53/2 56/12
**saying** [2] 29/12 31/4
**says** [2] 41/20 51/24
**science** [1] 23/9
**scientist** [1] 23/8
**Scott** [1] 55/6
**screen** [6] 26/10 26/12 26/13 26/20 26/25 27/16
**screens** [1] 27/7
**screenshots** [1] 11/21
**search** [1] 38/23
**searched** [1] 52/15
**second** [12] 5/24 6/8 6/12 10/12 17/13 18/14 21/13 26/21 26/22 26/23 27/19 37/2
**secret** [2] 40/17 47/8
**Section** [1] 62/4
**Security** [1] 10/5
**see** [54]
**seeing** [2] 26/19 27/15
**seek** [1] 58/16
**seeking** [1] 17/20
**seem** [1] 27/23
**seen** [19] 4/1 4/5 4/9 4/13 5/3 7/22 17/15 25/19 33/7 37/5 45/20 46/1 46/6 48/4 48/14 49/1 52/14 59/19 60/8
**sees** [1] 41/18
**seized** [3] 35/10 35/14 35/16
**self** [1] 6/6
**Sema** [1] 11/19
**sending** [2] 11/11 40/5
**sends** [1] 39/18
**sense** [2] 9/1 47/23
**sent** [1] 57/12
**sentencing** [1] 57/2
**separate** [1] 60/24
**series** [8] 12/19 14/2 15/9 23/5 24/22 25/17 41/9 41/10
**service** [6] 21/14 30/3 30/7 30/15 53/4 56/20
**serving** [1] 53/3

# S

set [5] 20/25 21/7 33/7 57/1 58/11
seven [4] 4/3 4/7 8/11 37/1 48/19 49/11
seven copies [1] 4/3 48/19
seven years [1] 37/1
sexually [7] 5/8 5/23 5/25 6/12 6/14 6/22 7/13
shall [1] 59/15
sharing [6] 4/14 11/9 18/25 30/3 30/7 30/15
she [13] 11/20 41/17 41/18 41/18 41/19 41/20 42/16 43/5 43/6 43/9 44/14 44/17 61/1
Sherman [1] 56/3
Shiny [1] 43/5
shipped [1] 6/17
shock [3] 23/12 27/24 33/18
short [2] 20/2 22/14
shorter [1] 50/25
shortly [1] 47/13
shot [3] 10/17 29/7 39/24
should [14] 8/1 9/16 10/25 13/9 13/22 13/22 19/9 19/16 26/16 27/5 31/12 49/2 49/5 57/1
show [12] 7/22 10/11 37/6 37/19 38/13 38/14 38/15 38/17 39/4 39/5 39/25 40/21
showed [10] 5/4 5/8 7/17 11/10 14/23 37/24 39/12 40/2 46/21 51/19
showing [4] 5/12 10/7 13/18 39/9
shown [4] 7/7 7/10 12/20 40/12
shows [11] 4/5 4/14 8/5 12/1 14/24 16/9 16/11 17/16 45/20 48/14 49/22
side [1] 3/20
sided [1] 29/7
signed [1] 55/6
significance [2] 25/8 44/23
significant [5] 14/18 32/3 34/7 35/13 35/21
silly [1] 36/12
simply [3] 22/19 31/10 50/6
since [6] 23/2 25/16 31/6 41/14 57/5 57/6
single [5] 24/5 25/8 33/15 33/20 33/21
sit [2] 20/15 44/17
site [1] 33/25
sites [3] 38/15 38/17 39/13
sits [1] 44/10
sitting [2] 37/16 37/16
six [4] 31/23 32/8 32/17 34/8
six times [2] 32/8 32/21
Sixth [1] 2/11
size [1] 14/9
skim [1] 27/23
Skin [1] 39/14
sky [1] 41/13
slight [1] 44/12
slightly [1] 17/9
snapshot [1] 39/1
snapshots [1] 49/11
SNYDER [1] 1/3
so [58]
Social [1] 10/4
software [8] 4/15 11/9 17/23 18/2 18/25 31/17 34/12 50/2
some [31] 5/6 12/1 12/17 13/18 15/20 20/7 20/8 22/8 25/12 29/20 30/20 30/25 31/5 33/4 33/4 33/9 33/9 33/10 36/22 39/13 39/16 40/13 40/14 40/25 42/11 45/1 46/19 48/2 48/6 48/18 48/23 somebody [9] 9/1 32/3 32/4 32/10 37/1 39/16 41/21 43/16 48/23
somehow [2] 29/12 42/11
something [17] 9/2 28/12 30/14 31/14

31/20 32/5 32/5 32/5 36/5 36/6 37/1 43/13 44/19 47/24 49/15 49/15 50/18
Sometimes [1] 27/22
somewhat [1] 34/11
somewhere [1] 38/8
son [1] 43/9
soon [1] 9/15
sophisticated [3] 31/19 34/11 36/8
sorry [1] 52/3
sought [1] 41/12
source [4] 8/16 24/8 42/11 42/12
Space [1] 46/23
speak [5] 56/10 56/12 56/13 56/14 57/1
specific [5] 4/19 16/3 17/20 49/6 58/20
specifically [2] 17/12 18/8
speculating [2] 43/14 43/14
speculative [2] 22/4 44/12
spend [1] 20/12
spent [1] 46/14
spread [2] 24/14 24/23
Spring [2] 1/20 2/6
square [1] 21/21
stacks [1] 36/1
stamp [1] 9/14
stand [2] 27/25 40/23
standard [1] 22/14
start [3] 17/24 19/24 36/15
started [2] 9/15 18/16
starters [1] 7/21
state [2] 15/20 15/24
statement [1] 22/2
states [7] 1/1 1/4 1/6 2/3 15/24 62/5 62/9
statute [1] 58/4
stenographically [1] 62/6
step [4] 13/7 17/13 18/9 18/17
still [1] 58/10
stopped [1] 9/15
storage [19] 4/4 7/22 7/23 8/2 36/3 37/5 37/7 37/14 37/21 37/24 37/25 38/4 38/7 38/9 46/10 46/18 46/23 46/23 46/25
stored [9] 10/14 11/6 12/9 15/5 15/6 15/8 15/10 18/20 18/20
stores [1] 14/7
story [1] 39/20
stout [1] 22/17
straight [1] 43/22
street [5] 1/20 2/6 2/11 42/22 43/20
streets [1] 43/22
strikes [1] 33/23
strong [1] 22/16
stuff [4] 28/1 39/3 39/12 40/14
stupid [1] 41/15
subfolder [1] 5/10
subfolders [19] 4/6 10/14 11/2 11/18 18/23 25/23 25/23 25/23 25/24 25/24 33/2 33/2 33/2 33/2 33/3 51/9 51/9 51/9 51/9
subject [2] 32/7 35/19
subjected [1] 32/20
subjecting [1] 34/7
subjects [1] 29/12
submit [1] 17/4 23/10
submits [1] 51/25
substantial [4] 17/13 18/9 18/16 58/9
suburban [1] 39/15
succession [2] 9/9 9/13
suggest [2] 33/5 45/3
suggestive [1] 39/20
summation [1] 3/20
summer [2] 42/22 43/21
summonsed [1] 20/18
superficially [1] 20/17
supervision [1] 58/25
supposed [2] 40/6 42/2

supposedly [1] 30/2
sure [8] 26/21 26/23 28/2 31/3 32/13 57/19 57/21 58/13
Surely [1] 41/21
surface [1] 33/3
surrendered [1] 59/22
surreptitiously [1] 32/22
surveillance [2] 32/13 32/15
suspicion [1] 45/2
sustain [1] 19/11
sworn [2] 52/22 52/23
system [9] 10/2 10/2 14/8 14/11 20/21 20/23 20/24 51/2 52/8

# T

table [1] 30/20
tag [1] 30/16
take [9] 10/17 10/18 32/15 35/12 35/19 36/14 39/24 49/25 57/4
taken [2] 20/13 38/23
taking [2] 13/16 20/5
talk [7] 4/18 9/5 9/25 15/12 17/8 38/1 38/11
talked [1] 28/25
talking [3] 14/3 20/12 41/8
team [1] 28/11
technical [2] 15/18 16/15
technically [1] 48/1
teenage [1] 43/9
tell [24] 7/10 8/13 8/17 13/24 14/5 14/12 20/9 24/9 24/12 24/20 25/2 26/14 26/18 26/24 27/15 27/16 30/9 31/1 33/14 45/4 45/6 45/8 52/7 56/13
telling [2] 33/12 39/20
Temp [3] 12/15 12/23 13/5
ten [1] 51/6
ten files [1] 51/6
tenant [1] 42/18
terms [3] 49/5 59/4 59/7
testified [5] 23/2 23/4 31/23 42/1 43/25
testify [5] 5/11 7/6 7/8 11/7 19/5
testimony [18] 6/23 7/14 7/24 9/10 10/12 12/17 15/22 16/20 17/3 20/8 23/3 23/17 26/4 30/4 35/9 44/23 49/20 51/23
tethered [1] 28/6
Tetrus [1] 27/11
text [1] 11/5
than [6] 16/25 18/16 50/25 51/1 51/4 59/5
thank [16] 19/22 19/25 20/11 45/15 53/2 53/4 56/8 56/16 56/21 57/15 57/25 60/4 60/5 60/22 61/3 61/4
that [502]
their [15] 4/13 12/21 20/25 29/6 30/23 30/23 31/18 31/22 32/4 32/7 34/17 35/19 39/24 43/4 43/20
them [27] 4/15 4/25 5/14 5/14 5/17 5/18 5/21 7/7 8/3 12/16 23/22 23/25 24/1 24/1 26/1 29/5 30/12 31/18 33/8 45/3 50/4 50/7 51/5 56/12 56/13 57/9 60/23
themselves [2] 25/13 31/25
then [22] 14/24 14/25 16/8 23/13 24/2 25/16 27/10 32/9 35/17 48/25 49/7 49/9 50/11 50/12 50/15 52/12 52/13 52/24 53/23 53/24 56/7 57/2
there [105]
Therefore [2] 19/7 36/10
these [51]
they [91]
THIBODEAUX [2] 1/19 62/12
thing [4] 10/10 18/12 45/5 60/2
things [5] 23/3 25/19 27/22 34/9 40/8 49/13 49/14
think [13] 3/8 14/24 30/10 40/6 40/10 48/25 49/2 49/3 49/4 49/5 59/5 60/23

# T

**think** [1] 60/25
**thinking** [1] 35/8
**Third** [3] 6/1 6/14 11/3
**this** [104]
**thoroughly** [1] 42/17
**those** [47]
**though** [1] 26/8
**thought** [2] 18/17 60/13
**thousand** [2] 51/1 51/4
**thousands** [3] 24/15 24/16 25/19
32/8 42/7 44/5
**three** [9] 6/5 6/20 8/6 9/7 9/17 23/19
32/8 42/7 44/5
**three decent** [1] 44/5
**three different** [1] 8/6 9/7
**three minutes** [1] 23/19
**three of** [2] 6/5 6/20
**three times** [1] 32/8
**three up** [1] 9/17
**three witnesses** [1] 42/7
**through** [9] 5/21 11/25 18/3 27/25 37/19
40/17 41/8 44/21 47/9
**throughout** [3] 20/1 24/15 58/24
**throw** [2] 35/7 47/25
**throwing** [1] 36/15
**THURSDAY** [2] 1/15 3/1
**tidier** [1] 37/15
**ties** [2] 58/10 58/18
**time** [23] 9/6 9/14 9/20 13/13 13/20
20/13 24/25 25/14 41/22 42/10 43/5
43/11 47/1 47/4 47/21 48/5 49/12 50/2
51/2 52/6 53/2 56/8 57/6
**times** [10] 13/12 21/6 25/24 29/10 32/8
32/8 32/21 33/3 42/20 48/18
**tiny** [2] 15/6 41/19
**Title** [1] 62/4
**titled** [1] 17/16
**titles** [3] 29/20 29/20 33/7
**today** [2] 41/23 44/10
**Toe** [1] 15/6
**together** [3] 29/12 44/24 45/3
**told** [9] 13/9 14/14 28/14 31/14 42/8
42/9 42/16 42/24 47/6
**tomatoes** [2] 41/18 41/25
**too** [3] 5/18 57/3 57/24
**took** [10] 9/23 12/3 12/6 13/7 13/11
17/13 18/9 26/11 39/3 50/7
**top** [1] 32/24
**tops** [1] 28/8
**torso** [2] 40/5 40/13
**total** [2] 8/10 50/22
**touching** [2] 39/18 39/19
**towards** [1] 17/13
**traced** [1] 25/15
**tracing** [1] 37/19
**track** [4] 14/11 51/17 51/22 52/8
**traffic** [2] 40/13 43/22
**trained** [1] 48/1
**transcript** [3] 1/13 62/6 62/7
**transfer** [1] 24/10
**transferred** [2] 8/15 24/25
**transported** [2] 6/4 6/17
**travel** [2] 58/9 58/18
**traveled** [4] 7/9 15/15 15/20 16/1
**trial** [3] 20/1 20/2 21/4
**tried** [1] 47/11
**trip** [1] 38/8
**trolling** [1] 41/8
**true** [1] 62/5
**Trust** [1] 30/24
**truthful** [1] 28/3
**try** [4] 41/6 43/15 46/10 46/11
**trying** [7] 17/21 18/5 18/14 27/14 36/13
38/3 49/18

**TT** [1] 15/6
**tunnel** [1] 36/20
**Twelfth** [1] 2/6
**twice** [1] 32/8
**twigs** [3] 24/19 48/13 48/21
**two** [12] 8/8 8/10 12/5 12/11 12/25 32/2
46/10 48/7 48/11 54/10 54/23 60/11
**two complete** [1] 48/11
**two counts** [1] 48/7
**two dates** [2] 12/5 12/11
**two different** [1] 8/10
**two files** [1] 12/25
**two hard** [1] 8/8
**Two of** [1] 32/2
**two storage** [1] 46/10

# U

**U.S** [3] 1/19 2/4 2/4
**unanimous** [2] 21/7 53/18
**unanimously** [4] 54/4 54/11 54/18 54/24
**unavoidable** [2] 4/22 17/18
**uncle** [1] 39/19
**under** [8] 10/14 11/2 11/6 11/18 19/20
29/11 59/7 59/12
**understand** [5] 3/10 20/8 23/7 35/23
53/15
**understanding** [1] 57/13
**undeviant** [1] 38/20
**UNITED** [6] 1/1 1/4 1/6 2/3 62/5 62/9
**units** [5] 4/5 7/22 7/23 8/2 46/10
**unknown** [2] 24/8 42/12
**unless** [1] 59/15
**unnoticed** [1] 50/5
**unpassword** [1] 43/23
**unperverted** [1] 38/20
**until** [2] 17/25 34/18
**up** [37]
**updated** [1] 13/15
**upon** [5] 21/13 22/17 27/14 44/11 58/12
**ups** [1] 9/5
**upstairs** [1] 52/25
**us** [5] 30/24 31/14 38/13 38/17 40/21
**use** [6] 6/2 6/16 7/13 43/2 43/2 43/24
**useable** [1] 47/11
**used** [15] 4/14 8/21 8/23 10/16 10/18
13/5 24/10 26/5 26/15 27/18 29/10 30/9
31/5 39/9 43/11
**user** [31] 13/24 13/25 14/6 14/8 14/8
14/16 14/17 14/22 17/23 17/24 26/6
26/6 26/9 26/19 27/4 27/4 27/6 27/8
27/15 27/16 27/18 29/11 31/17 33/12
34/21 36/10 47/3 52/3 52/4 52/9 52/12
**using** [7] 11/12 17/22 18/1 18/24 36/7
38/15 50/1

# V

**VA** [1] 15/7
**vacation** [1] 10/19
**verdict** [30] 19/16 21/7 21/19 34/4 45/6
45/14 53/9 53/18 53/23 53/25 54/1 55/6
55/8 55/10 55/12 55/14 55/16 55/18
55/20 55/22 55/24 56/1 56/3 56/5 60/7
60/10 60/11 60/17 60/25 61/2
**version** [6] 8/18 8/19 12/22 12/22 47/20
52/4
**versions** [1] 47/17
**very** [13] 3/15 5/5 17/6 20/9 27/19 38/10
39/7 44/17 44/19 44/19 49/17 57/5
58/23
**vetted** [1] 42/17
**VI** [5] 12/19 12/24 13/4 14/1 15/9
**VICKI** [1] 2/5
**Vicky** [10] 12/17 12/18 12/19 12/23 13/4
14/2 14/13 15/9 41/9 41/9
**victims** [5] 7/10 15/24 16/25 17/6 19/19

**video** [12] 5/7 13/12 14/3 15/7 27/19
32/13 32/15 32/17 48/17 51/7 51/17
51/20
**videos** [45]
**view** [3] 20/7 34/1 44/3
**viewed** [1] 33/15
**viewer** [3] 26/13 26/15 26/15
**viewer's** [1] 26/13
**viewing** [2] 27/4 27/17
**vision** [1] 36/21
**visitation** [1] 41/7
**visits** [1] 39/13
**visual** [18] 5/22 5/24 6/1 6/3 6/11 6/13
6/15 7/4 7/13 15/19 54/6 54/8 54/13
54/15 54/20 54/21 54/25 55/3
**VM** [1] 26/5
**VPM** [1] 27/5

# W

**walk** [1] 5/20
**walking** [1] 39/20
**wall** [2] 35/17 36/7
**want** [15] 9/2 15/12 15/18 17/8 20/19
31/16 31/21 34/17 48/25 49/2 49/4
56/15 56/18 57/1 58/14
**wanted** [5] 3/9 20/20 30/10 52/9 57/7
**wants** [2] 32/10 39/17
**ware** [1] 27/5
**Warner** [1] 38/18
**warrant** [1] 38/23
**was** [177]
**Washington** [2] 7/9 15/23
**wasn't** [9] 26/12 34/25 35/10 35/16 43/3
44/8 47/3 51/7 51/18
**watch** [1] 33/21
**watched** [1] 5/14
**watching** [1] 27/20
**way** [10] 7/15 14/5 14/16 15/2 28/4 35/4
35/6 42/11 42/12 42/20
**we** [69]
**weak** [3] 22/4 40/21 44/12
**web** [1] 43/4
**week** [1] 59/2
**weekend** [1] 42/24
**well** [23] 3/15 7/20 20/17 24/12 27/9
28/8 30/13 31/14 32/4 35/24 36/1 38/14
40/22 40/23 40/25 42/9 46/13 47/7
47/12 58/13 59/2
**Wendy's** [1] 41/16
**went** [13] 11/25 23/3 23/12 23/16 27/25
33/24 35/24 36/3 36/24 40/23 50/5 57/6
57/10
**were** [105]
**WERKSMAN** [3] 2/10 2/10 19/21
**West** [1] 2/11
**WESTERN** [1] 1/2
**what** [87]
**whatever** [1] 27/17
**whatsoever** [1] 34/18
**when** [50]
**where** [29] 4/16 12/8 12/15 12/19 15/6
15/7 15/9 15/10 18/20 29/7 30/4 33/22
33/24 36/13 37/4 37/5 37/15 37/21
39/10 40/5 41/11 41/11 41/20 41/21
41/23 42/2 42/2 48/16 51/10
**whether** [9] 6/22 16/4 16/24 19/7 27/18
29/25 33/14 53/25 56/11
**which** [21] 11/21 15/4 16/12 16/21 18/16
21/9 21/17 23/19 24/22 25/17 25/18
26/5 28/17 29/2 33/6 34/8 35/14 43/7
55/5 57/12 58/19
**while** [9] 5/4 12/22 13/13 16/16 27/4
32/21 41/15 46/25 59/2
**who** [33]
**whom** [1] 22/8

## W

whose [2]  33/5 50/6
why [19]  3/24 11/1 15/22 20/13 20/13
21/4 21/5 21/7 21/25 26/13 27/9 32/6
34/6 35/13 35/21 47/3 51/18 52/22
58/19
wife [1]  38/8
will [38]
window [2]  14/9 52/10
Windows [3]  14/8 14/10 52/8
wish [2]  56/10 56/13
withheld [1]  57/9
within [13]  4/10 11/6 11/14 11/18 12/12
15/3 23/19 24/24 25/22 25/25 26/7 33/1
33/1
without [5]  29/3 36/7 38/23 50/18 56/17
witness [1]  22/25
witnesses [5]  22/7 42/7 43/10 43/25
47/5
woman [1]  43/7
won't [1]  56/25
word [1]  44/17
words [2]  18/12 39/23
work [4]  35/23 36/4 53/2 56/16
worked [1]  44/7
working [3]  28/9 35/16 47/21
works [2]  11/20 34/10
world [2]  37/18 43/24
worst [1]  21/8
would [44]
wouldn't [1]  29/23
written [7]  13/8 13/12 13/14 16/10 16/12
19/6 50/9
wrong [2]  28/12 32/25
wrongly [1]  39/16

## Y

Yahoo [2]  38/18 39/13
year [3]  36/3 43/10 58/10
years [17]  8/24 16/25 17/7 19/20 23/23
24/4 25/6 25/10 25/12 25/16 34/23
36/12 37/1 41/13 43/6 48/9 55/2
yes [28]  3/13 3/14 3/25 19/10 26/22
46/17 53/10 54/16 55/5 55/9 55/11
55/13 55/15 55/17 55/19 55/21 55/23
55/25 56/2 56/4 56/6 58/2 58/21 59/9
59/13 59/23 60/14 60/18
yesterday [2]  3/8 5/20
yet [3]  8/18 37/15 52/13
YG [3]  5/9 5/12 15/10
you [382]
young [5]  5/8 5/12 15/11 17/7 28/10
your [63]
yourself [3]  16/11 17/1 46/15
yourselves [2]  33/9 44/22

## Z

Zeevi [1]  20/10
zing [4]  29/8 29/8 29/8 29/8
Zoolander [1]  36/13