Mark J. Werksman, Esq.  (State Bar No. 120767)
WERKSMAN JACKSON HATHAWAY & QUINN LLP
888 West Sixth Street, Fourth Floor
Los Angeles, California  90017
Telephone: (213) 688-0460
Facsimile: (213) 624-1942
Email: mwerksman@werksmanjackson.com

Attorneys for Defendant
KEITH PRESTON GARTENLAUB

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>KEITH PRESTON GARTENLAUB,<br><br>            Defendant. | CASE NO. 14-CR-00173<br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD; DECLARATION OF MARK J. WERKSMAN**<br><br>Hearing Date:  September 12, 2016<br>Hearing Time:  1:30 p.m. |

Werksman Jackson Hathaway & Quinn LLP, hereby moves this Honorable Court to allow the firm to withdraw as counsel of record in the above-entitled action. This motion is filed concurrently with a Motion and Affidavit for Leave to Appeal In Forma Pauperis. This motion is based on the attached declaration of Mark J. Werksman, Mr. Gaurtenlaub's Financial Affidavit (CJA) 23 filed with Mr. Gartenlaub's Motion and Affidavit for Leave to Appeal In Forma Pauperis (incorporated herein by reference), on the files and records of the Court, and on any further evidence that this Court may require.

1

Werksman Jackson Hathaway & Quinn LLP seeks to withdraw as counsel of record for Appellant/Defendant Keith Preston Gartenlaub. Mr. Gartenlaub did not retain Mark J. Werksman or Werksman Jackson Hathaway & Quinn LLP to represent him on appeal. Mr. Gartenlaub has been advised of his rights with regard to this appeal, and intends to proceed with this appeal *pro se* or, should he qualify and decide to do so, with the assistance of appointed counsel.

Mr. Gartenlaub is out on bail and is scheduled to surrender October 31, 2016 at 9:00 a.m.

For the reasons set forth above and in the accompanying declaration, Mark J. Werksman respectfully request this Court grant his Motion to Withdraw as Counsel of Record.

Dated:  September 1, 2016                    Respectfully submitted,

                                             Mark J. Werksman

2

## <u>DECLARATION OF MARK J. WERKSMAN</u>

I, Mark J. Werksman, declare:

1.     I am an attorney admitted to practice before the United States District Court for the Central District of California.

2.     On October 23, 2014 an indictment was filed against Keith Preston Gartenlaub. Mr. Gartenlaub retained my firm to represent him in the United States District Court for the Central District of California through trial.

3.     The retainer expressly stated that it does *not* cover any appeals, writs, or re-trial proceedings should these become necessary.

4.     My firm has not been paid to handle Mr. Gartenlaub's appeal to the Ninth Circuit.

5.     Mr. Gartenlaub's financial affidavit shows that he has no income or any means to pay the filing fees for an appeal.

6.     Mr. Gartenlaub will be serving a sentence of 41 months in federal prison.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed this ____ day of September 2016, at Los Angeles, California.

Mark Werksman
Declarant

3