1        UNITED STATES DISTRICT COURT

2       CENTRAL DISTRICT OF CALIFORNIA

3            WESTERN DIVISION

4    THE HONORABLE CHRISTINA A. SNYDER, JUDGE, PRESIDING

5

6  UNITED STATES OF AMERICA,          )
                                       )
7                    Plaintiff,        )
                                       )
8          vs.                         ) NO. SACR 14-173-CAS
                                       )
9  KEITH PRESTON GARTENLAUB,           )
                                       )
10                   Defendant.        )
   _____)

11

12

13          REPORTER'S TRANSCRIPT OF PROCEEDINGS

14              Los Angeles, California

15

16        Thursday, August 6, 2015, 11:38 A.M.

17

18  Defendant's Motion to Quash and Traverse Search Warrants,

19         Motion for Disclosure of FISA Material

20

21                              PAT CUNEO CSR 1600, CRR-CM
                                Official Reporter
22                              Roybal Federal Building
                                255 East Temple Street
23                              Room 181-E
                                Los Angeles, CA  90012
24                              213-894-1782
                                patcuneo1600@gmail.com
25                              www.patcuneo.com

```
 1    APPEARANCES:

 2    FOR THE PLAINTIFF:    EILEEN M. DECKER
                            UNITED STATES ATTORNEY
 3                          BY:  ANTHONY LEWIS
                            ASSISTANT UNITED STATES ATTORNEY
 4                          United States Courthouse
                            312 N. Spring Street
 5                          Los Angeles, California 90012
                            213-894-1786
 6                                   -and-
                            U.S. DEPARTMENT OF JUSTICE
 7                          NATIONAL SECURITY DIVISION
                            BY:  CASEY ARROWOOD, TRIAL ATTORNEY
 8                          COUNTERESPIONAGE SECTION
                            600 E Street, NW
 9                          Bicentennial Building, Room 10606
                            202-233-2259
10                          casey.arrowood@usdoj.gov

11    FOR THE DEFENDANT:    WERKSMAN JACKSON HATHAWAY & QUINN
                            BY:   MARK J. WERKSMAN, ATTORNEY AT LAW
12                          and  KELLY C. QUINN, ATTORNEY AT LAW
                            888 West Sixth Street
13                          4th Floor
                            Los Angeles, California  90017
14                          213-688-0460
                            mwerksman@werksmanjackson.com
15

16

17

18

19

20

21

22

23

24

25
```

```
1    LOS ANGELES, CALIF.; THURSDAY, AUGUST 6, 2015; 11:38 A.M.
2                              -oOo-
3              THE CLERK:  Please come to order.  This court is
4    again in session.
5              Calling Calendar Item 2, Case No. SACR 14-173,
6    United States of America vs. Keith Preston Gartenlaub.
7              Counsel, please state your appearances.
8              MR. LEWIS:  Good morning, Your Honor.
9    Anthony Lewis for the United States.  With me at counsel
10   table is Casey Arrowood from the Department of Justice's
11   National Security Division.
12             THE COURT:  Good morning.
13             MR. WERKSMAN:  Good morning, Your Honor.
14   Mark Werksman and my partner Kelly Quinn on behalf of
15   Mr. Gartenlaub who's present in court.
16             THE COURT:  Good morning.  Sorry for the delay.
17             Okay.  I had given you a tentative on the public
18   portion of the order for consideration.  Obviously, we'll
19   let you argue.
20             With regard to the defense motion for disclosure
21   of FISA material, Memorandum of Points and Authorities to
22   suppress the fruits or derivatives of any evidence collected
23   pursuant to FISA or other foreign intelligence gathering, I
24   have reviewed the documents with great care and I am going
25   to deny the motion.
```

1          I believe that the government has complied with

2    the rules in making FISA applications and that the minimum

3    station proceedings were in accordance with the appropriate

4    procedures under the State Secret Act and, for that reason,

5    I do not feel that we need further argument on that issue.

6          But, obviously, I will leave open to argument any

7    of the public issues.

8          And in that regard, I am going to sign the

9    proposed orders submitted by the government because I think

10   it's accurate and is appropriate to be signed so (signing

11   document).

12         Okay.  Mr. Werksman, I'm sure you will want to be

13   heard.

14         MR. WERKSMAN:  Thank you, Your Honor, and thank

15   you for giving me an opportunity to argue.

16         I've read the Court's 30-page tentative and the

17   Court has very thoroughly and in a very organized fashion

18   deconstructed the elements leading to the searches that

19   recovered the evidence which is the heart of the

20   prosecution's case against my client.

21         I will only add and argue this, Your Honor, in my

22   request for the Court to reconsider; to look not in the

23   deconstructed fashion that the Court follows in its

24   tentative opinion but to look at the situation we face in

25   the totality.

1      And I know the Court just issued its ruling on the

2  FISA motion and the Court had referenced it in its opinion

3  finding that the FISA warrant was legal and I won't belabor

4  the point.  The Court didn't want to hear argument on it.

5      But I have to say this, Your Honor, that the FISA

6  warrant in conjunction with the so-called e-mail warrant

7  which set up the FISA warrant is an essential component

8  leading to the probable cause and the execution of the

9  searches on the four locations that are the subject of the

10  evidence in this case.

11      The FISA warrant was based on the e-mail warrant.

12  The e-mail warrant which the Court also addressed briefly in

13  its opinion -- I believe and I would ask the Court to

14  reconsider -- created a very false and deceptive impression

15  of Keith Gartenlaub in order to justify a search at the time

16  which the government did not believe required the secrecy of

17  the provisions of FISA.

18      Essentially, the FBI read an article online that

19  indicated that the Chinese had produced a cargo transport

20  plane very similar to the C-17, and this was the basis for a

21  national security investigation.

22      They didn't need FISA at that point.  They didn't

23  think they needed FISA.  They went to a regular United

24  States district court magistrate, and they convinced the

25  magistrate to allow them to access e-mails by basically

1   telling the magistrate that Keith Gartenlaub was the one and

2   only engineer who had unique access and unique proximity to

3   C-17 data and the unique opportunity and a motive to

4   disclose C-17 data to the communist Chinese while neglecting

5   to inform the magistrate that, in fact, there were two

6   individuals already under prosecution for accessing C-17

7   data.   One is Shubin and the other, this fellow Don Chung --

8   Donfan Chung who is serving fifteen years for accessing C-17

9   data.

10         And the C17 data is available to literally

11   thousands of Boeing employees at numerous locations

12   throughout the country.

13         C-17 data is contained at air force bases around

14   the world and is in airplanes that are sold to and

15   maintained by countries -- eight countries around the world,

16   some of whom have governments who are unreliable allies of

17   the United States.

18         In short, the magistrate on the e-mail

19   affidavit -- that warrant had an affidavit which misled him

20   into believing that there would be evidence of espionage in

21   Keith Gartenlaub's e-mails.

22         Well, that led to a FISA warrant which we haven't

23   seen.   The Court has seen it and I don't know what's in it.

24   We've only been given redacted argument about it and

25   redacted facts about it in the pleadings available to us.

1    The procedure requires that we have faith that
2  this Court did an evaluation; but it seems inevitable, Your
3  Honor, that if the e-mail warrant cued up the FISA warrant,
4  that there must have been some grave flaws in the way the
5  FISA warrant was obtained and executed such as, number one,
6  the need for secrecy at all.
7    The FISA warrants are supposed to be to detect
8  espionage, not to prosecute espionage, and so to go before
9  this very secret panel -- and yet information about the C-17
10  compromise and its spread of technology to the Chinese was
11  on the Internet.  It was well-known to the world.
12    The e-mail warrant itself and all the subsequent
13  warrants contained a passage which required officers, if
14  they found contraband unrelated to the original search, they
15  would seek further direction from the Court before going any
16  further.
17    Obviously, though, when the FISA warrant was being
18  executed in January of 2014, those FBI agents -- I assume
19  they were counterespionage FBI agents -- they weren't there
20  to be a child pornography case.  They didn't know there
21  would be a child pornography case.
22    When they're going through -- they obtain these
23  computer hard drives and they go back to analyze them.  When
24  they're looking at them, Your Honor, they're not looking at
25  them with an eye towards building a criminal case.

1   They're looking at them with an eye towards

2   determining whether Keith Gartenlaub is a spy and whether

3   he's committed espionage.

4   And so, Your Honor, I speculate because I can't

5   read the warrant and we haven't seen the reports of the

6   FISA -- the execution of the FISA warrant.

7   But when those FBI agents went in there looking

8   for data that must have been limited to file formats unique

9   to Boeing that have particular endings and we cited them,

10  they didn't just look there.

11  They looked in files unrelated to Boeing data

12  because all the alleged child pornography and adult

13  pornography are in jpg files, mpg files, these so-called

14  Morpheus files.

15  They're not in files that should have been

16  searched if you're looking for Boeing data and you're

17  looking for evidence of national security violations.

18  THE COURT:  Well, I know you argue that and I

19  guess the short answer is, as I'm sure you know, the

20  minimization requirements under the State Secrets Act are

21  quite different from the ordinary criminal warrants.

22  MR. WERKSMAN:  Right.  But we're not here on an

23  espionage case.  It was built as a result of the execution

24  of a FISA warrant.  You see, if they prosecuted him for

25  espionage, it would be a whole different case.

1        They would have conducted the investigation

2  differently.  They would have brought a different kind of

3  Indictment and I wouldn't be here saying:  This is a child

4  pornography case that was built on the back of an espionage

5  search.

6        I may speculate, Your Honor, that when the FBI

7  agents saw evidence of child pornography, their first

8  instinct was, as a normal FBI agent would in a criminal

9  search would say:  Oh, we got something outside the bounds

10  of the warrant.  Let's go see if a judge will give us

11  probable cause to go further.

12        Rather, they were thinking of spy craft.  They

13  were thinking:  Wow, now we've got something.  Let's see if

14  there's more child pornography because when we sit Keith

15  down and we say:  Listen.  Lead us to your Chinese masters

16  or we're going to nuke you with evidence of child

17  pornography.

18        I hope that's what they were thinking.  That would

19  be good spy craft.  But you can't do that if you want to

20  build a criminal case.  And what happened, Your Honor, see,

21  I'm asking you to look at it from 30,000 feet.

22        After they looked in those computers and they

23  didn't find evidence that he was a spy for the communist

24  Chinese, then and only then did they decide:  Let's make it

25  a criminal case.

1    But they already compromised the warrant

2 requirements by obviously exceeding the scope of the FISA

3 warrant, relying on an e-mail warrant that was rife with

4 exaggeration, misstatements, and omissions.

5    And then seven months later, they go to another

6 U.S. district court magistrate and get the four warrants in

7 this case; and they don't tell the magistrate what they've

8 done in the course of the FISA investigation.

9    And, again, in numerous areas -- and I won't

10 belabor what's in the briefs.  Your Honor has hundreds of

11 pages of briefs -- but they basically mislead the magistrate

12 into believing, number one, that -- and the most important

13 point -- is that Keith Gartenlaub had access to these files.

14    You know, when we deconstruct this and we use our

15 experts and we look at these file paths, we can talk

16 about -- we gave an analogy that the computer is like a

17 house and all the data file is like a garage.

18    When you think about it, it all boils down to,

19 Your Honor, was there probable cause to believe that

20 Keith Gartenlaub accessed child pornography on his computer?

21 Eight files.  The case is all about eight files very deep

22 within three separate computer hard drives each containing

23 billons of bytes of data dating back 20 years.

24    Is there any evidence presented in any of these

25 warrants that shows that Keith Gartenlaub accessed the child

1    pornography file?  No.

2              Is there any evidence that Keith Gartenlaub ever

3    accessed child pornography in any aspect of his life?  Is he

4    exchanging e-mails?  Is he on an electronic bulletin board?

5    Is he a collector?  Is he a known pedophile?

6              No.

7              Is he -- there's this -- is there any use and

8    control of the computers?  And I know the Court rejected

9    this argument but I would ask the Court to look at whether

10   there is evidence that would lead a neutral, detached

11   magistrate to believe that this man actually used and

12   controlled these computers.

13             Again, no.

14             This Orrick data file that they speak of, the

15   Orrick data file according to the affidavit was used

16   exclusively by Keith Gartenlaub; but there's not a shred of

17   evidence that he and he alone used the Orrick data file.

18             There was evidence that other people used the

19   Orrick data file.  They said that he was -- they misled the

20   magistrate into believing that Mr. Gartenlaub had taken

21   steps to conceal the files.

22             Nothing could be farther from the truth.  If you

23   put in the word "child" in a search or you put the word

24   "pornography" in a search, you get all this nasty stuff.

25   There's nothing concealed.   There was no effort to conceal

1    it.

2            And ironically and I think probatively, the most

3    gnarly-sounding files with the most vile titles suggesting

4    that there might be child pornography don't contain child

5    pornography.

6            It's all an illusion created by a review of these

7    hard drives that was fed to a magistrate who did not have

8    the benefit of a computer expert.

9            The government had computer experts.  That's who

10   helped them do this.  We relied on Jeff Fischbach whose

11   affidavit, I believe according to the tentative opinion,

12   underwhelmed the Court but, nevertheless, we needed an

13   expert to help us understand this.

14           THE COURT:  Right.

15           MR. WERKSMAN:  Imagine the poor magistrate who

16   gets these affidavits and basically is -- and I'm not trying

17   to impute bad faith in the way it was run by the

18   magistrate -- but imagine a magistrate basically reading

19   that Keith Gartenlaub is the engineer with exclusive access

20   to C-17 data; that Keith Gartenlaub had these computers.

21   They were his.  That he used them.  That he accessed them.

22   That he concealed files with them.  That he altered files

23   with them.  None of which is true.

24           The magistrate is bowled over.  So -- but in order

25   to get to the bottom of this, Your Honor, we need a Franks

1    hearing.  We need the ability to cross-examine the affiant

2    as to how he chose what information to put in and what

3    information to leave out.

4            And I would also ask Your Honor to back up as well

5    and give us an opportunity to review the FISA warrant

6    because, again, Your Honor, this is not a national security

7    case.

8            It's a child pornography case now and we should be

9    allowed to look at it with an eye towards challenging

10   whether it meets the standards of the Fourth Amendment in

11   connection with a criminal prosecution.

12           You know, Your Honor, I say this reluctantly; but

13   the tension between protecting America's national security

14   and protecting our cherished constitutional rights is

15   something we wrestle with; and we provided evidence in our

16   motions that our national security apparatus, they're human;

17   they failed.

18           There have been some disastrous well-publicized

19   failures.  We don't live in a time or an age, Your Honor,

20   and we can't afford to give unquestioned deference to the

21   national security apparatus.

22           And I'm not suggesting that the Court gave the FBI

23   an easy pass on the FISA warrant.  But in light of the fact

24   that this -- that they never found evidence of espionage,

25   that all the vaunted representations that led to the e-mail

1  warrant and the vaunted representations that caused them to

2  use this extraordinarily invasive secret sneak-and-peek of a

3  man's private home and his computers yielded nothing with

4  regard to Keith Gartenlaub accessing C-17 data.

5          We can't neglect the outcome of these searches and

6  still give the proponents of these warrants the benefit of

7  the doubt.

8          They were dead wrong in the e-mail warrant that

9  they'd find evidence of espionage.  Dead wrong in the FISA

10 warrant if what they told the magistrate or the three-judge

11 secret panel that they'd find evidence of national security

12 violations.

13         And now they're -- we're being asked to believe

14 that they're absolutely correct, though, when they came back

15 seven months later and said:  Well, now we don't think he's

16 a spy; he's a pedophile.

17         And they give some indecipherably dense computer

18 speak that would cause any magistrate to basically accede to

19 their wishes.

20         Because if you don't have an expert to explain to

21 you how remote these files are from anything linked to

22 Keith Gartenlaub, you don't know that you're being

23 hoodwinked.

24         And so, Your Honor, I seek that opportunity to go

25 back and have an opportunity to cross-examine the affiant or

1   for the Court to reconsider whether the good faith exception

2   applies when the agents have been so dead wrong on all the

3   presumptions upon which the e-mail warrant was based, the

4   FISA warrant was based, the searches of that storage

5   facility was based.  Why do they still deserve the benefit

6   of the doubt and good faith?

7           I suggest that at this point they should be on the

8   defensive in having to explain their conduct in a hearing

9   where we can ask them questions about these gaps and flaws

10  and misrepresentations in the warrants.

11          I'll submit on that, Your Honor.  I think I've

12  made my argument and I appreciate the Court's patience in

13  delving through all the materials we presented.

14          Oh, I do want to make one last point if I may?

15          THE COURT:  Sure.

16          MR. WERKSMAN:  And this was more directly related

17  to the Court's rulings in denying the motion to quash.

18          The Court found sufficient nexus to the -- between

19  the computers that had been searched in January 2014 and

20  this -- and the Danbury residence.

21          THE COURT:  Yes.

22          MR. WERKSMAN:  But the probable cause stated in

23  the four warrants that found the evidence in this case which

24  stated that Keith Gartenlaub had resided at Danbury, that

25  information was put into the affidavit based upon three

1   things.

2          One, it came from the e-mail warrant which the

3   Court hasn't really addressed in any thoroughness and hasn't

4   given us an opportunity to have a Franks hearing on.

5          So the e-mail warrant fed the conclusory

6   information placed in the current affidavits about

7   Keith Gartenlaub having resided at Danbury.

8          Two, a Cox Cable bill that goes up to 2013, which

9   is not during the time period when he is alleged to have

10  lived in Danbury and used the computers.

11         And, three, the surveillance.

12         And the Court addressed the surveillance so I

13  won't belabor the point.  But, basically, they never showed

14  he lived at Danbury.

15         He's gone back and forth between certain

16  locations; and certainly the Court must have raised an

17  eyebrow over the misrepresentation about him taking stuff

18  from his, quote, home to a storage facility when, in fact,

19  he had taken stuff from his wife's closed-down store to a

20  storage facility.

21         There are misrepresentations in the affidavit; and

22  there's a point where you excuse one, you excuse two, you

23  pass on three, you do a little backing and filling and you

24  may be able to save the warrant but, in fairness, the

25  warrant shouldn't stand nor should the good faith exception

1    based upon these misrepresentations.

2              I'll submit it, Your Honor.

3              THE COURT:   Thank you.

4              Mr. Lewis, do you have a response?

5              MR. LEWIS:   Yes, Your Honor.

6              While of course I can't comment on the specifics

7    of the sealed appendix in the FISA warrant, with respect to

8    the e-mail search warrant, there is no need to explore the

9    details of that search warrant.

10             Although for the reasons that are stated in the

11   government's opposition, the affiant was meticulous and

12   mirrored the reports that the affidavit was based upon.

13             As a general matter as the Court referred to,

14   minimization of evidence of a crime is statutorily

15   authorized.

16             I would also point the Court to the Isa case in

17   which similar materials were used in support of a murder

18   investigation as well as to the Ninth Circuit case in

19   Cavanaugh in which it said:   There was no merit to the

20   contention that he is entitled to suppression simply because

21   evidence of his criminal conduct was discovered incidentally

22   as the result of an intelligence surveillance.

23             There is plenty of evidence that defendant

24   knowingly possessed and received and attempted to receive

25   child pornography.   Much of that evidence was historical and

1    it was described in detail.

2            To the point that defendant needed an expert to

3    evaluate the computer forensics and that there was

4    indecipherable computer-speak in the affidavit, the

5    government does not agree with that.

6            Page 16 of the affidavit included a diagram of the

7    folder structure just as it would appear to any user of a

8    computer.  There was nothing that sophisticated about how

9    proximate defendant's personal correspondence was from the

10   child pornography he stored on his computers and stored

11   multiple copies of.

12           With respect to the tension that counsel referred

13   to between national security and individual rights, that is

14   exactly the balance that multiple courts have affirmed was

15   properly struck through the FISA statute and that includes,

16   again, Cavanaugh in the Ninth Circuit.

17           And then finally as to the evidence showing that

18   the Danbury residence was, in fact, defendant's residence,

19   in addition to the Cox subscription records referred to, in

20   addition to a CD labeled with defendant's and his wife's

21   name on it as their wedding, in addition to surveillance

22   observing him there, there were computers found in his home

23   with his personal correspondence, his work e-mail account,

24   as well as photographs of himself.

25           And finally, Your Honor, as to the storage

1   facilities, the government would simply submit that it was

2   an extension of the same authority that showed defendant

3   moving from one residence to another should also apply to

4   storage facilities, one of which he began using before he

5   moved out and another he started using after he moved out

6   and both of which he continued to be observed at after he

7   had moved into his new residence.

8           And with that, the government will submit, Your

9   Honor.

10          THE COURT:  What do you say to Mr. Werksman's

11  argument, which I'm going to put it in my probably

12  colloquial terms, that this started out as a FISA search to

13  determine whether Mr. Gartenlaub was a foreign agent and

14  that there was no evidence to that effect but they did find

15  pornography and moved forward and that somehow that changes

16  things.

17          MR. LEWIS:  Well, Your Honor, again, I want to be

18  mindful of the details that I need to maintain the

19  confidentiality of.  But in broad strokes, given the fact

20  that the e-mail search warrant affidavit did describe that

21  there was an investigation into Mr. Gartenlaub as having

22  possible played a role in the compromise of the C-17 data,

23  that was the course the investigation took at that point.

24          The evidence relied on in the affidavit sworn to

25  in August, although there is a sliver that came from that

1    affidavit, the balance of it came from other sources.

2         And so whatever the evolution of the

3    investigation, the government had lawfully come into the

4    evidence that clearly shows he was possessing and had

5    received child pornography.

6         Does that answer the Court's question?

7         THE COURT:  Well, not exactly.  Let me tell you

8    what -- and I'm mindful of the same problems you're mindful

9    of -- but it seems to me that from what I've read in the

10   case law, even if hypothetically the government had found

11   evidence that Mr. Gartenlaub was a foreign agent and could

12   have criminally indicted for that, it retained prosecutorial

13   discretion to indict based on the child pornography and not

14   on the other issue?

15        MR. LEWIS:  To that point, Your Honor, again, I

16   would cite to the Court the Isa case --

17        THE COURT:  Yes.

18        MR. LEWIS:  -- as well as the Cavanaugh case; and

19   I think Isa, although from the Eighth Circuit, it is most on

20   point because in that case it was actually a state

21   prosecution for unrelated crimes.

22        The tragic facts of that case involved an overhear

23   of a mother -- of a husband and wife who murdered their

24   16-year-old daughter and, in that context, the same

25   information was used.

And so combined with the statutory authority to retain and not minimize evidence of a crime, as well as both the Ninth Circuit's decision in Cavanaugh and that is the government's answer to the Court's question of how it arrived at this child pornography prosecution.

THE COURT:  Okay.  Thank you.

Mr. Werksman, do you have anything further?

MR. WERKSMAN:  No.  Thank you, Your Honor.

THE COURT:  Okay.  Let me say this.  I'm going to go back and take a look at the public order.  I am -- I'm satisfied that the decision on the FISA warrant and order is appropriate having reviewed the files.

I believe the difficulty that you face, Mr. Werksman, in arguing -- first of all, I just don't think you've begun to make the showing necessary for a Franks hearing.

You have -- I mean, in all fairness and I know you're a great advocate for your client -- but if look at the totality of the information provided by the government, it does seem to me that they provided information that -- much more complete than what you argue.

I know you take a different view in your papers; but it seems to me that there just isn't a basis for a Franks hearing and it seems to me that, although you argue the position well, if one looks at the affidavits and looks

1    at the search warrants and looks at what happened here, I

2    just can't say that there is a basis to quash a search

3    warrant or a basis to grant a Franks hearing.

4              That said, I'll go back and look at it in light of

5    your arguments and see if you said something that might

6    change my mind.   Okay?

7              Thank you, everyone.

8              MR. WERKSMAN:   Your Honor, before we go off the

9    record --

10             THE COURT:   Yes.

11             MR. WERKSMAN:   -- there's just one housekeeping

12   matter.

13             Mr. Gartenlaub is seeking employment and he's

14   found -- it's frustrating that Pretrial Services have placed

15   very restrictive conditions on him.   He's been a model

16   defendant.

17             THE COURT:   I'm sure.

18             MR. WERKSMAN:   It's been a year now and the trial,

19   as you know, is not until December.

20             Your Honor, would the Court -- and I spoke to

21   Mr. Lewis about this.   We didn't agree on exact language but

22   in principle we both agreed that Mr. Gartenlaub should be

23   allowed to find employment outside the house; that he should

24   be allowed to use the Internet for purposes of his

25   employment.

1      We have no objection to having the Internet-use

2   monitor, although I will tell Your Honor that he's not

3   accused of being involved in -- this isn't a case where he

4   was trying to lure a 13-year-old girl to an Olive Garden

5   restaurant, you know.

6          THE COURT:   No, I understand.

7          MR. WERKSMAN:   Would the Court consider ordering

8   that he be allowed -- that Pretrial allow him to find

9   employment that they approve on the basis of the employment

10  but not deprive him of the opportunity to get employment

11  because it requires him to use e-mails and have computer

12  access.

13         THE COURT:   I think that's reasonable, Mr. Lewis.

14         MR. LEWIS:   Your Honor, I expect in principle that

15  the government will stipulate to that.   I would like the

16  opportunity to consult with the Pretrial Services officer.

17         THE COURT:   Sure.

18         MR. LEWIS:   But with that, I imagine that --

19         THE COURT:   I think that both of you and the

20  Pretrial Services officer ought to be able to come to some

21  sort of agreement.

22         But certainly the notion that Mr. Gartenlaub be

23  permitted to work outside the house and to use the Internet

24  in his employment is something that I would approve as long

25  as there are reasonable opportunities for Pretrial Services

1    to monitor what he's doing.

2         MR. WERKSMAN:   Thank you, Your Honor.   Appreciate

3    it.

4         THE COURT:   Okay.   Thank you.

5         THE CLERK:   The court is adjourned.

6         (At 12:06 p.m. proceedings were concluded.)

7

8                        -oOo-

9

10                     CERTIFICATE

11

12         I, PAT CUNEO, CSR 1600, hereby certify that

13    pursuant to Section 753, Title 28, United States Code, the

14    foregoing is a true and correct transcript of the

15    stenographically reported proceedings held in the

16    above-entitled matter and that the transcript page format is

17    in conformance with the regulations of the Judicial

18    Conference of the United States.

19

20    Date:   September 22, 2016

21

22

23

24    /s/ PAT CUNEO                    _

25    PAT CUNEO, OFFICIAL REPORTER
      CSR NO. 1600

**8**

888 [1]  2/12

**9**

90012 [2]  1/23 2/5
90017 [1]  2/13

**MR. LEWIS: [7]**  3/7 17/4 19/16 20/14
20/17 23/13 23/17
**MR. WERKSMAN: [12]**  3/12 4/13 8/21
12/14 15/15 15/21 21/7 22/7 22/10
22/17 23/6 24/1
**THE CLERK: [2]**  3/2 24/4
**THE COURT: [19]**  3/11 3/15 8/17
12/13 15/14 15/20 17/2 19/9 20/6
20/16 21/5 21/8 22/9 22/16 23/5 23/12
23/16 23/18 24/3

**-**

-and [1]  2/6
-oOo [2]  3/2 24/8

**/**

/s [1]  24/24

**0**

0460 [1]  2/14

**1**

10606 [1]  2/9
11:38 [2]  1/16 3/1
12:06 [1]  24/6
13-year-old [1]  23/4
14-173 [1]  3/5
14-173-CAS [1]  1/8
16 [1]  18/6
16-year-old [1]  20/24
1600 [3]  1/21 24/12 24/25
17 [10]  5/20 6/3 6/4 6/6 6/8 6/13 7/9
12/20 14/4 19/22
173 [1]  3/5
1782 [1]  1/24
1786 [1]  2/5
181-E [1]  1/23

**2**

20 [1]  10/23
2013 [1]  16/8
2014 [2]  7/18 15/19
2015 [2]  1/16 3/1
2016 [1]  24/20
202-233-2259 [1]  2/9
213-688-0460 [1]  2/14
213-894-1782 [1]  1/24
213-894-1786 [1]  2/5
22 [1]  24/20
2259 [1]  2/9
255 [1]  1/22
28 [1]  24/13

**3**

30,000 feet [1]  9/21
30-page [1]  4/16
312 [1]  2/4

**4**

4th [1]  2/13

**6**

600 [1]  2/8

**7**

753 [1]  24/13

**A**

A.M [2]  1/16 3/1
ability [1]  13/1
able [2]  16/24 23/20
about [11]  6/24 6/25 7/9 10/16 10/18
10/21 15/9 16/6 16/17 18/8 22/21
above [1]  24/16
above-entitled [1]  24/16
absolutely [1]  14/14
accede [1]  14/18
access [5]  5/25 6/2 10/13 12/19 23/12
accessed [4]  10/20 10/25 11/3 12/21
accessing [3]  6/6 6/8 14/4
accordance [1]  4/3
according [2]  11/15 12/11
account [1]  18/23
accurate [1]  4/10
accused [1]  23/3
Act [2]  4/4 8/20
actually [2]  11/11 20/20
add [1]  4/21
addition [3]  18/19 18/20 18/21
addressed [3]  12/16 13/6 16/12
adjourned [1]  24/5
adult [1]  8/12
advocate [1]  21/18
affiant [3]  13/1 14/25 17/11
affidavit [12]  6/19 6/19 11/15 12/11
15/25 16/21 17/12 18/4 18/6 19/20
19/24 20/1
affidavits [3]  12/16 16/6 21/25
affirmed [1]  18/14
afford [1]  13/20
after [3]  9/22 15/9 19/6
again [7]  3/4 10/9 11/13 13/6 18/16
19/17 20/15
against [1]  4/20
age [1]  13/19
agent [3]  9/8 19/13 20/11
agents [5]  7/18 7/19 8/7 9/7 15/2
agree [2]  18/5 22/21
agreed [1]  22/22
agreement [1]  23/21
air [1]  6/13
airplanes [1]  6/14
all [13]  7/6 7/12 8/12 10/17 10/18
10/21 11/24 12/6 13/25 15/2 15/13
21/14 21/17
alleged [2]  8/12 16/9
allies [1]  6/16
allow [2]  5/25 23/8
allowed [4]  13/9 22/23 22/24 23/8
alone [1]  11/17
already [2]  6/6 10/1
also [4]  5/12 13/4 17/16 19/3
altered [1]  7/12
although [5]  17/10 19/25 20/19 21/24
23/2
am [3]  3/24 4/8 21/10
Amendment [1]  13/10
AMERICA [2]  1/6 3/6

America's [1]  13/13
analogy [1]  21/11
analyze [1]  7/23
Angeles [5]  1/14 1/23 2/5 2/13 3/1
another [3]  10/5 19/3 19/5
answer [3]  8/19 20/6 21/4
ANTHONY [2]  2/3 3/9
Anthony Lewis [1]  3/9
any [11]  3/22 4/6 7/15 10/24 10/25
11/2 11/3 11/7 14/18 16/3 18/7
anything [2]  14/21 21/7
apparatus [2]  13/16 13/21
appear [1]  18/7
appearances [2]  2/1 3/7
appendix [1]  17/7
applications [1]  4/2
applies [1]  15/2
apply [1]  19/3
appreciate [2]  15/12 24/2
appropriate [3]  4/3 4/10 21/12
approve [2]  23/9 23/24
are [10]  5/9 6/14 6/16 6/16 7/7 8/13 8/20
14/21 16/21 17/10 23/25
areas [1]  10/9
argue [6]  3/19 4/15 4/21 8/18 21/21
21/24
arguing [1]  21/14
argument [7]  4/5 4/6 5/4 6/24 11/9
15/12 19/11
arguments [1]  22/5
around [2]  6/13 6/15
arrived [1]  21/5
ARROWOOD [2]  2/7 3/10
article [1]  5/18
as [26]
ask [4]  5/13 11/9 13/4 15/9
asked [1]  14/13
asking [1]  9/21
aspect [1]  11/3
ASSISTANT [1]  2/3
assume [1]  7/18
at [30]
attempted [1]  17/24
ATTORNEY [5]  2/2 2/3 2/7 2/11 2/12
August [3]  1/16 3/1 19/25
Authorities [1]  3/21
authority [2]  19/2 21/1
authorized [1]  17/15
available [2]  6/10 6/25

**B**

back [9]  7/23 9/4 10/23 13/4 14/14
14/25 16/15 21/10 22/4
backing [1]  16/23
bad [1]  12/17
balance [2]  18/14 20/1
based [8]  5/11 15/3 15/4 15/5 15/25
17/1 17/12 20/13
bases [1]  6/13
basically [6]  5/25 10/11 12/16 12/18
14/18 16/13
basis [5]  5/20 21/23 22/2 22/3 23/9
be [21]  4/10 4/12 6/20 7/7 7/20 7/21
8/25 9/3 9/19 11/22 12/4 13/8 15/7
16/24 19/6 19/17 22/22 22/24 23/8
23/20 23/22
because [9]  4/9 8/4 8/12 9/14 13/6
14/20 17/20 20/20 23/11

**B**

**been [9]**  6/24 7/4 8/8 8/15 13/18 15/2 15/19 22/15 22/18
**before [4]**  7/8 7/15 19/4 22/8
**began [1]**  19/4
**begun [1]**  21/15
**behalf [1]**  3/14
**being [4]**  7/17 14/13 14/22 23/3
**belabor [3]**  5/3 10/10 16/13
**believe [8]**  4/1 5/13 5/16 10/19 11/11 12/11 14/13 21/13
**believing [3]**  6/20 10/12 11/20
**benefit [3]**  12/8 14/6 15/5
**between [4]**  13/13 15/18 16/15 18/13
**Bicentennial [1]**  2/9
**bill [1]**  16/8
**billons [1]**  10/23
**board [1]**  11/4
**Boeing [4]**  6/11 8/9 8/11 8/16
**boils [1]**  10/18
**both [4]**  19/6 21/2 22/22 23/19
**bottom [1]**  12/25
**bounds [1]**  9/9
**bowled [1]**  12/24
**briefly [1]**  5/12
**briefs [2]**  10/10 10/11
**broad [1]**  19/19
**brought [1]**  9/2
**build [1]**  9/20
**building [3]**  1/22 2/9 7/25
**built [2]**  8/23 9/4
**bulletin [1]**  11/4
**but [28]**
**bytes [1]**  10/23

**C**

**C-17 [10]**  5/20 6/3 6/4 6/6 6/8 6/13 7/9 12/20 14/4 19/22
**C17 [1]**  6/10
**CA [1]**  1/23
**Cable [1]**  16/8
**Calendar [1]**  3/5
**CALIF [1]**  3/1
**CALIFORNIA [4]**  1/2 1/14 2/5 2/13
**called [2]**  5/6 8/13
**Calling [1]**  3/5
**came [4]**  14/14 16/2 19/25 20/1
**can [2]**  10/15 15/9
**can't [6]**  8/4 9/19 13/20 14/5 17/6 22/2
**care [1]**  3/24
**cargo [1]**  5/19
**CAS [1]**  1/8
**case [24]**  3/5 4/20 5/10 7/20 7/21 7/25 8/23 8/25 9/4 9/20 9/25 10/7 10/21 13/7 13/8 15/23 17/16 17/18 20/10 20/16 20/18 20/20 20/22 23/3
**CASEY [2]**  2/7 3/10
**Casey Arrowood [1]**  3/10
**casey.arrowood [1]**  2/10
**cause [5]**  5/8 9/11 10/19 14/18 15/22
**caused [1]**  14/1
**Cavanaugh [4]**  17/19 18/16 20/18 21/3
**CD [1]**  18/20
**CENTRAL [1]**  1/2
**certain [1]**  16/15
**certainly [2]**  16/16 23/22
**CERTIFICATE [1]**  24/10

**certify [1]**  24/12
**challenging [1]**  21/9
**change [1]**  22/6
**changes [1]**  19/15
**cherished [1]**  13/14
**child [19]**  7/20 7/21 8/12 9/3 9/7 9/14 9/16 10/20 10/25 11/3 11/23 12/4 12/4 13/8 17/25 18/10 20/5 20/13 21/5
**Chinese [5]**  5/19 6/4 7/10 9/15 9/24
**chose [1]**  13/2
**CHRISTINA [1]**  1/4
**Chung [2]**  6/7 6/8
**Circuit [3]**  17/18 18/16 20/19
**Circuit's [1]**  21/3
**cite [1]**  20/16
**cited [1]**  8/9
**clearly [1]**  20/4
**client [2]**  4/20 21/18
**closed [1]**  16/19
**closed-down [1]**  16/19
**CM [1]**  1/21
**Code [1]**  24/13
**collected [1]**  3/22
**collector [1]**  11/5
**colloquial [1]**  19/12
**combined [1]**  21/1
**come [3]**  3/3 20/3 23/20
**comment [1]**  17/6
**committed [1]**  8/3
**communist [2]**  6/4 9/23
**complete [1]**  21/21
**complied [1]**  4/1
**component [1]**  5/7
**compromise [2]**  7/10 19/22
**compromised [1]**  10/1
**computer [11]**  7/23 10/16 10/20 10/22 12/8 12/9 14/17 18/3 18/4 18/8 23/11
**computer-speak [1]**  18/4
**computers [9]**  9/22 11/8 11/12 12/20 14/3 15/19 16/10 18/10 18/22
**conceal [2]**  11/21 11/25
**concealed [2]**  11/25 12/22
**concluded [1]**  24/6
**conclusory [1]**  16/5
**conditions [1]**  22/15
**conduct [2]**  15/8 17/21
**conducted [1]**  9/1
**Conference [1]**  24/18
**confidentiality [1]**  19/19
**conformance [1]**  24/17
**conjunction [1]**  5/6
**connection [1]**  13/11
**consider [1]**  23/7
**consideration [1]**  3/18
**constitutional [1]**  13/14
**consult [1]**  23/16
**contain [1]**  12/4
**contained [2]**  6/13 7/13
**containing [1]**  10/22
**contention [1]**  17/20
**context [1]**  20/24
**continued [1]**  19/6
**contraband [1]**  7/14
**control [1]**  11/8
**controlled [1]**  11/12
**convinced [1]**  5/24
**copies [1]**  18/11
**correct [2]**  14/14 24/14

**correspondence [2]**  18/9 18/23
**counsel [3]**  3/7 3/9 18/12
**counterespionage [2]**  2/8 7/19
**countries [2]**  6/15 6/15
**country [1]**  6/12
**course [3]**  10/8 17/6 19/23
**court [31]**
**Court's [5]**  4/16 15/12 15/17 20/6 21/4
**Courthouse [1]**  2/4
**courts [1]**  18/14
**Cox [2]**  16/8 18/19
**craft [2]**  9/12 9/19
**created [2]**  5/14 12/6
**crime [2]**  17/14 21/2
**crimes [1]**  20/21
**criminal [7]**  7/25 8/21 9/8 9/20 9/25 13/11 17/21
**criminally [1]**  20/12
**cross [2]**  13/1 14/25
**cross-examine [2]**  13/1 14/25
**CRR [1]**  1/21
**CRR-CM [1]**  1/21
**CSR [3]**  1/21 24/12 24/25
**cued [1]**  7/3
**CUNEO [4]**  1/21 24/12 24/24 24/25
**current [1]**  16/6

**D**

**Danbury [6]**  15/20 15/24 16/7 16/10 16/14 18/18
**data [18]**  6/3 6/4 6/7 6/9 6/10 6/13 8/8 8/11 8/16 10/17 10/23 11/14 11/15 11/17 11/19 12/20 14/4 19/22
**Date [1]**  24/20
**dating [1]**  10/23
**daughter [1]**  20/24
**dead [3]**  14/8 14/9 15/2
**December [1]**  22/19
**deceptive [1]**  5/14
**decide [1]**  9/24
**decision [2]**  21/3 21/11
**DECKER [1]**  2/2
**deconstruct [1]**  10/14
**deconstructed [2]**  4/18 4/23
**deep [1]**  10/21
**defendant [6]**  1/10 2/11 17/23 18/2 19/2 22/16
**defendant's [4]**  1/18 18/9 18/18 18/20
**defense [1]**  3/20
**defensive [1]**  15/8
**deference [1]**  13/20
**delay [1]**  3/16
**delving [1]**  15/13
**dense [1]**  14/17
**deny [1]**  3/25
**denying [1]**  15/17
**DEPARTMENT [2]**  2/6 3/10
**deprive [1]**  23/10
**derivatives [1]**  3/22
**describe [1]**  19/20
**described [1]**  18/1
**deserve [1]**  15/5
**detached [1]**  11/10
**detail [1]**  18/1
**details [2]**  17/9 19/18
**detect [1]**  7/7
**determine [1]**  19/13

**D**

**determining** [1]  8/2
**diagram** [1]  18/6
**did** [6]  5/16 7/2 9/24 12/7 19/14 19/20
**didn't** [7]  5/4 5/22 5/22 7/20 8/10 9/23
  22/21
**different** [4]  8/21 8/25 9/2 21/22
**differently** [1]  9/2
**difficulty** [1]  21/13
**direction** [1]  7/15
**directly** [1]  15/16
**disastrous** [1]  13/18
**disclose** [1]  6/4
**disclosure** [2]  1/19 3/20
**discovered** [1]  17/21
**discretion** [1]  20/13
**district** [4]  1/1 1/2 5/24 10/6
**DIVISION** [3]  1/3 2/7 3/11
**do** [9]  4/5 9/19 12/10 15/5 15/14 16/23
  17/4 19/10 21/7
**document** [1]  4/11
**documents** [1]  3/24
**does** [3]  18/5 20/6 21/20
**doing** [1]  24/1
**Don** [1]  6/7
**don't** [6]  6/23 10/7 12/4 13/19 14/15
  14/20 14/22 21/14
**done** [1]  10/8
**Donfan** [1]  6/8
**doubt** [2]  14/7 15/6
**down** [3]  9/15 10/18 16/19
**drives** [3]  7/23 10/22 12/7
**during** [1]  16/9

**E**

**e-mail** [15]  5/6 5/11 5/12 6/18 7/3 7/12
  10/3 13/25 14/8 15/3 16/2 16/5 17/8
  18/23 19/20
**e-mails** [4]  5/25 6/21 11/4 23/11
**each** [1]  10/22
**East** [1]  1/22
**easy** [1]  13/23
**effect** [1]  19/14
**effort** [1]  11/25
**eight** [3]  6/15 10/21 10/21
**Eighth** [1]  20/19
**EILEEN** [1]  2/2
**electronic** [1]  11/4
**elements** [1]  4/18
**employees** [1]  6/11
**employment** [7]  22/13 22/23 22/25
  23/9 23/9 23/10 23/24
**endings** [1]  8/9
**engineer** [2]  6/2 12/19
**entitled** [2]  17/20 24/16
**espionage** [9]  6/20 7/8 7/8 8/3 8/23
  8/25 9/4 13/24 14/9
**essential** [1]  5/7
**Essentially** [1]  5/18
**evaluate** [1]  18/3
**evaluation** [1]  7/2
**even** [1]  20/10
**ever** [1]  11/2
**everyone** [1]  22/7
**evidence** [28]
**evolution** [1]  20/2
**exact** [1]  22/21

**exactly** [2]  18/14 20/7
**exaggeration** [1]  14/1
**examine** [2]  13/1 14/25
**exceeding** [1]  10/2
**exception** [2]  15/1 16/25
**exchanging** [1]  11/4
**exclusive** [1]  12/19
**exclusively** [1]  11/16
**excuse** [2]  16/22 16/22
**executed** [2]  7/5 7/18
**execution** [3]  5/8 8/6 8/23
**expect** [1]  23/14
**expert** [4]  12/8 12/13 14/20 18/2
**experts** [2]  10/15 12/9
**explain** [2]  14/20 15/8
**explore** [1]  17/8
**extension** [1]  19/2
**extraordinarily** [1]  14/2
**eye** [3]  7/25 8/1 13/9
**eyebrow** [1]  16/17

**F**

**face** [2]  4/24 21/13
**facilities** [2]  19/1 19/4
**facility** [3]  15/5 16/18 16/20
**fact** [5]  6/5 13/23 16/18 18/18 19/19
**facts** [2]  6/25 20/22
**failed** [1]  13/17
**failures** [1]  13/19
**fairness** [2]  16/24 21/17
**faith** [5]  7/1 12/17 15/1 15/6 16/25
**false** [1]  5/14
**farther** [1]  11/22
**fashion** [2]  4/17 4/23
**FBI** [7]  5/18 7/18 7/19 8/7 9/6 9/8
  13/22
**fed** [2]  12/7 16/5
**Federal** [1]  1/22
**feel** [1]  4/5
**feet** [1]  9/21
**fellow** [1]  6/7
**fifteen** [1]  6/8
**file** [8]  8/8 10/15 10/17 11/1 11/14
  11/15 11/17 11/19
**files** [14]  8/11 8/13 8/13 8/14 8/15
  10/13 10/21 10/21 11/21 12/3 12/22
  12/22 14/21 21/12
**filling** [1]  16/23
**finally** [2]  18/17 18/25
**find** [6]  9/23 14/9 14/11 19/14 22/23
  23/8
**finding** [1]  5/3
**first** [2]  9/7 21/14
**FISA** [30]
**Fischbach** [1]  12/10
**flaws** [2]  7/4 15/9
**Floor** [1]  2/13
**folder** [1]  18/7
**follows** [1]  4/23
**force** [1]  6/13
**foregoing** [1]  24/14
**foreign** [3]  3/23 19/13 20/11
**forensics** [1]  18/3
**format** [1]  24/16
**formats** [1]  8/8
**forth** [1]  16/15
**forward** [1]  19/15
**found** [7]  7/14 13/24 15/18 15/23

18/22 20/10 22/14
**four** [3]  3/9 10/9 10/20
**Fourth** [1]  13/10
**Franks** [5]  12/25 16/4 21/15 21/24
  22/3
**fruits** [1]  3/22
**frustrating** [1]  22/14
**further** [5]  4/5 7/15 7/16 9/11 21/7

**G**

**gaps** [1]  15/9
**garage** [1]  10/17
**Garden** [1]  23/4
**GARTENLAUB** [24]  1/9 3/6 3/15 5/15
  6/1 8/2 10/13 10/20 10/25 11/2 11/16
  11/20 12/19 12/20 14/4 14/22 15/24
  16/7 19/13 19/21 20/11 22/13 22/22
  23/22
**Gartenlaub's** [1]  6/21
**gathering** [1]  3/23
**gave** [2]  10/16 13/22
**general** [1]  17/13
**get** [4]  10/6 11/24 12/25 23/10
**gets** [1]  12/16
**girl** [1]  23/4
**give** [5]  9/10 13/5 13/20 14/6 14/17
**given** [4]  3/17 6/24 16/4 19/19
**giving** [1]  4/15
**gmail.com** [1]  1/24
**gnarly** [1]  12/3
**gnarly-sounding** [1]  12/3
**go** [9]  7/8 7/23 9/10 9/11 10/5 14/24
  21/10 22/4 22/8
**goes** [1]  16/8
**going** [3]  22/4 4/8 7/15 7/22 9/16
  19/11 21/9
**gone** [1]  16/15
**good** [8]  3/8 3/12 3/13 3/16 9/19 15/1
  15/6 16/25
**got** [2]  9/9 9/13
**government** [11]  4/1 4/9 5/16 12/9
  18/5 19/1 19/8 20/3 20/10 21/19 23/15
**government's** [2]  17/11 21/4
**governments** [1]  6/16
**grant** [1]  22/3
**grave** [1]  7/4
**great** [2]  3/24 21/18
**guess** [1]  8/19

**H**

**had** [16]  3/17 5/2 5/19 6/2 6/19 10/13
  11/20 12/9 12/20 15/19 15/24 16/19
  19/7 20/3 20/4 20/10
**happened** [2]  9/20 22/1
**hard** [3]  7/23 10/22 12/7
**has** [4]  4/1 4/17 6/23 10/10
**hasn't** [2]  16/3 16/3
**HATHAWAY** [1]  2/11
**have** [26]
**haven't** [2]  6/22 8/5
**having** [5]  15/8 16/7 19/21 21/12 23/1
**he** [29]
**he's** [8]  8/3 14/15 14/16 16/15 22/13
  22/15 23/2 24/1
**hear** [1]  5/4
**heard** [1]  4/13
**hearing** [6]  13/1 15/8 16/4 21/16 21/24
  22/3

**H**

heart [1] 4/19
held [1] 24/15
help [1] 12/13
helped [1] 12/10
here [3] 8/22 9/3 22/1
hereby [1] 24/12
him [8] 6/19 8/24 16/17 18/22 22/15
23/8 23/10 23/11
himself [1] 18/24
his [15] 10/20 11/3 12/21 14/3 16/18
16/19 17/21 18/10 18/20 18/22 18/23
18/23 19/7 22/24 23/24
historical [1] 17/25
home [3] 14/3 16/18 18/22
Honor [31]
HONORABLE [1] 1/4
hoodwinked [1] 14/23
hope [1] 9/18
house [3] 10/17 22/23 23/23
housekeeping [1] 22/11
how [4] 13/2 14/21 18/8 21/4
human [1] 13/16
hundreds [1] 10/10
husband [1] 20/23
hypothetically [1] 20/10

**I**

I'll [3] 15/11 17/2 22/4
I'm [10] 4/12 8/19 9/21 12/16 13/22
19/11 20/8 21/9 21/10 22/17
I've [3] 4/16 15/11 20/9
if [15] 7/3 7/13 8/16 8/24 9/10 9/13
9/19 11/22 14/10 14/20 15/14 20/10
21/18 21/25 22/5
illusion [1] 12/6
imagine [3] 12/15 12/18 23/18
important [1] 10/12
impression [1] 5/14
impute [1] 12/17
incidentally [1] 17/21
included [1] 18/6
includes [1] 18/15
indecipherable [1] 18/4
indecipherably [1] 14/17
indicated [1] 5/19
indict [1] 20/13
indicted [1] 20/12
Indictment [1] 9/3
individual [1] 18/13
individuals [1] 6/6
inevitable [1] 7/2
inform [1] 6/5
information [8] 7/9 13/2 13/3 15/25
16/6 20/25 21/19 21/20
instinct [1] 9/8
intelligence [2] 3/23 17/22
Internet [4] 7/11 22/24 23/1 23/23
Internet-use [1] 23/1
invasive [1] 14/2
investigation [7] 5/21 9/1 10/8 17/18
19/21 19/23 20/3
involved [2] 20/22 23/3
ironically [1] 12/2
is [50]
Isa [3] 17/16 20/16 20/19
isn't [2] 21/23 23/3

**issue** [2] 4/5 20/14
issued [1] 20/14
issues [1] 4/7
it [38]
it's [5] 4/10 12/6 13/8 22/14 22/18
Item [1] 3/5
Item 2 [1] 3/5
its [5] 4/23 5/1 5/2 5/13 7/10
itself [1] 7/12

**J**

JACKSON [1] 2/11
January [2] 7/18 15/19
January 2014 [1] 15/19
Jeff [1] 12/10
jpg [1] 8/13
judge [3] 1/4 9/10 14/10
Judicial [1] 24/17
just [7] 5/1 8/10 18/7 21/14 21/23 22/2
22/11
JUSTICE [1] 2/6
Justice's [1] 3/10
justify [1] 5/15

**K**

KEITH [18] 1/9 3/6 5/15 6/1 6/21 8/2
9/14 10/13 10/20 10/25 11/2 11/16
12/19 12/20 14/4 14/22 15/24 16/7
Keith Gartenlaub [14] 5/15 6/1 8/2
10/13 10/20 10/25 11/2 11/16 12/19
12/20 14/4 14/22 15/24 16/7
Keith Gartenlaub's [1] 6/21
Keith Preston Gartenlaub [1] 3/6
KELLY [2] 2/12 3/14
Kelly Quinn [1] 3/14
kind [1] 9/2
know [13] 5/1 6/23 7/20 8/18 8/19
10/14 11/8 13/12 14/22 21/17 21/22
22/19 23/5
knowingly [1] 17/24
known [2] 7/11 11/5

**L**

labeled [1] 18/20
language [1] 22/21
last [1] 15/14
later [2] 10/5 14/15
law [3] 2/11 2/12 20/10
lawfully [1] 20/3
lead [2] 9/15 11/10
leading [2] 4/18 5/8
leave [1] 4/6 13/3
led [2] 6/22 13/25
legal [1] 5/3
let [3] 3/19 20/7 21/9
Let's [3] 9/10 9/13 9/24
LEWIS [5] 2/3 3/9 17/4 22/21 23/13
life [1] 11/3
light [2] 13/23 22/4
like [3] 10/16 10/17 23/15
limited [1] 8/8
linked [1] 14/21
Listen [1] 9/15
literally [1] 6/10
little [1] 16/23
live [1] 13/19
lived [2] 16/10 16/14
locations [3] 5/9 6/11 16/16

**long** [1] 23/24
look [10] 5/22 7/8 8/3 8/3 8/21 15/2
11/9 13/9 21/10 21/18 22/4
looked [2] 8/11 9/22
looking [6] 7/24 7/24 8/1 8/7 8/16 8/17
looks [3] 21/25 21/25 22/1
Los [5] 1/14 1/23 2/5 2/13 3/1
lure [1] 23/4

**M**

made [1] 15/12
magistrate [17] 5/24 5/25 6/1 6/5 6/18
10/6 10/7 10/11 11/11 11/20 12/7
12/15 12/18 12/18 12/24 14/10 14/18
mail [15] 5/6 5/11 5/12 6/18 7/3 7/12
10/3 13/25 14/8 15/3 16/2 16/5 17/8
18/23 19/20
mails [4] 5/25 6/21 11/4 23/11
maintain [1] 19/18
maintained [1] 6/15
make [3] 9/24 15/14 21/15
making [1] 4/2
man [1] 11/11
man's [1] 14/3
MARK [2] 2/11 3/14
Mark Werksman [1] 3/14
masters [1] 9/15
material [2] 1/19 3/21
materials [2] 15/13 17/17
matter [3] 17/13 22/12 24/16
may [3] 9/6 15/14 16/24
me [8] 3/9 4/15 20/7 20/9 21/9 21/20
21/23 21/24
mean [1] 21/17
meets [1] 13/10
Memorandum [1] 3/21
merit [1] 17/19
meticulous [1] 17/11
might [2] 12/4 22/5
mind [1] 22/6
mindful [3] 19/18 20/8 20/8
minimization [2] 8/20 17/14
minimize [1] 21/2
minimum [1] 4/2
mirrored [1] 17/12
mislead [1] 10/11
misled [2] 6/19 11/19
misrepresentation [1] 16/17
misrepresentations [3] 15/10 16/21
17/1
misstatements [1] 10/4
model [1] 22/15
monitor [2] 23/2 24/1
months [2] 10/5 14/15
more [3] 9/14 15/16 21/21
morning [4] 3/8 3/12 3/13 3/16
Morpheus [1] 8/14
most [4] 10/12 12/2 12/3 20/19
mother [1] 20/23
motion [6] 1/18 1/19 3/20 3/25 5/2
15/17
motions [1] 13/16
motive [1] 6/3
moved [4] 19/5 19/5 19/7 19/15
moving [1] 19/3
mpg [1] 8/13
Mr. [15] 3/15 4/12 11/20 17/4 19/10
19/13 19/21 20/11 21/7 21/14 22/13

## M

Mr.... [4]  22/21 22/22 23/13 23/22
Mr. Gartenlaub [8]  3/15 11/20 19/13
  19/21 20/11 22/13 22/22 23/22
Mr. Lewis [3]  17/4 22/21 23/13
Mr. Werksman [3]  4/12 21/7 21/14
Mr. Werksman's [1]  19/10
much [2]  17/25 21/21
multiple [2]  18/11 18/14
murder [1]  17/17
murdered [1]  20/23
must [3]  7/4 8/8 16/16
mwerksman [1]  2/14
my [6]  3/14 4/20 4/21 15/12 19/11 22/6

## N

name [1]  18/21
nasty [1]  11/24
national [10]  2/7 3/11 5/21 8/17 13/6
  13/13 13/16 13/21 14/11 18/13
necessary [1]  21/15
need [7]  4/5 5/22 7/6 12/25 13/1 17/8
  19/18
needed [3]  5/23 12/12 18/2
neglect [1]  14/5
neglecting [1]  6/4
neutral [1]  11/10
never [2]  13/24 16/13
nevertheless [1]  12/12
new [1]  19/7
nexus [1]  15/18
Ninth [3]  17/18 18/16 21/3
no [13]  1/8 3/5 11/1 11/6 11/13 11/25
  17/8 17/19 19/14 21/8 23/1 23/6 24/25
None [1]  12/23
normal [1]  9/8
not [20]  4/5 4/22 5/16 7/8 7/24 8/15
  8/22 11/16 12/7 12/16 13/6 13/22 16/9
  18/5 20/7 20/13 21/2 22/19 23/2 23/10
nothing [4]  11/22 11/25 14/3 18/8
notion [1]  23/22
now [5]  9/13 13/8 14/13 14/15 22/18
nuke [1]  9/16
number [2]  7/5 10/12
numerous [2]  6/11 10/9
NW [1]  2/8

## O

objection [1]  23/1
observed [1]  19/6
observing [1]  18/22
obtain [1]  7/22
obtained [1]  7/5
obviously [4]  3/18 4/6 7/17 10/2
off [1]  22/8
officer [2]  23/16 23/20
officers [1]  7/13
Official [2]  1/21 24/25
Oh [2]  9/9 15/14
Okay [6]  3/17 4/12 21/6 21/9 22/6 24/4
old [2]  20/24 23/4
Olive [1]  23/4
omissions [1]  10/4
on [32]
one [11]  6/1 6/7 7/5 10/12 15/14 16/2
  16/22 19/3 19/4 21/25 22/11
online [1]  5/18
only [4]  4/21 6/2 6/24 9/24

oOo [2]  3/2 24/8
open [2]  3/24/6
opinion [4]  4/24 5/2 5/13 12/11
opportunities [1]  23/25
opportunity [8]  4/15 6/3 13/5 14/24
  14/25 16/4 23/10 23/16
opposition [1]  17/11
or [8]  3/22 3/23 9/16 11/23 13/19
  14/10 14/25 22/3
order [6]  3/3 3/18 5/15 12/24 21/10
  21/11
ordering [1]  23/7
orders [1]  4/9
ordinary [1]  8/21
organized [1]  4/17
original [1]  7/14
Orrick [4]  11/14 11/15 11/17 11/19
other [5]  3/23 6/7 11/18 20/1 20/14
ought [1]  23/20
our [4]  10/14 13/14 13/15 13/16
out [4]  13/3 19/5 19/5 19/12
outcome [1]  14/5
outside [3]  9/9 22/23 23/23
over [2]  12/24 16/17
overhear [1]  20/22

## P

p.m [1]  24/6
page [4]  4/16 18/6 24/16
pages [1]  10/11
panel [2]  7/9 14/11
papers [1]  21/22
particular [1]  8/9
partner [1]  3/14
pass [2]  13/23 16/23
passage [1]  7/13
PAT [4]  1/21 24/12 24/24 24/25
patcuneo1600 [1]  1/24
paths [1]  10/15
patience [1]  15/12
pedophile [2]  11/5 14/16
peek [1]  14/2
people [1]  11/18
period [1]  16/9
permitted [1]  23/23
personal [2]  18/9 18/23
photographs [1]  18/24
placed [2]  16/6 22/14
Plaintiff [2]  1/7 2/2
plane [1]  5/20
played [1]  19/22
pleadings [1]  6/25
please [2]  3/3 3/7
plenty [1]  17/23
point [12]  5/4 5/22 10/13 15/7 15/14
  16/13 16/22 17/16 18/2 19/23 20/15
  20/20
Points [1]  3/21
poor [1]  12/15
pornography [21]  7/20 7/21 8/12 8/13
  9/4 9/7 9/14 9/17 10/20 11/1 11/3
  11/24 12/4 12/5 13/8 17/25 18/10
  19/15 20/5 20/13 21/5
portion [1]  3/18
position [1]  21/25
possessed [1]  17/24
possessing [1]  20/4
possible [1]  19/22

present [1]  3/15
presented [2]  4/25 15/13
PRESIDING [1]  1/4
PRESTON [2]  1/9 3/6
presumptions [1]  15/3
Pretrial [5]  22/14 23/8 23/16 23/20
  23/25
principle [2]  22/22 23/14
private [1]  14/3
probable [4]  5/8 9/11 10/19 15/22
probably [1]  19/11
probatively [1]  12/2
problems [1]  20/8
procedure [1]  7/1
procedures [1]  4/4
proceedings [4]  1/13 4/3 24/6 24/15
produced [1]  5/19
properly [1]  18/15
proponents [1]  14/6
proposed [1]  4/9
prosecute [1]  7/8
prosecuted [1]  8/24
prosecution [4]  6/6 13/11 20/21 21/5
prosecution's [1]  4/20
prosecutorial [1]  20/12
protecting [2]  13/13 13/14
provided [3]  13/15 21/19 21/20
provisions [1]  5/17
proximate [1]  18/9
proximity [1]  6/2
public [3]  3/17 4/7 21/10
publicized [1]  13/18
purposes [1]  22/24
pursuant [2]  3/23 24/13
put [5]  11/23 11/23 13/2 15/25 19/11

## Q

quash [3]  1/18 15/17 22/2
question [2]  20/6 21/4
questions [1]  15/9
QUINN [3]  2/11 2/12 3/14
quite [1]  8/21
quote [1]  16/18

## R

raised [1]  16/16
Rather [1]  9/12
read [4]  4/16 5/18 8/5 20/9
reading [1]  12/18
really [1]  16/3
reason [1]  4/4
reasonable [2]  23/13 23/25
reasons [1]  17/10
receive [1]  17/24
received [2]  17/24 20/5
reconsider [3]  4/22 5/14 15/1
record [1]  22/9
records [1]  18/19
recovered [1]  4/19
redacted [2]  6/24 6/25
referenced [1]  5/2
referred [3]  17/13 18/12 18/19
regard [3]  3/20 4/8 14/4
regular [1]  5/23
regulations [1]  24/17
rejected [1]  11/8
related [1]  15/16
relied [2]  12/10 19/24

# R

reluctantly [1] 13/12
relying [1] 10/3
remote [1] 14/21
reported [1] 24/15
Reporter [2] 1/21 24/25
REPORTER'S [1] 1/13
reports [2] 8/5 17/12
representations [2] 13/25 14/1
request [1] 4/22
required [2] 5/16 7/13
requirements [2] 8/20 10/2
requires [2] 7/1 23/11
resided [2] 15/24 16/7
residence [5] 15/20 18/18 18/18 19/3
  19/7
respect [2] 17/7 18/12
response [1] 17/4
restaurant [1] 23/5
restrictive [1] 22/15
result [2] 8/23 17/22
retain [1] 21/2
retained [1] 20/12
review [2] 12/6 13/5
reviewed [2] 3/24 21/12
rife [1] 10/3
Right [2] 8/22 12/14
rights [2] 13/14 18/13
role [1] 19/22
Room [2] 1/23 2/9
Roybal [1] 1/22
rules [1] 4/2
ruling [1] 5/1
rulings [1] 15/17
run [1] 12/17

# S

SACR [2] 1/8 3/5
said [5] 11/19 14/15 17/19 22/4 22/5
same [3] 19/2 20/8 20/24
satisfied [1] 21/11
save [1] 16/24
saw [1] 9/7
say [7] 5/5 9/9 9/15 13/12 19/10 21/9
  22/2
saying [1] 9/3
scope [1] 10/2
sealed [1] 17/7
search [13] 1/18 5/15 7/14 9/5 9/9
  11/23 11/24 17/8 17/9 19/12 19/20
  22/1 22/2
search or [1] 11/23
searched [6] 18/6 18/19
searches [4] 4/18 5/9 14/5 15/4
secrecy [2] 5/16 7/6
secret [4] 4/4 7/9 14/2 14/11
Secrets [1] 8/20
SECTION [2] 2/8 24/13
security [10] 2/7 3/11 5/21 8/17 13/6
  13/13 13/16 13/21 14/11 18/13
see [5] 8/24 9/10 9/13 9/20 22/5
seek [2] 7/15 14/24
seeking [1] 22/13
seem [1] 21/20
seems [4] 7/2 20/9 21/23 21/24
seen [3] 6/23 6/23 8/5
separate [1] 10/22

September [1] 24/20
Services Document 232 Filed 11/24/14 Page 30 of 31
serving [1] 6/8
session [1] 3/4
set [1] 5/7
seven [2] 10/5 14/15
short [2] 6/18 8/19
should [7] 8/15 13/8 15/7 16/25 19/3
  22/22 22/23
shouldn't [1] 16/25
showed [2] 16/13 19/2
showing [2] 18/17 21/15
shows [2] 10/25 20/4
shred [1] 11/16
Shubin [1] 6/7
sign [1] 4/8
signed [1] 4/10
signing [1] 4/10
similar [2] 5/20 17/17
simply [2] 17/20 19/1
sit [1] 9/14
situation [1] 4/24
Sixth [1] 2/12
sliver [1] 19/25
sneak [1] 14/2
sneak-and-peek [1] 14/2
SNYDER [1] 1/4
so [12] 4/10 5/6 7/8 8/4 8/13 12/24
  14/24 15/2 16/5 16/12 20/2 21/1
so-called [2] 5/6 8/13
sold [1] 6/14
some [5] 6/16 7/4 13/18 14/17 23/20
somehow [1] 19/15
something [5] 9/9 9/13 13/15 22/5
  23/24
sophisticated [1] 18/8
Sorry [1] 3/16
sort [1] 23/21
sounding [1] 12/3
sources [1] 20/1
speak [3] 11/14 14/18 18/4
specifics [1] 17/6
speculate [2] 8/4 9/6
spoke [1] 22/20
spread [1] 7/10
Spring [1] 2/4
spy [5] 8/2 9/12 9/19 9/23 14/16
stand [1] 16/25
standards [1] 13/10
started [2] 19/5 19/12
state [4] 3/7 4/4 8/20 20/20
stated [3] 15/22 15/24 17/10
STATES [11] 1/1 1/6 2/2 2/3 2/4 3/6
  3/9 5/24 6/17 24/13 24/18
station [1] 4/3
statute [1] 18/15
statutorily [1] 17/14
statutory [1] 21/1
stenographically [1] 24/15
steps [1] 11/21
still [2] 14/6 15/5
stipulate [1] 23/15
storage [5] 15/4 16/18 16/20 18/25
  19/4
store [1] 16/19
stored [2] 18/10 18/10
Street [4] 1/22 2/4 2/8 2/12
strokes [1] 19/19

struck [1] 18/15
stuff [3] 11/24 16/17 16/19
subject [1] 5/9
submit [4] 15/11 17/2 19/1 19/8
submitted [1] 4/9
subscription [1] 18/19
subsequent [1] 7/12
such [1] 7/5
sufficient [1] 15/18
suggest [1] 15/7
suggesting [2] 12/3 13/22
support [1] 17/17
supposed [1] 7/7
suppress [1] 3/22
suppression [1] 17/20
sure [5] 4/12 8/19 15/15 22/17 23/17
surveillance [4] 16/11 16/12 17/22
  18/21
sworn [1] 19/24

# T

table [1] 3/10
take [2] 21/10 21/22
taken [2] 11/20 16/19
taking [1] 16/17
talk [1] 10/15
technology [1] 7/10
tell [3] 10/7 20/7 23/2
telling [1] 6/1
Temple [1] 1/22
tension [2] 13/13 18/12
tentative [4] 3/17 4/16 4/24 12/11
terms [1] 19/12
than [1] 21/21
thank [8] 4/14 4/14 17/3 21/6 21/8
  22/7 24/2 24/4
that [142]
that is [1] 21/3
that's [3] 9/18 12/9 23/13
their [5] 9/7 14/19 15/8 18/21 20/23
them [13] 5/25 7/23 7/24 7/25 8/1 8/9
  12/10 12/21 12/21 12/22 12/23 14/1
  15/9
then [4] 9/24 9/24 10/5 18/17
there [30]
there's [6] 9/14 11/7 11/16 11/25
  16/22 22/11
these [14] 7/22 8/13 10/13 10/15 10/24
  11/12 12/6 12/16 12/20 14/5 14/6
  14/21 15/9 17/1
they [43]
they'd [2] 14/9 14/11
they're [8] 7/22 7/24 7/24 8/1 8/15
  13/16 14/13 14/14
they've [1] 10/7
things [2] 16/1 19/16
think [10] 4/9 5/23 10/18 12/2 14/15
  15/11 20/19 21/14 23/13 23/19
thinking [3] 9/12 9/13 9/18
this [32]
thoroughly [1] 4/17
thoroughness [1] 16/3
those [3] 7/18 8/7 9/22
though [2] 7/17 14/14
thousands [1] 6/11
three [5] 10/22 14/10 15/25 16/11
  16/23

**T**

three-judge [1]  14/10
through [3]  7/22 15/13 18/15
throughout [1]  6/12
Thursday [2]  1/16 3/1
time [3]  5/15 13/19 16/9
Title [1]  24/13
titles [1]  12/3
told [1]  14/10
took [1]  19/23
totality [2]  4/25 21/19
towards [3]  7/25 8/1 13/9
tragic [1]  20/22
transcript [3]  1/13 24/14 24/16
transport [1]  5/19
Traverse [1]  1/18
trial [2]  2/7 22/18
true [2]  12/23 24/14
truth [1]  11/22
trying [2]  12/16 23/4
two [3]  6/5 16/8 16/22

**U**

U.S [2]  2/6 10/6
under [3]  4/4 6/6 8/20
understand [2]  12/13 23/6
underwhelmed [1]  12/12
unique [4]  6/2 6/2 6/3 8/8
UNITED [11]  1/1 1/6 2/2 2/3 2/4 3/6 3/9
 5/23 6/17 24/13 24/18
unquestioned [1]  13/20
unrelated [3]  7/14 8/11 20/21
unreliable [1]  6/16
until [1]  22/19
up [4]  5/7 7/3 13/4 16/8
upon [4]  15/3 15/25 17/1 17/12
us [6]  6/25 9/10 9/15 12/13 13/5 16/4
usdoj.gov [1]  2/10
use [7]  10/14 11/7 14/2 22/24 23/1
 23/11 23/23
used [8]  11/11 11/15 11/17 11/18
 12/21 16/10 17/17 20/25
user [1]  18/7
using [2]  19/4 19/5

**V**

vaunted [2]  13/25 14/1
very [7]  4/17 4/17 5/14 5/20 7/9 10/21
 22/15
view [1]  21/22
vile [1]  12/3
violations [2]  8/17 14/12

**W**

want [5]  4/12 5/4 9/19 15/14 19/17
warrant [38]
warrants [10]  1/18 7/7 7/13 8/21 10/6
 10/25 14/6 15/10 15/23 22/1
was [46]
way [2]  7/4 12/17
we [31]
we'll [1]  3/18
we're [3]  8/22 9/16 14/13
we've [2]  6/24 9/13
wedding [1]  18/21
well [13]  6/22 7/11 8/18 13/4 13/18
 14/15 17/18 18/24 19/17 20/7 20/18
 21/2 21/25
well-known [1]  7/11
well-publicized [1]  13/16
went [2]  5/23 8/7
were [11]  4/3 6/5 7/19 9/12 9/13 9/18
 12/21 14/8 17/17 18/22 24/6
weren't [1]  7/19
WERKSMAN [6]  2/11 2/11 3/14 4/12
 21/7 21/14
Werksman's [1]  19/10
werksmanjackson.com [1]  2/14
West [1]  2/12
WESTERN [1]  1/3
what [12]  9/18 9/20 10/7 13/2 13/2
 14/10 19/10 20/8 20/9 21/21 22/1 24/1
what's [2]  6/23 10/10
whatever [1]  20/2
when [12]  7/17 7/22 7/23 8/7 9/6 9/14
 10/14 10/18 14/14 15/2 16/9 16/18
where [3]  15/9 16/22 23/3
whether [6]  8/2 8/2 11/9 13/10 15/1
 19/13
which [17]  4/19 5/7 5/12 5/16 6/19
 6/22 7/13 12/23 15/3 15/23 16/2 16/8
 17/17 17/19 19/4 19/6 19/11
while [2]  6/4 17/6
who [7]  6/2 6/8 6/16 12/7 12/9 12/15
 20/23
who's [1]  3/15
whole [1]  8/25
whom [1]  6/16
whose [1]  12/10
Why [1]  15/5
wife [1]  20/23
wife's [2]  16/19 18/20
will [7]  4/6 4/12 4/21 9/10 19/8 23/2
 23/15
wishes [1]  14/19
within [1]  10/22
won't [3]  5/3 10/9 16/13
word [2]  11/23 11/23
work [2]  18/23 23/23
world [3]  6/14 6/15 7/11
would [22]  5/13 6/20 7/15 7/21 8/25
 9/1 9/2 9/8 9/9 9/18 11/9 11/10 13/4
 14/18 17/16 18/7 19/1 20/16 22/20
 23/7 23/15 23/24
wouldn't [1]  9/3
Wow [1]  9/13
wrestle [1]  13/15
wrong [3]  14/8 14/9 15/2
www.patcuneo.com [1]  1/25

**Y**

year [3]  20/24 22/18 23/4
years [2]  6/8 10/23
Yes [4]  15/21 17/5 20/17 22/10
yet [1]  7/9
yielded [1]  14/3
you [45]
you're [5]  8/16 8/16 14/22 20/8 21/18
you've [1]  21/15
your [36]