FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

NOV 02 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 16-50339 |
| Plaintiff-Appellee, | D.C. No. 8:14-cr-00173-CAS |
| v. | Central District of California, Santa Ana |
| KEITH PRESTON GARTENLAUB, AKA Keith Preson Gartenlaub, | ORDER |
| Defendant-Appellant. | |

Before: Peter L. Shaw, Appellate Commissioner.

On September 13, 2016, and September 14, 2016, retained counsel Tor Ekeland, Esq., and John D. Cline, Esq., entered their appearance as counsel of record for this appeal.

Within 14 days after the date of this order, appellant shall show cause why appellant's pauper status should not be revoked and why this case should not be referred to the district court to determine whether appellant should be required to reimburse the Criminal Justice Act Fund for the cost of appellant's appellate defense, including the cost of producing reporter's transcripts and the fees and expenses of appellant's former appointed counsel. *See* 18 U.S.C. § 3006A(c), (f).

If appellant shows cause, appellee may file a response within 10 days after service of appellant's response.

Appellant's motion for bail pending appeal (Docket Entry No. 7) will be addressed by separate order.

The briefing schedule previously established remains in effect.

The Clerk shall serve this order on counsel Ekeland and Cline.

Within 14 days after the date of this order counsel shall serve this order on appellant individually and provide this court with proof of such service.