PROB 12
(Rev. 11/04)

# United States District Court

for

CENTRAL DISTRICT OF CALIFORNIA

CLERK, U.S. DISTRICT COURT

January 28, 2019

CENTRAL DISTRICT OF CALIFORNIA
BY: CMJ   DEPUTY

U.S.A. VS. Keith Preston Gartenlaub                    Docket No.: SACR14-00173-CAS

**Petition on Probation and Supervised Release (Modification)**

COMES NOW MICHELLE A. CAREY, CHIEF PROBATION & PRETRIAL SERVICES OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Keith Preston Gartenlaub who was placed on supervision by the Honorable CHRISTINA A. SNYDER sitting in the Court at Los Angeles, California, on the 29th day of August, 2016 who fixed the period of supervision at LIFE, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Gartenlaub is presently in Bureau of Prisons (BOP) custody and residing at the Garden Grove Residential Reentry Center (RRC). Mr. Gartenlaub is homeless, unemployed, and has no family in the local area. A friend has recently agreed to Mr. Gartenlaub living with him, temporarily.

Based on Mr. Gartenlaub's homeless status, the limited availability of financial resources, offense of conviction, and the sex offender registration requirements; a modification for RRC placement and Location Monitoring via GPS is being requested. Mr. Gartenlaub is representing himself, Pro Se, and consents to the modification and waives the personal appearance before the Court.

**PRAYING THAT THE COURT WILL ORDER**

Mr. Gartenlaub shall reside in a Residential Reentry Center under the prerelease component, for a period not to exceed 180 days, or until such time that adequate housing is secured, as directed by the Probation Officer. He shall also observe the rules of that facility and subsistence shall be waived.

Mr. Gartenlaub shall participate for a period up to 240 days in the Location Monitoring program and will be monitored via GPS. He shall participate in the tracking portion of the program; there will be no schedule restrictions. He will be required to submit to routine inspections of the monitoring equipment and be required to charge the GPS Tracker twice per day. Cost of services shall be waived. The Location Monitoring-GPS condition shall be imposed only in the instance that Mr. Gartenlaub becomes homeless or is unable to secure adequate housing.

ORDER OF COURT

Considered and ordered this 28th day of Jan., 2019 and ordered filed and made a part of the records in the above case.

_____
United States District Judge
HONORABLE CHRISTINA A. SNYDER

Respectfully,

JANA RIVERS         /S/
U. S. Probation Officer

Place: San Bernardino, California

Approved: NEIL A SUSMAN    /S/
Supervising U. S. Probation Officer

Date: January 14, 2019